UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-804-CR-Altonaga (sssss)

IN RE SEALED INDICTMENT

_____/

FILED by_____ D.C.
JUL 1 1 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## MOTION TO SEAL

The United States respectfully requests that the indictment, penalty sheets, attorney certificate, arrest warrants, and any resulting order be SEALED until the initial appearance of one of the charged defendants or further order of this Court, for the reason that one or more of the defendants may flee should knowledge of this indictment become public.

In particular, three of the charged defendants are in custody on Colombian charges, following arrests within the last two months. These arrests resulted from a substantial effort by Colombian law enforcement to locate and apprehend them. Nonetheless, until United States charges are lodged against the defendants in Colombia through the execution of a U.S. provisional arrest warrant, the three recently arrested defendants technically may remain eligible to be released under Colombian law. Notification of the pendency of U.S. charges in advance of the execution of the provisional arrest warrant may trigger increased efforts to flee from custody. The United States is prepared to provide further information in camera should the Court so require.

The United States Attorney's Office seeks permission to obtain copies of any indictment, penalty sheets, attorney certificate, or arrest warrants. The United States Attorney's Office further seeks permission to disseminate such documents to other United States and Colombian government officials for purposes of requesting execution of a provisional arrest warrant, or for any other necessary cause.

                                              Respectfully submitted,

                                              R. ALEXANDER ACOSTA
                                              UNITED STATES ATTORNEY

By: _____
       MICHAEL S. DAVIS
       ASSISTANT UNITED STATES ATTORNEY
       FL BAR # 972274
       99 N.E. 4th Street
       Miami, Florida 33132
       (305) 961-9027
       (305) 536-7213 (FAX)
       e-mail: Michael.Davis2@usdoj.gov