UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**              CASE NO.   99-804-CR-ALTONAGA

vs.                                                                      NOTICE OF SENTENCING

**DIEGO MONTOYA SANCHEZ**,
_____/

TO:   DEFENDANT, DEFENSE COUNSEL,
        and UNITED STATES ATTORNEY'S OFFICE

   By direction of the Honorable Cecilia M. Altonaga, United States District Judge, **YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on **October 21, 2009 at 8:30 a.m.** for imposition of sentence.  On that date, report to 400 North Miami Avenue, Miami, Florida, 33128, Courtroom 12-2, where sentence will be imposed.  YOU WILL RECEIVE NO FURTHER NOTICE.

   If the above-named defendant has executed a bond with the Court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. § 3146).

   IT IS FURTHER ORDERED that a Presentence Investigation Report to this Court will be completed.  DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS.  IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

   IT IS FURTHER ORDERED that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE, COURT
ADMINISTRATOR-CLERK OF COURT

By:   Patricia Snead
        Deputy Clerk

DATE:  August 11, 2009

COUNSEL FOR DEFENDANT:   William A. Clay, Esq.

DEFENDANT:   in custody

U.S. ATTORNEY:   Michael S. Davis, Esq.

DEFENDANT PLED GUILTY TO COUNTS:   1 & 10         TOTAL COUNTS:   2

cc:   U.S. Attorney;   U.S. Marshal;   U.S. Probation Office;   Defense Counsel