```
1                     UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
2                            MIAMI DIVISION
3                     Case 99-804-CR-Altonaga
4
     THE UNITED STATES OF AMERICA,
5
                   Plaintiff,
6
                                          MIAMI, FLORIDA
7       vs.
                                          MAY 6, 2011
8    OSCAR VARELA GARCIA,
9               Defendant.
     ------------------------------------------------------------
10                   TRANSCRIPT OF JURY TRIAL PROCEEDINGS
11              BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                     UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:
14
                              MICHAEL S. DAVIS, A.U.S.A.
15                            Office of the U.S. Attorney
                              99 N.E. 4th Street
16                            Miami, FL  33132 - 305.961.9027
                              michael.davis2@usdoj.gov
17
18   FOR THE DEFENDANT:
19                            RICHARD JOHN DIAZ, ESQ.
                              3127 Ponce De Leon Boulevard
20                            Coral Gables, FL  33134  305.444.7181
                              rick@rjdpa.com
21
     REPORTED BY:
22                            BARBARA MEDINA,
                              Official United States Court Reporter
23                            Wilkie D. Ferguson, Jr.
                              United States Courthouse
24                            400 North Miami Avenue, Ste. 12-2
                              Miami, FL  3128 -  305.523.5518
25                                      (Fax) 305.523.5519
                              Email:  barbara.medina127@gmail.com
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# TABLE OF CONTENTS

Page

Tulio Perez Arizabaleta By Mr. Davis ........................ 5

    Redirect Examination .................................. 5

Carlos Felipe Toro Sanchez ................................ 11

    Direct Examination By Mr. Davis ...................... 11

Reporter's Certificate ................................... 178

# INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibits 8 A and 8 B ........ | 10 | 13 | | |
| Government Exhibits 9 A through 9 H ........ | 10 | 16 | | |
| Government Exhibits 10 A through 10 F ...... | 10 | 19 | | |
| Government Exhibits 13 A, B, 29 B ...... | 10 | 22 | | |
| Government Exhibits 8 A, B, 9 A through H, 10 A through F, 13 A, B, 29 B ....... | 10 | 25 | | |
| Government Exhibit 13 D ........ | 145 | 12 | | |
| Government Exhibit 16 B ........ | 154 | 1 | | |
| Government Exhibit 22 A ......... | 71 | 20 | 72 | 6 |

# CITATION INDEX

Page

# SIDEBAR CONFERENCE INDEX

4

```
 1  Descriptions                                      Page

 2                   ADMINISTRATIVE CONVENTIONS:

 3        When counsel does not identify themselves each time they

 4  address the Court during a telephone conference, the

 5  industry-standard speaker identification is indicated by

 6  chevrons, i.e., >>>:

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  All rise for the jury.

2       [The jury returns to the courtroom at 9:21 p.m.]

3          THE COURT:  Everyone please be seated.

4          Good morning, ladies and gentlemen.  Welcome back.

5   I'm glad to see everyone could make it with the weather this

6   morning.

7          MR. DAVIS:  May I proceed?

8          THE COURT:  Yes, please.

9     TULIO PEREZ ARIZABALETA, GOVERNMENT'S WITNESS, RESUMED

10              REDIRECT EXAMINATION (cont'd)

11  [Beginning at 9:21 p.m., 5/5/11.]

12  BY MR. DAVIS:

13  Q.  Mr. Perez, do you remember on cross-examination being

14  asked -- let me start again.  When did you retire from the

15  organization again?

16  A.  In 2006.

17  Q.  Do you remember being asked on cross-examination about when

18  it was you reached out to the FBI?

19  A.  Yes, sir.

20  Q.  When you retired in 2006, did you reach out to the FBI

21  immediately after retiring?

22  A.  No, sir.

23  Q.  When you retired from the Montoya Organization in 2006,

24  where was Diego?

25  A.  He was at the Canon de Garrapatas.

Arizabaleta - Redirect

1  Q.  So, he wasn't in jail at the time?

2  A.  No.

3  Q.  When you retired from the organization in 2006, where was

4  Eugenio?

5  A.  He was also at Canon de Garrapatas.

6  Q.  So, he wasn't in jail at that time?

7  A.  No, sir.

8  Q.  What impact did the fact that Diego and Eugenio were still

9  free in Colombia have on you, would have had on you calling law

10  enforcement in 2006?

11  A.  Well, the impact would be that while they remain free, then

12  my family and I would be in danger.

13  Q.  If you did what?

14  A.  If I were to seek any type of contact with the law

15  enforcement authorities of the United States.

16  Q.  If you were to have tried to contact in law enforcement in

17  2006, what do you -- let me start again.

18        Were you afraid Diego or Eugenio might have learned

19  that you were trying to cooperate?

20  A.  Yes, of course, counsel.

21  Q.  If they were to learn -- and what were you thinking might

22  happen to you if they were to learn that you were trying to

23  cooperate?

24  A.  They would kill me immediately.

25  Q.  When you left the organization in 2006, what did you

1   understand that Eugenio's feelings were towards you?

2   A.   He had a lot of hatred for me and he ordered me killed.

3   Q.   What about Diego?   When you left the organization in 2006,

4   what did you understand that Diego's feelings towards you were?

5   A.   The same as Eugenio.

6   Q.   Do you remember being asked on cross-examination about the

7   $5 million reward that had been offered for assistance in

8   Diego's capture?

9   A.   Yes, sir.

10  Q.   When you retired from the organization in 2006, were you

11  aware of the existence of that reward?

12  A.   Yes, sir.

13  Q.   If you were aware that there was so much money out there if

14  you were to turn in Diego, why didn't you contact law

15  enforcement?

16  A.   Well, if they order me killed just for the fact that I had

17  left them, you can imagine what would happen if I were to give

18  him up.

19  Q.   Do you remember on cross-examination being asked about

20  where you were living after you left the organization?

21  A.   Yes, sir.

22  Q.   Why were you so hesitant to disclose where you were living?

23  A.   Because of my own safety and because that information might

24  somehow be leaked and my family, in any event, is still at

25  risk.

1  Q.  Do you remember Mr. Diaz asking you about calling the FBI?

2  A.  Yes, sir.

3  Q.  In 2006 did you know the phone number for the FBI?

4  A.  No, sir.

5  Q.  If you were to have tried to have contacted the FBI, what

6  sort of device would you have needed to use?

7  A.  Some type of telephone.

8  Q.  When you were working for the organization, do you ever

9  remember being in the car with Juan Carlos when he was

10 listening to tapes on headphones?

11 A.  Yes, sir.

12 Q.  What would he be listening to?

13 A.  Telephone conversations of individuals who might have been

14 acting or flipped against, who were speaking about the

15 organization, and those conversations had been tapped.

16 Q.  How would the organization have been able to tap those

17 conversations?

18 A.  They had infiltrated the communications companies in Cali,

19 so they had people who could do that.

20 Q.  And what impact did that knowledge have on your decision

21 not to reach out to law enforcement in 2006?

22 A.  They had a way of doing -- well, whenever they had any

23 doubts as to the loyalty of any of their workers, then they had

24 a way of tapping the phones of everyone, the wife, the mother,

25 one's telephone, the entire family.

Arizabaleta - Redirect

1  Q.  What do you mean by that?

2  A.  Well, they had a way of tapping conversations of any of the

3  workers that they suspected and they had a way of detecting

4  whether that individual was passing information and if that

5  were to be the case, they would have them killed.

6  Q.  What impact did that have on your reluctance to contact law

7  enforcement in 2006.

8  A.  Well, just exactly that, that my life, as well as my

9  family's lives, were in danger.

10  Q.  Do you remember being asked about the FBI?

11  A.  Yes, sir.

12  Q.  The FBI is a law enforcement agency of what country?

13  A.  The United States.

14  Q.  Have you heard of an agency known as the DEA?

15  A.  Yes, sir.

16  Q.  What is the DEA?

17  A.  It's a security agency of the United States.

18          MR. DAVIS:  Could we put up on the screen 1 Z, as in

19  zebra, in evidence?

20          SPECIAL AGENT TWEHUES:  (Complied.)

21  BY MR. DAVIS:

22  Q.  Who is that?

23  A.  Dos Mil.

24  Q.  What reason did Eugenio Montoya give you for why Dos Mil

25  was no longer alive?

1   A.   He told me that he had already killed that dirty dog

2   sonofabitch who was a DEA informant.

3   Q.   What impact did your knowledge of that fact have on your

4   willingness to contact law enforcement in 2006?

5   A.   Well, you can imagine, it would be the same impact.  I

6   already knew what was going to happen to me.

7              MR. DAVIS:  Mr. Perez, that's all I have on redirect.

8              THE COURT:  The witness is excused.

9         [The witness was excused at 9:33 p.m.]

10             MR. DAVIS:  Your Honor, before the witness comes in,

11   we have some exhibits that will come in without objection.

12             8 A and 8 B.

13   [Government Exhibits 8 A and 8 B marked for identification  at

14                        9:34 p.m.]

15             MR. DAVIS:  9 A through 9 H.

16   [Government Exhibits 9 A through 9 H marked for identification

17                     at 9:34 p.m.]

18             MR. DAVIS:  10 A through 10 F.

19        [Government Exhibits 10 A through 10 F marked for

20                  identification  at 9:34 p.m.]

21             MR. DAVIS:  13 A, 13 B and 29 D.

22   [Government Exhibits 13 A, B, 29 B marked for identification

23                     at 9:35 p.m.]

24             THE COURT:  Those are admitted.

25   [Government Exhibits 8 A, B, 9 A through H, 10 A through F, 13

1          A, B, 29 B received in evidence at 9:35 p.m.]

2   CARLOS FELIPE TORO SANCHEZ, GOVERNMENT'S WITNESS, SWORN THROUGH

3                          INTERPRETER

4                       DIRECT EXAMINATION

5   BY MR. DAVIS:

6   Q.  Good morning.

7   A.  Good morning.

8   Q.  Could you, please, tell the jurors your name?

9   A.  Carlos Felipe Toro Sanchez.

10  Q.  How old are you?

11  A.  36-years-old.

12  Q.  Where were you born?

13  A.  Cali Valle.

14  Q.  What country?

15  A.  Oh, in Colombia.

16  Q.  Where did you grow up?

17  A.  Excuse me?

18  Q.  Where did you grow up?

19  A.  In Colombia, Cali.

20          MR. DAVIS:  Could we put up on the screen in evidence

21  1 P, as in Peter?

22          SPECIAL AGENT TWEHUES:  (Complied.)

23  A.  Yes.

24  Q.  Do you recognize that person?

25  A.  Yes.

Toro Sanchez - Direct

1   Q.   Who is that?

2   A.   That's me.

3   Q.   What's your mother's name?

4   A.   Hilda Sanchez Jaramillo.

5   Q.   Does she have any sisters?

6   A.   Yes.

7   Q.   How many?

8   A.   There are three siblings all together.

9   Q.   How many sisters?

10  A.   There are four sisters.

11  Q.   Okay.  So, your mother has four sister?

12  A.   Yes.

13  Q.   What are their names?

14  A.   Carola Sanchez, Ophelia Sanchez, Inez Sanchez and there are

15  more.

16  Q.   Does your mother have a sister named Maria?

17  A.   Yes, Maria Georgina.  She's actually my aunt, who we called

18  Carola.

19          MR. DAVIS:  Please put up on the screen 1 Q.

20          SPECIAL AGENT TWEHUES:  (Complied.)

21  BY MR. DAVIS:

22  Q.   Do you recognize that person?

23  A.   Yes, that's my aunt Carola.

24  Q.   Does your aunt Carola have any sons?

25  A.   Yes, sir.

```
 1  Q.  How many?
 2  A.  Four children.
 3  Q.  Four children.  How many of them are boys?
 4  A.  Three boys and one girl.
 5          MR. DAVIS:  Could we put --
 6  BY MR. DAVIS:
 7  Q.  What are the names of the boys?
 8  A.  Diego Montoya, Juan Carlos Montoya and Eugenio Montoya.
 9          MR. DAVIS:  Could we put up on the screen 1 A, as in
10  Alpha, please?
11          SPECIAL AGENT TWEHUES:  (Complied.)
12  A.  Diego Montoya.
13          MR. DAVIS:  Could we put up on the screen 1 B?
14          SPECIAL AGENT TWEHUES:  (Complied.)
15  A.  Diego Montoya.
16          MR. DAVIS:  How about 1 C, as in Charlie?
17          SPECIAL AGENT TWEHUES:  (Complied.)
18  A.  Juan Carlos Montoya.
19          MR. DAVIS:  And, lastly, 1 D, as in Delta.
20          SPECIAL AGENT TWEHUES:  (Complied.)
21  A.  Eugenio Montoya.
22  Q.  Of the three brothers, who is the oldest?
23  A.  Pardon me?
24  Q.  Which of the three brothers --
25          THE INTERPRETER:  (Indicating.)
```

1    A.   Diego Montoya.

2    Q.   Who is The middle boy?

3    A.   Juan Carlos Montoya.

4    Q.   Who is the youngest?

5    A.   Eugenio Montoya.

6    Q.   Which of the three brothers are closest to you in age?

7    A.   Eugenio Montoya.

8    Q.   When you were growing up, how frequently would you see your

9    cousins?

10            THE INTERPRETER:  Your Honor, can the interpreter

11   instruct the witness?

12            THE COURT:  Yes.

13            THE INTERPRETER:  (Complied.)

14   A.   Oh, very frequently.

15   Q.   By the way, remind us, what's your full name?

16   A.   Carlos Felipe Toro Sanchez.

17   Q.   And would people refer to you by a nickname?

18   A.   Yes, sir.

19   Q.   What was that?

20   A.   Pipe Montoya.

21   Q.   If you were with friends, would they call you Carlos or

22   Felipe?

23   A.   Felipe.

24   Q.   Where did you go to school?

25   A.   Forgive me.  I did not hear you well.

Toro Sanchez - Direct

1   Q.  I'm sorry?

2           THE INTERPRETER:  It's not you.  It's me.

3   BY MR. DAVIS:

4   Q.  In what city did you go to school?

5   A.  In Cali.

6   Q.  How far did you go in school?

7   A.  I completed high school.

8   Q.  How old were you when you completed high school?

9   A.  17-years-old.

10  Q.  When you finished high school, what did you do?  Did you

11  continue into college?

12  A.  No, sir.

13  Q.  What did you do?

14  A.  I started working with my cousins.

15  Q.  Why was it that you chose to work for your cousins?

16  A.  Because that was my -- that's what I wanted.

17  Q.  So, what was the approximate year you first started working

18  for your cousins?

19  A.  Since 1992, between 1990 and 1992.

20  Q.  By the way, what was your cousins' business?

21  A.  Processing of cocaine, drug trafficking.

22  Q.  Were you assisting your cousins when you were in high

23  school?

24  A.  Well, sometimes, and when I was just about to finish high

25  school, the last years of high school, I would spend the

1   weekends with them.

2   Q.   Doing what?

3   A.   As a bodyguard.

4   Q.   When you were a bodyguard, were you armed or unarmed?

5   A.   Yes, sir.

6   Q.   "Yes," to what?

7   A.   Yes, sir, I was armed.

8   Q.   Who were you acting as a bodyguard for when you were in

9   high school?

10  A.   My cousins, the Montoyas.

11  Q.   How long did you continue working with your cousins in the

12  drug business?

13  A.   My entire life, until I was captured.

14  Q.   When were you captured?

15  A.   December 29th, 2003.

16        MR. DAVIS:   Could we put up on the screen 1 F, as in

17  foxtrot?

18        SPECIAL AGENT TWEHUES:   (Complied.)

19  A.   Okay.

20  Q.   Do you recognize that person?

21  A.   Yes, sir.

22  Q.   Who is that?

23  A.   Ivan Urdinola.

24  Q.   Where did you first meet him?

25  A.   In the North Valley, in the Milan estate.

Toro Sanchez - Direct

1  Q.  What was Milan?

2  A.  What was Milan?

3  Q.  Yes.  What was Milan?

4  A.  It was a country estate where they had an airstrip where

5  airplanes would land, bring in drugs or smuggling in drugs.

6  Q.  Would airplanes also take off from that airstrip?

7  A.  Yes, sir.

8        MR. DAVIS:  Could we put up on the screen 3 C, as in

9  Charlie.

10        SPECIAL AGENT TWEHUES:  (Complied.)

11        MR. DAVIS:  If we could zoom in on the North Valley

12  area, please.

13        SPECIAL AGENT TWEHUES:  (Complied.)

14  BY MR. DAVIS:

15  Q.  Do you see the town where Milan was located?

16  A.  Yes, sir.

17  Q.  What town was that?

18  A.  Zarzal.

19  Q.  When you were first going out to Milan where you were

20  meeting Ivan, why were you going there?

21  A.  I would go accompanying Diego Montoya.

22  Q.  As his bodyguard?

23  A.  Yes, sir.

24  Q.  Why was Don Diego going to meet Ivan?

25  A.  Because Don Diego had drug business with Ivan Urdinola.

1   Q.   What was Ivan's business?

2   A.   Drug trafficking.

3   Q.   What type of drugs?

4   A.   Cocaine.

5   Q.   When you first started going with your cousin, Don Diego,

6   out to meet Ivan, was Ivan a significant drug trafficker at the

7   time?

8   A.   Yes, sir.

9   Q.   How significant?

10  A.   He was a kingpin.

11  Q.   Did there come a time that Ivan Urdinola was arrested?

12  A.   Yes, yes, sir.

13  Q.   When was that, to the best of your recollection?

14  A.   That was back in '94, '95, something like that.  Well, '93,

15  '94.

16  Q.   Before Ivan was arrested, did he have bodyguards?

17  A.   Yes, sir.

18  Q.   Who was the head of Ivan's bodyguards?

19  A.   Mr. Omar Garcia Capachivo.

20  Q.   You were looking in the direction of somebody.  Who were

21  you looking at?

22  A.   Yes, sir.

23  Q.   Who were you looking at?

24  A.   Mr. Omar Garcia Capachivo.

25  Q.   Between the time that you first went to Milan and the time,

1   and the day that you were arrested, how frequently would you

2   see this person, Omar Garcia Capachivo?

3   A.  Constantly.

4   Q.  Before your arrest -- what was the date of your arrest

5   again?

6   A.  December 29th, 2003.

7   Q.  What was the last day that you saw this person, Capachivo,

8   prior to your arrest?

9   A.  December 27th, 2003.

10  Q.  How many days before your arrest?

11  A.  Two days.

12  Q.  And you were looking at somebody.  Could you tell us who

13  you were looking at by describing -- by pointing to him and

14  describing an article of clothing he is wearing?

15  A.  That was Mr. Omar Garcia Capachivo and he's wearing a suit

16  with a tie, striped tie, yellow and black stripes.

17          MR. DAVIS:  For the record, identifying the defendant,

18  Your Honor.

19          THE COURT:  The record reflects.

20  BY MR. DAVIS:

21  Q.  You were telling us your initial work with your family,

22  with your cousins, was acting as a bodyguard.

23  A.  Yes, sir.

24  Q.  What did that job entail?

25  A.  Well, protect Diego.

 1  Q.  How would you do that?

 2  A.  Always carrying a weapon.

 3  Q.  Would you accompany him when he went places?

 4  A.  Yes, sir.

 5  Q.  When you were Diego's bodyguard, did you ever have to

 6  discharge a weapon?

 7  A.  No, sir.

 8  Q.  Did there come a time -- did your cousins operate cocaine

 9  laboratories?

10  A.  Yes, sir.

11  Q.  Did there come a time that you started working in one of

12  the laboratories?

13  A.  Yes, sir.

14  Q.  When was that?

15  A.  In the year 1992.

16  Q.  For how long?

17  A.  For about two years.

18  Q.  How long did your cousins continue operating cocaine

19  laboratories?

20  A.  Well, the labs were there always, '95, '96.

21  Q.  With did they stop operating?

22  A.  Well, in around '95, '96, the laboratories.

23        MR. DAVIS:  Could we put up on the screen 1 T, as in

24  Thomas?

25        SPECIAL AGENT TWEHUES:  (Complied.)

1  BY MR. DAVIS:

2  Q.  Do you recognize that person?

3  A.  Yes, sir.

4  Q.  Who is that?

5  A.  Eliud Perez.

6  Q.  That's the name by which you knew him, Eliud?

7  A.  Yes, Eliud Perez.

8  Q.  Did he have a nickname?

9  A.  Elkin.

10  Q.  Where did you first meet him?

11  A.  Around 1990 or -- (in English):  Excuse me -- (In Spanish):

12  From '92 on.

13  Q.  Where would you see him?

14  A.  His cousin of mine's husband.

15  Q.  Did you ever see him in the Montoya cocaine labs?

16  A.  Yes, sir.

17  Q.  You say he was married to a cousin of yours?

18  A.  Yes, sir.

19  Q.  What was her name?

20  A.  Doralid Acevedo.

21  Q.  After you stopped working in the cocaine labs, what was

22  your next job with your cousins?

23  A.  Again, bodyguard.

24  Q.  For whom?

25  A.  For Eugenio.

1          MR. DAVIS:  Putting up on the screen 1 D, as in Delta.

2          SPECIAL AGENT TWEHUES:  (Complied.)

3    BY MR. DAVIS:

4    Q.  Who is that?

5    A.  That's Eugenio Montoya.

6    Q.  Did you ultimately take on additional duties with your work

7    for Eugenio?

8    A.  Yes, sir.

9    Q.  What were those?

10   A.  Secretary.

11   Q.  What did that entail?

12   A.  In the business that we were in, for example, in drug

13   trafficking, well, we had to go and take messages to people,

14   bring back -- bring the people so that they could go, and back

15   to them, count money.

16   Q.  You were, basically, an assistant?

17   A.  Yes, sir.

18   Q.  Sorry.  A trusted assistant?

19   A.  Yes, sir.

20   Q.  How long did you work for your cousin, Eugenio as, his

21   bodyguard or his secretary?

22   A.  Until 1998 or '97.

23   Q.  Did there come a time that you started organizing your own

24   cocaine shipments?

25   A.  Yes, sir.

1  Q.  When did you start doing that?

2  A.  After 1998.

3  Q.  Prior to 1998, was there a time you were helping to move

4  cocaine through the airport in Cali?

5  A.  Yes, sir.

6  Q.  When did you start doing that?

7  A.  In 1995.

8  Q.  How did you do that?

9  A.  I met an individual whose name is Carlos Dulcey and he had

10  a means of taking out the cocaine out of Cali, and I was

11  introduced by an individual here in Miami who was in charge of

12  security in American Airlines and, so, we met each other.

13        We gathered -- we got together in order to set up a

14  route to transport the drugs to the United States.

15  Q.  And the drugs would go to the United States by what means?

16  A.  American Airlines, the airlines, on airplanes.

17  Q.  On passengers flights?

18  A.  Yes, sir.

19  Q.  How would they be smuggled aboard the passenger flights?

20  A.  In Cali, Carlos Dulcey had a means by which the security

21  people for American Airlines in Cali would bring in suitcases

22  full of drugs --  each suitcase would have about 25 kilos --

23  and place them in certain compartments in the passenger

24  airplanes.

25  Q.  How many times did you ship cocaine from Colombia to Miami

Toro Sanchez - Direct

1   via that method?

2   A.   Four times.

3   Q.   How big were these loads?

4   A.   50 kilos.

5   Q.   Each time?

6   A.   The first one was 25 and the other three were for 50 each.

7   Q.   As part of this operation, would you have to bribe police

8   officers in Cali to get the cocaine on the planes?

9   A.   Yes, sir.

10  Q.   Of the four times that you sent cocaine from Cali to Miami

11  via this method, how many of those loads were successful?

12  A.   We had success with all of them, all of them.

13  Q.   None of them were seized?

14  A.   The last one.

15  Q.   Was the one that was seized, was that on a passenger plane

16  or on a cargo plane?

17  A.   Well, we had the two methods.  One was using the passenger

18  planes and the other one was using the cargo planes.  It was

19  the one on the cargo plane.

20  Q.   That was seized?

21  A.   Yes, and the first one was on the passenger plane.

22  Q.   We'll get to the cargo planes in a moment.

23       So, all four of the passenger -- all four of the loads

24  on the passenger planes were successful then.  Correct?

25  A.   Yes, sir.

Toro Sanchez - Direct

1   Q.   What percentage of these loads did you own?

2   A.   25 percent.

3   Q.   If you were organizing these loads, how come you didn't own

4   more?

5   A.   I did not have enough money for the whole operation.

6   Q.   What percentage of these loads did your cousins own?

7   A.   50 percent.

8   Q.   Which cousins -- okay.  They had 50 percent?

9   A.   Yes, sir.

10  Q.   And which cousins owned 50 percent of these loads?

11  A.   Juan Carlos and Eugenio Montoya.

12  Q.   1 D on the screen, who is that?

13  A.   Eugenio Montoya.

14          MR. DAVIS:  Putting up on the screen 1 C, as in

15  Charlie.

16          SPECIAL AGENT TWEHUES:  (Complied.)

17  A.   Juan Carlos Montoya.

18  Q.   Remind us what percentage did Juan Carlos and Eugenio own

19  of your loads through American Airlines?

20  A.   50 percent.

21  Q.   How much did you profit per kilo of the portion of loads

22  that you owned?

23  A.   I would say about $5,000 to $6,000.

24  Q.   So, for the first load where you shipped 25 kilos, how many

25  kilos would you have actually owned on that load?

1  A.  25 percent.

2  Q.  A little more than six kilos then?

3  A.  Yes, yes, sir.

4  Q.  And you would have earned how many thousand dollars per

5  kilo?

6  A.  30,000 or 40,000 in that first load.

7  Q.  For the total?

8  A.  You mean the profit?

9  Q.  Sí.  Yes.  Sorry.  Let me start again.  My questions are a

10  little confusing.

11        You were saying you owned approximately six kilos on

12  the first load.

13  A.  Yes, sir.

14  Q.  How much were you making per kilo?

15  A.  5,000 to $6,000.

16  Q.  Okay.  So, for those six kilos, how much would you have

17  profited total on that first load?

18  A.  30,000 to $40,000.

19  Q.  On the last three loads, how big were those?

20  A.  50 kilos.

21  Q.  What percentage would you have owned?

22  A.  25 percent.

23  Q.  About 12 and a half kilos then?

24  A.  Yes, sir.

25  Q.  What was your profit per kilo on those loads?

Toro Sanchez - Direct

1  A.  5,000 to $600.

2  Q.  You would have made somewhere between, if my math is

3  correct, 60 and $75,000?

4  A.  Yes, sir.

5  Q.  The same thing for the last two loads?

6  A.  Yes, sir.

7  Q.  Now, did the defendant own any portion of those loads that

8  you put through American Airlines?

9  A.  Capachivo?

10  Q.  Yes.

11  A.  No, sir.

12  Q.  You were saying that you also had a load, a route that

13  involved using cargo planes.

14  A.  Yes, sir.

15  Q.  When did that route start?

16  A.  After the load with the American Airlines was lost.

17  Q.  You lost a load through American Airlines?

18  A.  Yes, sir.

19  Q.  When was that?

20  A.  That was in '95 to '97.

21  Q.  So, what was the next -- what was the airline that you were

22  using for the next route?

23  A.  Kalita.

24  Q.  Can you spell that for the court reporter, please?

25  A.  K-a-l-i-t-a.

1   Q.   What type of airline was Kalita?

2   A.   Cargo planes.

3   Q.   How many loads did you send out through this cargo company,

4   Kalita?

5   A.   Four.

6   Q.   Where were they sent from?

7   A.   Cali.

8   Q.   To where?

9   A.   To Miami.

10  Q.   How large were these loads?

11  A.   80 kilos.

12  Q.   How were they hidden on the planes?

13  A.   The spare tires for the airplane.

14  Q.   What portion of these loads did you own?

15  A.   Again, the same, 25 percent of the load.

16  Q.   What was your profit per kilo?

17  A.   5,000 to $6,000.

18  Q.   I think I asked you this, but in case I didn't, where were

19  these planes going to?

20  A.   Here, Miami.

21  Q.   How many of these loads were successfully smuggled into

22  Miami?

23  A.   Three.

24  Q.   How many were seized?

25  A.   One.

Toro Sanchez - Direct

1  Q.  What percentage of the loads did your cousins own?

2  A.  They were not included in those.

3  Q.  You had other investors on those loads?

4  A.  Yes, sir.

5  Q.  What about Capa?  What percentage did Capa have on those

6  loads?

7  A.  None.

8  Q.  Was there a time that your cousin, Eugenio, asked you to

9  help him distribute a load that was in New York?

10 A.  Yes, sir.

11 Q.  What did that involve?

12 A.  To find an individual who could receive the drug in New

13 York.

14 Q.  What type of drug?

15 A.  Cocaine.

16 Q.  By the way, what type of drug were you smuggling aboard

17 Kalita Airlines?

18 A.  Cocaine.

19 Q.  What about what kind of drug were you smuggling aboard

20 American Airlines?

21 A.  Cocaine.

22 Q.  Going back to the shipment that was in New York, how big

23 was this shipment that Eugenio asked you to help him find a

24 distributor for?  Do you understand my question?

25 A.  No, I didn't understand it.

Toro Sanchez - Direct

1  Q.  Don't worry about it.  Let me try again.  It wasn't a very

2  good question.

3         You were saying a few moments ago that Eugenio asked

4  you to help him find somebody in New York to receive a

5  shipment.

6  A.  Yes, sir.

7  Q.  How big was this shipment?

8  A.  100 kilos.

9  Q.  What did you do?

10  A.  I found a person that could receive that shipment in New

11  York.

12  Q.  Who was that person?

13  A.  A friend of mine, a female friend of mine.

14  Q.  What was her name?

15  A.  I don't remember, sir.

16  Q.  How much did you get for doing this?

17  A.  $500 per kilo.

18  Q.  Did the defendant have any role in your helping Eugenio to

19  find somebody to receive his shipment in New York?

20  A.  Yes, he was the husband.

21  Q.  Of the person who -- did the defendant have any role in the

22  shipment to New York?

23  A.  Capachivo?

24  Q.  Yes.

25  A.  No, sir.

1  Q.  So, you were confused by my last question a little bit.

2          Once again, if you're confused by any of my questions,

3  please let me know.

4  A.  Okay.

5  Q.  Was there sometime that you started sending out loads of

6  cocaine via boat?

7  A.  Yes, sir.

8  Q.  When you first started sending out cocaine via boat, from

9  where were you sending it?

10 A.  From the ports in Buenaventura and Narino in Tumaco.

11          MR. DAVIS:  Can we put up on the screen 3 B, as in

12 bravo?

13          SPECIAL AGENT TWEHUES:  (Complied.)

14 BY MR. DAVIS:

15 Q.  Before we zoom in, was this off Colombia's Pacific coast or

16 Atlantic coast?

17 A.  Pacific coast.

18          MR. DAVIS:  Can we zoom in on Colombia's Pacific

19 coast, please?

20          SPECIAL AGENT TWEHUES:  (Complied.)

21 BY MR. DAVIS:

22 Q.  What cities were you using to ship out cocaine from the

23 Pacific coast?

24 A.  Well, actually, they were not the ports.  We actually used

25 the rivers that open into the ocean and we would send the boats

Toro Sanchez - Direct

1   loaded with the cocaine to meet the larger ships that were out

2   at sea.

3   Q.   What general vicinity -- what big cities -- let me start

4   again.

5        Would these rivers empty out into the ocean close to

6   any big cities.

7   A.   Excuse me?

8   Q.   Let me try again.   Where were these rivers emptying out to?

9   A.   Into the sea.

10   Q.   And were they emptying out to the sea close to any major

11   port cities in Colombia?

12   A.   Tumaco or Buenaventura.

13   Q.   And you said once these boats would empty out to the sea,

14   they would meet another boat?

15   A.   Yes, sir.

16   Q.   How would that work?

17   A.   Okay.   The speedboats would go through the river.   They

18   would actually come up the river to a certain point in the

19   jungle.

20        There they would pick up the cocaine.   They would go

21   out the same way, on the same river, and what they would do is

22   that they would supply the fishing vessels that were already in

23   the high seas.

24   Q.   Once the cocaine was placed on the fishing vessels, where

25   would the fishing vessels go?

Toro Sanchez - Direct

1    A.   Mexico.

2             MR. DAVIS:   Can we put up on the screen 3 A, as in

3    alpha?

4             SPECIAL AGENT TWEHUES:   (Complied.)

5    BY MR. DAVIS:

6    Q.   Do you see an arrow pointing to Mexico?

7    A.   Yes, sir.

8    Q.   How many loads did you send out off Colombia's Pacific

9    coast to Mexico?

10   A.   More than 14.

11   Q.   What was the size of the smallest load?

12   A.   1,600 kilos.

13   Q.   What was the size of the largest load?

14   A.   9,000 kilos.

15   Q.   How many of these loads were successful?

16   A.   Some of them were successful, but others were not.  It's

17   relative.

18   Q.   What do you mean?

19   A.   Well, some would go in successfully and others were lost.

20   Q.   Of these loads, of these 14 or more loads that you sent

21   out, do you remember approximately how many of them were

22   successful?

23   A.   Around five or six.

24   Q.   How many of them were seized?

25   A.   Seized?  There were around seven shipments.

Toro Sanchez - Direct

1  Q.  Were there some lost?

2  A.  Yes, sir.

3        MR. DAVIS:  Could we --

4  A.  Actually seized --

5        MR. DAVIS:  Could we put up on the screen 1 N, as in

6  Neil?

7        SPECIAL AGENT TWEHUES:  (Complied.)

8  BY MR. DAVIS:

9  Q.  Who is this person?

10  A.  Arnulfo Espinel.

11  Q.  What was Arnulfo Espinel -- was he involved in these loads

12  that you were sending to Mexico?

13  A.  Yes, sir.

14  Q.  In what way?

15  A.  Besides being an investor, he was also the individual

16  responsible for having or making the contacts with the Mexican

17  cartels so that the drugs would be received there and sell it

18  and also to have the money brought back to Colombia.

19  Q.  Once the drugs were sold to the people in Mexico --

20        A JUROR:  Sorry.

21  BY MR. DAVIS:

22  Q.  Once the drugs were sold to the people in Mexico, what were

23  the people in Mexico doing with the drugs?

24  A.  They would bring it into the United States.

25  Q.  You're saying that Fito was an investor?

1  A.  Yes, he was also an investor.

2  Q.  Of those loads that you sent out by the ocean to Mexico,

3  what percentage would you own?

4  A.  It was also around 25 percent.

5  Q.  What was your profit per kilo for the successful loads?

6  A.  Between 3,000 and $3,500.

7  Q.  Were your cousins, either Diego, Eugenio or Juan Carlos,

8  involved in any of the loads?

9  A.  The last one.

10  Q.  By the way, the person on the screen, who is this again?

11  A.  Arnulfo Espinel.

12  Q.  What was his nickname?

13  A.  Arnulfito.

14  Q.  Was he also known as Fito?

15  A.  Fito.

16  Q.  I was asking you about whether your cousins, Diego, Eugenio

17  and Juan Carlos, had a stake in any of these loads that you

18  sent out to Mexico.

19  A.  Yes, sir.

20  Q.  Which load or loads?

21  A.  The last one.

22  Q.  What percentage or what portion of the last load did they

23  own?

24  A.  Almost 25 percent.

25  Q.  How big was that load?

1   A.   3,100 kilos of cocaine.

2   Q.   What happened to that load?  Was that load successful?

3   A.   It was seized.

4   Q.   Did the defendant own any portion of any of the loads that

5   you sent out via the Colombian Pacific coast to Mexico?

6   A.   He did, in the last one.

7   Q.   What percentage did he own?

8   A.   They actually were a group which included Guacamayo,

9   Mamoncillo and Don Omar.

10   Q.   How much did they own?

11   A.   500 kilos of cocaine.

12   Q.   Did they make any money off that load?

13   A.   It was seized.

14          MR. DAVIS:  Putting up on the screen 1 O, as in Oscar.

15          SPECIAL AGENT TWEHUES:  (Complied.)

16   BY MR. DAVIS:

17   Q.   Who is that?

18   A.   Carlos Robayo, Guacamayo.

19   Q.   Is that the person you were referring to a few minutes ago?

20   A.   Yes, sir.

21          MR. DAVIS:  Putting up on the screen Exhibit 12 in

22   evidence.

23          SPECIAL AGENT TWEHUES:  (Complied.)

24   A.   That's Mamoncillo and his brothers.  I don't recall the

25   names of the others.

1   Q.   Which one of these three people in Exhibit 12 is
2   Mamoncillo?
3   A.   The one in the middle.
4   Q.   Did you have another way of shipping cocaine to the United
5   States via boat?
6   A.   There was one using a merchant boat -- I'm sorry -- a
7   commercial freight ship.
8   Q.   By the way, a question I forgot to ask you about the loads
9   that you sent out to Mexico:   During what time period were you
10  sending those loads to Mexico?
11  A.   From 1998 through 2003.
12  Q.   When was the last load seized?
13  A.   December 2003.
14  Q.   What about the loads that you sent out by Kalita Airlines.
15  What was the time frame for those?
16  A.   Between '94 and '95.
17  Q.   What about the loads you sent out via American Airlines?
18  A.   Well, first it was American Airlines and then it was
19  Kalita.
20  Q.   What about the load that you helped your cousin, Eugenio,
21  distribute in New York?
22  A.   1995.
23  Q.   By the way, all these dates that you're giving me, did you
24  write them down in a diary as you were doing them?
25  A.   No, no, no.   I didn't think of doing that, no.

Toro Sanchez - Direct

1   Q.  So, the dates that you're giving us are the best of your

2   recollection as are you sit here today?

3   A.  Yes, sir.

4   Q.  Talking about the last route that you had, the one that

5   went to Miami via boat --

6   A.  Yes, sir.

7   Q.  -- when were you using that route?

8   A.  When I was using --

9   Q.  Sorry.  It was a bad question.

10          During what time period were you sending cocaine to

11  Miami via boat?

12  A.  There were two trips that were done using those commercial

13  freight ships that I mentioned to you.

14  Q.  What time period?  What year, if you remember?

15  A.  2002, 2003.

16  Q.  How large were those loads?

17  A.  150 kilos.

18  Q.  Of?

19  A.  Cocaine.

20  Q.  And, once again, the drugs that you were shipping to Mexico

21  via boat, what were those?

22  A.  Cocaine.

23  Q.  And the shipments that you were sending to Miami, how were

24  you sending them to Miami?

25  A.  On freight ships.

Toro Sanchez - Direct

1   Q.   How were you smuggling them aboard freight ships?

2   A.   We had an individual in Colombia.  I had a secretary by the

3   name of Juanpi who had dealings with this man and he was the

4   person responsible of introducing the drug into the containers,

5   hide the drugs in there so that it could be taken out here in

6   Miami.

7   Q.   Of these two loads that you sent through the containers to

8   Miami, how many of them were successful?

9   A.   Only one.

10  Q.   What happened to the second load?

11  A.   It was seized.

12  Q.   Where?

13  A.   Here in the United States.

14  Q.   What percentage of these loads did you own?

15  A.   On the first one -- actually, on all of them, the largest

16  percentage was mine.

17  Q.   What was that?

18  A.   On the first load, I had 140 kilos.

19  Q.   What about the second load?

20  A.   Okay.  On that first load, I owned 140 kilos.  The other 10

21  kilos belonged to Guacamayo, Capachivo and Mamoncillo.

22  Q.   How much did you stand to make per kilo on that first load?

23  A.   About somewhere between 5,000 and 6,000 per kilo.

24  Q.   What about the second load?  How much did you own on the

25  second load?

1   A.   105 kilos.

2   Q.   How much did you stand to make on the second load?

3   A.   Between 600,000 and $700,000.

4   Q.   Did the defendant own any percentage in the second load?

5   A.   Yes, sir.

6   Q.   What did he own?

7   A.   10 kilos.

8   Q.   Himself or with a group of people?

9   A.   Along with Mamoncillo and Guacamayo.

10   Q.   When you were organizing these routes, where were you

11   living?

12   A.   In Cali.

13   Q.   Did there come a time you moved out of Cali?

14   A.   Yes, sir.

15   Q.   When was that?

16   A.   Towards the end of 2003.

17   Q.   Why did you move out of Cali towards the end of 2003?

18   A.   Because of the war that had broken out with Varela.

19           MR. DAVIS:  Could we put up on the screen 1 U?

20           SPECIAL AGENT TWEHUES:  (Complied.)

21   BY MR. DAVIS:

22   Q.   When you left Cali, where did you move to?

23   A.   Magdalena Medio.

24           MR. DAVIS:  Can we put up on the screen 1 B?  I'm

25   sorry.  3 B.

1           SPECIAL AGENT TWEHUES:  (Complied.)

2           MR. DAVIS:  Could we focus in on the area between

3      Medellin and Bogota?

4           SPECIAL AGENT TWEHUES:  (Complied.)

5      BY MR. DAVIS:

6      Q.  Is Magdalena Medio located somewhere in that area on the

7      screen?

8      A.  It's close to La Dorada.  Magdalena Medio actually

9      encompasses everything that has to do or that includes La

10     Dorada, Puerto Boyaca.

11          MR. DAVIS:  Can we put up on the screen 3 D, as in

12     delta, and focus on the area between La Dorada and Puerto

13     Boyaca?

14          SPECIAL AGENT TWEHUES:  (Complied.)

15     A.  Yes, sir.

16     Q.  Do you have the area that you would refer to as Magdalena

17     Medio on the screen?

18     A.  Yes, sir.

19     Q.  Describe one of the cities that you would consider to be

20     part of Magdalena Medio that are on the screen?

21     A.  La Dorada and Puerto Boyaca.

22     Q.  Approximately what month and what year did you move up to

23     Magdalena Medio?

24     A.  In October.

25     Q.  Of what year?

1  A.  2003.

2  Q.  Where were you living when you were arrested?

3  A.  Nearby close to Puerto Boyaca.

4  Q.  Remind us of the date that you were arrested.

5  A.  2003, December 29.

6  Q.  At some time after your arrest, were you eventually

7  extradited to the United States?

8  A.  Certainly, yes, sir.

9  Q.  Because of a criminal case here in Miami?

10  A.  Yes, sir.

11  Q.  What were you charged with?

12  A.  Drug trafficking.

13  Q.  How did you resolve the case?  Did you go to trial or did

14  you plead guilty?

15  A.  I pled guilty.

16  Q.  Approximately when?

17  A.  In 2006.

18  Q.  Could it have been 2005?

19  A.  Yes, sir.

20  Q.  Have you been sentenced?

21  A.  Yes, sir.

22  Q.  What was the sentence?

23  A.  236 months.

24  Q.  Who was the Judge who sentenced you?

25  A.  Her Honor, Judge Altonaga.

Toro Sanchez - Direct

1        MR. DAVIS:  Putting back on the screen 1 F, as in

2   foxtrot.

3        SPECIAL AGENT TWEHUES:  (Complied.)

4   BY MR. DAVIS:

5   Q.  Remind us who this person is.

6   A.  Ivan Urdinola.

7   Q.  When did you first meet him?

8   A.  The first time I saw him was in 1990 and then afterwards.

9   Q.  Where would you see him?

10  A.  At the Milan estate.

11  Q.  How frequently were you going up to Milan?

12  A.  Every time that Diego would go there, so that was pretty

13  frequent.

14  Q.  What was Diego's and Ivan's relationship like?

15  A.  Very close, almost like brothers.

16  Q.  What about their trafficking relationship?

17  A.  They were partners.

18  Q.  When you were up at Milan with Diego visiting Ivan, how

19  frequently would you see the defendant?

20  A.  Always.

21  Q.  What would the defendant be doing?

22  A.  He ran a security team for Mr. Ivan Urdinola.

23  Q.  What would you see him doing?

24  A.  He was a bodyguard.

25  Q.  You were saying that Milan had a landing strip?

Toro Sanchez - Direct

1  A.  Yes, sir.

2  Q.  Was this a paved or unpaved landing strip?

3  A.  It was paved.

4  Q.  Were there any buildings out by the landing strip?

5  A.  Yes, sir.  It did have a hangar.

6  Q.  When you were visiting Milan frequently, would you go out

7  to the landing strip?

8  A.  Every time that we went up there, we would go to the

9  airstrip.

10  Q.  For what purpose?

11  A.  Ivan Urdinola would give cocaine to Diego for Diego to

12  process it in his laboratories.

13  Q.  After Diego would process it in his laboratories, where

14  would he take it?

15  A.  It would be taken either to stash locations or to Milan so

16  that it could be shipped off to Mexico.

17  Q.  How would it be shipped off to Mexico?

18  A.  By airplanes.

19  Q.  When this cocaine was being shipped off to Mexico via

20  airplanes, where would you be?

21  A.  I was with Diego.

22  Q.  Where?

23  A.  In Milan.

24  Q.  Where in Milan?

25  A.  In Zarzal, in the North Valley.

1   Q.   In what portion of Milan, in what particular area of Milan?

2   A.   By the airstrip.

3   Q.   When you were at the airstrip with Diego, where would Ivan

4   be?

5   A.   Also at the airstrip, along with Diego.

6   Q.   Where would the defendant be?

7   A.   This defendant?

8   Q.   Where would the defendant be?

9   A.   He was there providing security by the airstrip, security

10   for Ivan Urdinola.

11   Q.   How frequently would this happen?

12   A.   Always.

13   Q.   When the defendant was out providing security for Ivan on

14   the airstrip, how many bodyguards was he supervising?

15   A.   30 bodyguards, approximately 30.

16   Q.   What were you doing out at the airstrips when these flights

17   were taking off?

18   A.   Also security.

19   Q.   For whom?

20   A.   For Diego Montoya.

21   Q.   In your early days working for Diego, did you learn of

22   someone, a drug dealer known as Payaso?

23   A.   Yes, sir.

24   Q.   Who did Payaso work for?

25   A.   For Orlando Henao.

Toro Sanchez - Direct

 1            MR. DAVIS:  Could we put up on the screen 1, V as in

 2   Victor?

 3            SPECIAL AGENT TWEHUES:  (Complied.)

 4   BY MR. DAVIS:

 5   Q.  Who was that?

 6   A.  Orlando Henao.

 7   Q.  What was Orlando Henao's business?

 8   A.  Drug trafficking.

 9   Q.  During the time when you first started working for your

10   cousin, Diego, was Orlando Henao a significant drug trafficker?

11   A.  Yes, sir.

12   Q.  How significant?

13   A.  Well, he was the head of the North Valley Cartel.

14   Q.  How significant was he in comparison to Ivan Urdinola?

15   A.  I didn't understand your question.

16   Q.  You were saying that Ivan Urdinola was like a kingpin.

17   A.  Yes, sir.

18   Q.  Does that description describe -- does that term describe

19   Orlando Henao's position at the time?

20   A.  Yes, yes, sir.

21   Q.  In what geographical area was Orlando Henao operating out

22   of?

23   A.  North Valley.

24   Q.  What was Payaso's position with Orlando Henao?

25   A.  He worked for Orlando Henao.  He was a man of a lot of

1   trust by Orlando Henao.

2   Q.  Do you know if he was a transporter or an enforcer?

3   A.  He was an enforcer.

4           MR. DAVIS:  Putting up on the screen 1 U.

5           SPECIAL AGENT TWEHUES:  (Complied.)

6   BY MR. DAVIS:

7   Q.  During this time period, what was -- by the way, I put

8   words in your mouth.  Who was this again?

9   A.  Wilber Varela.

10  Q.  During the time period when you first started working for

11  Diego, what was Wilber Varela's association with Payaso?

12  A.  They were close friends.

13  Q.  Did they work together?

14  A.  Yes, sir.

15  Q.  When you were working for Diego, did you come to learn of a

16  dispute that Diego had with Payaso?

17  A.  Yes, sir.

18  Q.  Where were you when you first learned of the existence of

19  this dispute between Diego and Payaso?

20  A.  At a cocaine laboratory close to Zarzal which was called El

21  Treinta.

22          MR. DAVIS:  Can we put up on the screen 3 C, as in

23  Charlie, and circle around the area of Zarzal?

24          SPECIAL AGENT TWEHUES:  (Complied.)

25  BY MR. DAVIS:

1    Q.   And Treinta was where on this map?

2    A.   About 10 or 15 minutes from Zarzal.

3    Q.   You were at a lab called Treinta or 30?

4    A.   Yes, sir.

5    Q.   How was it that you learned of this dispute between Diego

6    and Payaso?

7    A.   We were in the lab.  Diego Montoya called an uncle of mine

8    who was with us there at the laboratory and he gave the order

9    to go out to the roadway with some men, and I was included in

10   them, to set up a checkpoint and to kill Payaso.

11   Q.   Was it a runway or a highway that Diego told you to go out

12   to?

13   A.   To the roadway, to the roadway where the cars go.

14   Q.   Where was Payaso supposedly coming from?

15   A.   From Cartago.

16   Q.   Is Cartago on the map?

17   A.   Yes, sir.

18   Q.   Where is it relative to Zarzal?

19   A.   A little bit further north.

20          MR. DAVIS:  Can we highlight Cartago, please?

21          SPECIAL AGENT TWEHUES:  (Complied.)

22   BY MR. DAVIS:

23   Q.   Where was Payaso supposedly traveling to?

24   A.   Well, it wasn't specifically Cartago where the problem came

25   up.  It was close to Cartago.

Toro Sanchez - Direct

1    Q.   Where was he traveling, supposedly traveling to?

2    A.   To Cali.

3              MR. DAVIS:  Can we put up on the screen 8 A?

4              SPECIAL AGENT TWEHUES:  (Complied.)

5              MR. DAVIS:  If we could zoom in on the area between

6    Cartago and Cali.

7              SPECIAL AGENT TWEHUES:  (Complied)

8              MR. DAVIS:  If we could highlight Cartago and Cali.

9              SPECIAL AGENT TWEHUES:  (Complied.)

10   BY MR. DAVIS:

11   Q.   Remind us who was the uncle, what was the name of the uncle

12   that your cousin, Diego, called?

13   A.   Luis Eduardo Sanchez.

14   Q.   What did you refer to him as?

15   A.   The uncle, El Tio.

16   Q.   Tio Luis?

17   A.   Yes.

18   Q.   When Diego called Tio Luis, what did you do?

19   A.   I went along with Tio Luis to the roadway in order to wait

20   for Payaso to come by.

21   Q.   Were you armed or unarmed?

22   A.   Armed.

23   Q.   If you had seen Payaso, what would you have done?

24   A.   I would have killed him.

25   Q.   How long were you out at the roadway?

1   A.  For about two hours.

2   Q.  Did you see Payaso?

3   A.  No, sir.

4   Q.  Why did you leave?

5   A.  Because my cousin, Diego, told us that we should go to the

6   estate, to Milan.

7   Q.  What did he tell you about what had happened to Payaso?

8   A.  Diego explained to us while Ivan Urdinola was there present

9   and as Mr. Capachivo was there as well that there had been an

10  argument in a place called Las Piramides.

11  Q.  Before you get there, where was Diego giving you this

12  explanation?

13  A.  At Milan.

14  Q.  Was this after he had called Tio Luis and told you guys to

15  get to Milan?

16  A.  Yes, sir.

17  Q.  How did you get to Milan?

18  A.  By car.

19  Q.  Was this daytime or nighttime?

20  A.  Nighttime.

21  Q.  When you get to Milan, who was present?

22  A.  Diego was there, Ivan Urdinola and Mr. Capachivo.

23  Q.  Who was talking?

24  A.  Diego.

25  Q.  Step by step, I'd like you to explain what Diego told you

Toro Sanchez - Direct

1  with the defendant present?

2  A.   That there had been a problem with Payaso at that place

3  called Las Piramides where Payaso assaulted him.

4  Q.   What type of place is Las Piramides?

5  A.   Well, it's like a vacation place where you have pools and

6  things like that.

7  Q.   Where is Las Piramides located?

8  A.   Almost getting close to Cartago.

9  Q.   What had Diego been doing in Las Piramides?

10  A.   They were there for a birthday.

11  Q.   What was Payaso doing there?

12  A.   He was there also for that same birthday.

13  Q.   What types of people were at this birthday party?  Were

14  there a lot of drug traffickers there that night?

15  A.   There were many drug traffickers, yes.

16  Q.   So, Diego was telling you about a dispute or something that

17  Payaso did to him.  Please continue.

18  A.   Well, that he had assaulted him, that he had slapped him on

19  his face and had threatened him.

20  Q.   What was this dispute about?

21  A.   Because at that time Diego had war with the

22  narco-guerrillas, the ELN, and Payaso was helping Diego in that

23  war and that Diego had not paid him some money that he was to

24  pay him.

25  Q.   So, what did Payaso do because of the fact that Diego had

Toro Sanchez - Direct

1  owed him money?

2  A.   Sort of threatened him and slapped him on his face.

3  Q.   Who were the types of people present witnessing this when

4  Diego was getting slapped in the face?

5  A.   From what I understand, Ivan Urdinola.

6  Q.   Were there any other drug traffickers who saw this

7  confrontation?

8  A.   Arcangel Henao, Henry Loaiza, El Alacran, or the scorpion.

9  Q.   What was Diego's reaction to all of this?

10  A.   What I understand at that time was that Diego also reacted.

11  It seems that they aimed their weapons at each other, but

12  nothing else happened there and that's when Diego calls us to

13  give us the authorization -- calls my uncle Luis -- so that

14  we'd go out to the road, for us to wait there for Payaso to

15  come by.

16  Q.   So, is this the explanation that Diego was giving to you at

17  Milan?

18  A.   Yes, sir.

19  Q.   When Diego was giving you this explanation, where is the

20  defendant?

21  A.   He was there present.

22  Q.   Continue.  What else did Diego tell you at Milan?

23  A.   That's when the authorization was being given to Mr. Omar

24  Garcia, Capachivo, to kill Payaso.

25  Q.   Where was Ivan when this authorization was given to

1    Capachivo to kill Payaso?

2    A.   Present there at Milan.

3    Q.   What did Ivan say when this authorization went out?

4    A.   He gave the authorization to Mr. Capachivo so that he would

5    go and kill Payaso.

6    Q.   At that time who did Capachivo work for?

7    A.   For Ivan Urdinola.

8    Q.   What was Capachivo's reaction when Ivan gave this

9    authorization to go and kill Payaso?

10   A.   To go ahead and execute the operation.

11   Q.   Where was Payaso believed to be at the time?

12   A.   In Cali.

13   Q.   So, he evaded your roadblock you had out by Zarzal?

14   A.   Yes, sir.

15            THE COURT:   Could we give the jury a morning recess?

16            MR. DAVIS:   Absolutely.

17            THE COURT:   Ladies and gentlemen, we'll take 10

18   minutes.   Please don't discuss the case.

19            THE COURT SECURITY OFFICER:   All rise for the jury.

20       [There was a short recess at 10:55 p.m.].

21            THE COURT:   Bring the jury in.

22       [The jury returns to the courtroom at 11:16 p.m.]

23            THE COURT:   Everyone please be seated.

24   BY MR. DAVIS:

25   Q.   Before the break, Mr. Toro Sanchez, you were telling us

1   about the plan to murder Payaso.

2   A.  Yes, sir.

3   Q.  Now, remind us again where you were when you first learned

4   that there was a problem.

5   A.  We were at Treinta.

6   Q.  Which is a what?

7   A.  It's a cocaine lab.

8   Q.  How close is Treinta to Milan?

9   A.  10, 15 minutes away.

10  Q.  Who were you with at the time?

11  A.  I was with my uncle Luis.

12  Q.  After you learned of the problem, remind us where you went.

13  A.  To the Milan estate.

14  Q.  Before you went to Milan, did you spend some time out on

15  the roadway?

16  A.  Yes, sir, we were on the road.

17  Q.  For how long?

18  A.  For approximately one or two hours waiting for Payaso to go

19  by so we could murder him.

20  Q.  And when you failed to intercept Payaso, where did you go

21  next?

22  A.  We went to the Milan estate.

23  Q.  Who was there?

24  A.  Tio, Luis and I.

25  Q.  Who did you meet there?

1  A.  With Ivan Urdinola, Diego Montoya and Omar Garcia,

2  Capachivo.

3  Q.  Do you remember the approximate year that this took place?

4  A.  Yeah, that was around 1993 or a little later, around that

5  time.

6  Q.  Did you record this in a calendar or a diary?

7  A.  No, sir.

8  Q.  So, you're giving us the date to the best of your

9  recollection?

10  A.  Yes, sir.

11  Q.  Of the things that you have been telling us about, how

12  important was the date to you at the time?

13  A.  Excuse me?  Excuse me?

14  Q.  How important was it to you at the time to try to remember

15  the exact date of this meeting?

16  A.  Well, that was an important event for the -- for Orlando

17  Henao's organization.

18  Q.  But at the time you had that meeting, was it important for

19  you to record in a diary the exact date of the meeting?

20  A.  No, sir.

21  Q.  What was going on was more important?

22  A.  Exactly, yes, sir.

23  Q.  You were saying that this was important for Orlando Henao.

24          MR. DAVIS:  Could we put on the screen 1 V, as in

25  Victor?

Toro Sanchez - Direct

1           SPECIAL AGENT TWEHUES:  (Complied.)

2    BY MR. DAVIS:

3    Q.  Who is that?

4    A.  Orlando Henao.

5    Q.  At the time of this murder plan, what was Payaso's

6    association to Orlando Henao?

7    A.  He was a highly trusted individual in the organization.

8    Q.  What was Orlando Henao's position in the North Valley

9    Cartel?

10   A.  Well, he was actually the head of the North Valley Cartel.

11           MR. DAVIS:  Can we do a side-by-side and pull up 1 F,

12   as in foxtrot, please?

13           SPECIAL AGENT TWEHUES:  (Complied.)

14   BY MR. DAVIS:

15   Q.  Remind us who this is.

16   A.  Ivan Urdinola.

17   Q.  At the time the order went out to murder Payaso, what was

18   Ivan Urdinola's association with the defendant?

19   A.  Capachivo was one of Ivan Urdinola's workers.

20   Q.  What was Ivan Urdinola's position in the North Valley

21   Cartel at the time?

22   A.  He was a high-level kingpin of the North Valley Cartel.

23   Q.  At the time that Ivan Urdinola gave the authorization to

24   the defendant to go murder Payaso, had he received Ivan

25   Urdinola's permission?

1   A.   No, sir.

2   Q.   Was that an issue of concern for the people at the meeting

3   at the Milan?

4   A.   Yes, sir.

5   Q.   What was explained?

6   A.   To who.

7   Q.   Who discussed this problem when you were at this meeting at

8   Milan?

9   A.   Well, the authorization came from Ivan Urdinola to

10  Mr. Capachivo and Diego Montoya was there, along with Tio Luis

11  and myself.

12  Q.   You were telling us a few seconds ago that the fact that

13  Ivan Urdinola had not received Orlando Henao's permission

14  before putting out the order to murder one of his people was a

15  problem.

16  A.   That was going to be a problem, yes.

17  Q.   Was that something that was discussed when all of you folks

18  were together at Milan that night?

19  A.   Yes, sir.

20  Q.   Who said what?

21  A.   How do you mean?  Said what about what?

22  Q.   Who was discussing the fact that this was a potential

23  problem?

24  A.   This was a discussion between Diego and Don Ivan.

25  Q.   Who was present when they were having this discussion?

Toro Sanchez - Direct

1  A.  Capachivo was there, Tio was there and I was there.

2  Q.  What were Diego and Ivan saying about this problem?

3  A.  That by having Payaso killed, that was going to make

4  Orlando Henao very angry because he was a highly trusted

5  associate of -- and that might give rise to a war.

6  Q.  What instructions did -- did Diego or Ivan give any

7  instructions on what should happen if the defendant were

8  successful in killing Payaso that night?

9  A.  Yes, of course.  Yes, sir.

10  Q.  What did they say?

11  A.  They gave Capachivo the order to murder Payaso.

12  Q.  You were saying that they indicated there could be a

13  problem --

14  A.  Yes.

15  Q.  -- if Capachivo succeeded.

16  A.  Yes, sir.

17  Q.  So, what warning did they give?

18  A.  That if Capachivo was successful in murdering Payaso in the

19  early morning hours of that day, then we all must be very

20  careful.

21  Q.  Because?

22  A.  Because Orlando Henao's reaction could be that he would

23  have some of us murdered then.

24  Q.  After this meeting concluded, where did the defendant go?

25  A.  He went to execute the orders issued to him by Diego

1    Montoya.

2    Q.   Where specifically did he go?

3    A.   Cali.

4    Q.   Where did you go?

5    A.   I went with my uncle, Luis, to the lab at Treinta.

6    Q.   Where were you the next time you heard of any news about

7    what had happened with this plan?

8    A.   That was the next day at the lab.

9    Q.   Who did you learn this news from?

10   A.   Tio Luis.

11   Q.   Where did he learn the news from?

12   A.   Because Diego called him and told him.

13   Q.   What did he tell him?

14   A.   That we should go back to Milan because Payaso's murder had

15   been done.

16   Q.   By whom?

17   A.   Mr. Capachivo.

18   Q.   Where was Capachivo the next time you saw him?

19   A.   At Milan.

20   Q.   Who was present?

21   A.   Well, Diego Montoya was there along with Juan Carlos

22   Montoya, Tio Luis, Ivan Urdinola, Omar Garcia and myself.

23   Q.   What was the purpose of this meeting?

24   A.   For Capachivo to give us his report as to what had happened

25   with Payaso and to take the security measures necessary from

1  that moment forward in preparations for whatever Orlando
2  Henao's reaction might be.
3  Q.  Did Capachivo give a report of what had happened?
4  A.  Yes, he gave his report to Ivan Urdinola and Diego Montoya.
5  Q.  Where were you when he gave his report to Ivan Urdinola and
6  Diego Montoya?
7  A.  At Milan.
8  Q.  What did the defendant report to them?
9  A.  That he had executed Mr. Payaso at an apartment in Cali
10  where he was with his wife and a daughter, that he had moved
11  the wife and daughter to another room.  He executed Mr. Payaso
12  and his bodyguard.
13  Q.  Did the defendant say whether he had done it or whether
14  some of his workers had done it.
15  A.  He stated that he, himself, had been present.
16  Q.  Where were you the next time you discussed this with Diego?
17  A.  At Treinta in the lab.
18  Q.  Who was present?
19  A.  Tio Luis, Juan Carlos, Diego Montoya and myself.
20  Q.  Where was Capachivo?
21  A.  No, he wasn't.
22        THE INTERPRETER:  (Indicating.)
23  A.  Well, apparently, he was in hiding because that's what had
24  been discussed at the meeting before, everybody take care and
25  lay low.

Toro Sanchez - Direct

1  Q.  What was the purpose of this meeting you had at Treinta
2  with Diego, Juan Carlos and Tio Luis?
3  A.  That was a family-type of reunion, the members of the
4  family, so that we could take the appropriate security measures
5  because we were fearful that Orlando Henao might make some kind
6  of an attempt against one of us because Ivan Urdinola had
7  already told him that Orlando Henao was very upset because of
8  that.
9  Q.  This was a pretty bold step that Diego and Ivan had taken
10  by having Payaso killed?
11  A.  Yes, sir.
12  Q.  Where were you the next time you saw the defendant?
13  A.  You mean, after that?
14  Q.  Yes, the next time you saw the defendant.  Where did you
15  see the defendant next?
16  A.  That was at a -- it was at a car auction location in Cali
17  where Orlando Henao, Diego Montoya, Ivan Urdinola and
18  Mr. Capachivo were.
19  Q.  Was this like an office?
20  A.  Yes, sir.
21  Q.  Whose office was it?
22  A.  Ivan Urdinola's.
23  Q.  What was the purpose of this meeting?
24  A.  The purpose was to have a meeting with Orlando Henao so
25  that we would not engage in a long war.

1   Q.   By the way, were Orlando Henao and Ivan Urdinola related in

2   any way?

3   A.   Yes, sir.

4   Q.   How?

5   A.   Brothers-in-law.

6   Q.   How was it that they were brothers-in-law?

7   A.   Because Ivan Urdinola was married to Lorena Henao, who is

8   Orlando Henao's sister.

9   Q.   And that family relationship potentially contributed to

10  their ability to avoid a war?

11  A.   Yes, sir, 100 percent.

12  Q.   Were you present in the room when this meeting took place?

13  A.   Yes, sir, but not inside where the conversation was taking

14  place.   Rather, outside as a bodyguard.

15  Q.   Were there other bodyguards there?

16  A.   Yes, sir.

17  Q.   So, who was inside where the conversation took place?

18  A.   Diego Montoya, Ivan Urdinola, Orlando Henao and Mr. Omar

19  Garcia Capachivo.

20  Q.   Did there come a time when you learned what was discussed

21  at this meeting?

22  A.   Yes, sir.

23  Q.   When did this happen?

24  A.   Yes, I found out after the meeting.   That was at a parking

25  garage that belonged to Diego Montoya where there was also an

1   office.  We went there and Omar Garcia Capachivo went there as

2   well.

3   Q.  Did this parking garage have a nickname or a name?

4   A.  115.

5        MR. DAVIS:  Putting up on the screen 4 F, as in

6   foxtrot.

7        SPECIAL AGENT TWEHUES:  (Complied.)

8   BY MR. DAVIS:

9   Q.  Do you recognize the location depicted on these pictures?

10  A.  Yes, sir.

11  Q.  What is that?

12  A.  That's the entry gate into the 115 parking lot.

13  Q.  Okay.  So, that's the place where you all met to discuss

14  what had happened at this meeting?

15  A.  Excuse me?

16  Q.  Is this the location where Diego and Ivan told you what had

17  happened at that meeting?

18  A.  No, Don Ivan was not there.

19  Q.  Who was there?

20  A.  Present were Juan Carlos, Eugenio, Diego Montoya, Capachivo

21  and myself.

22  Q.  Who gave the report?

23  A.  Diego.

24  Q.  What did he tell you?

25  A.  That during the meeting they had come to an agreement that

Toro Sanchez - Direct

1   Don Orlando would not take any reprisals because of Payaso's

2   murder.

3          MR. DAVIS:  Could we put up on the screen 1 A, as in

4   alpha?

5          SPECIAL AGENT TWEHUES:  (Complied.)

6   BY MR. DAVIS:

7   Q.  Remind us who that is.

8   A.  Diego Montoya, my cousin.

9          MR. DAVIS:  Now, could we put back on the screen 1 V,

10  as in Victor, to the side.

11         SPECIAL AGENT TWEHUES:  (Complied.)

12  BY MR. DAVIS:

13  Q.  Now, who is on the screen again on the right side?

14  A.  Orlando Henao.

15  Q.  Was the fact that your cousin, Diego, had gotten away with

16  murdering one of Orlando Henao's workers and not being murdered

17  himself a significant accomplishment?

18  A.  Yes, sir.

19  Q.  Explain why.

20  A.  Because by making an attempt against the life of one of the

21  members of the Henao organization, he being a kingpin of the

22  North Valley Cartel, that gave Diego a certain renown or a

23  certain reputation within the North Valley Cartel.  That was a

24  very bold move that no one would have ever taken against

25  Orlando Henao.

May 6, 2011

Toro Sanchez - Direct

1   Q.   What impact did that all have on Diego's power within the
2   North Valley Cartel?
3   A.   Well, actually that catapulted him into becoming the most
4   important man within the North Valley Cartel.
5   Q.   Why was that?
6   A.   Well, you know, it wasn't really an easy thing to call one
7   of Orlando Henao's workers and someone so close to him.
8   Q.   When, approximately, was the Payaso murder?
9   A.   Sometime around 1993, more or less.
10  Q.   When did Ivan Urdinola go to jail?
11  A.   From around that time, sometime later, I think.
12  Q.   Close in time to the Payaso murder?
13  A.   I don't remember so well, sir.  I do not.
14  Q.   Within at least a few years?
15  A.   No, not that either.
16  Q.   When was it that Ivan Urdinola went to jail, to the best of
17  your recollection?
18  A.   In what year?
19  Q.   Yes.
20  A.   It was sometime around '93, or actually after '93.
21  Q.   Before '96?
22  A.   Yes, sir.
23  Q.   By the time that Ivan Urdinola went to jail, who had taken
24  over Milan?
25  A.   Mr. Octavio Pabon and Diego Montoya.

Toro Sanchez - Direct

1  Q.  After Payaso was murdered, did you notice any change in

2  Diego's relationship with the defendant?

3  A.  Yes, sir.

4  Q.  What did you start to notice?

5  A.  That the friendship was consolidated more between Capachivo

6  and Diego Montoya.

7  Q.  Why do you say that?  What did you notice?

8  A.  Because Capachivo then became part of the Diego Montoya,

9  Organization for him to be in charge of the hit men and

10 security for Diego Montoya.

11 Q.  What sort of jobs was Diego Montoya giving to Capachivo?

12 A.  Security, and also in the clandestine airstrips in Milan

13 and also to go collect on the drug trafficking debts.

14 Q.  You're saying that Diego would send the defendant out to

15 start collecting for him?

16 A.  Yes, sir.

17 Q.  How do you know that?

18 A.  Because on one day while I was there with Diego, I heard

19 him giving orders to Capachivo to go and collect on some money

20 that was owed to him.

21 Q.  Do you remember the specific incident this involved?

22 A.  Yes, sir.

23 Q.  How would the money become owed to Diego?  What would

24 happen to that money?

25 A.  A load of cocaine was stolen from Diego and that was

Toro Sanchez - Direct

1  approximately 1,000 or 1,500 kilos, and, so, Diego gave the

2  order to Capachivo to recover that, those drugs or that drug

3  that had been stolen.

4  Q.  Do you remember the approximate time frame of this

5  incident?

6  A.  Yes, sir.  That was around '94.

7  Q.  What did Diego order the defendant to do?

8  A.  He provided him with ballistics, in other words, weapons

9  and also money to go ahead and recover that drug that had been

10 stolen, to recover that shipment, that load.

11 Q.  Where were you when Diego gave those orders?

12 A.  We were at Milan.

13 Q.  Were you ever present when the defendant came back to

14 report on what had happened?

15 A.  Yes, sir.

16 Q.  Where was Diego when the defendant gave the report?

17 A.  At Milan.

18 Q.  Where were you?

19 A.  With Diego.

20 Q.  Where was the defendant?

21 A.  Also at Milan with us, giving Diego the report.

22 Q.  What was the report that the defendant gave to Diego in

23 your presence?

24 A.  That he had already located certain individuals who had

25 stolen that load and that certain individuals had been murdered

May 6, 2011

Toro Sanchez - Direct

1    and that part of the load that had been stolen had been

2    recovered, and the last or the one who was still missing was

3    the head of that group who had stolen that load.

4    Q.   Did there come a time that the defendant came back to give

5    Diego a second report?

6    A.   Yes, sir.

7    Q.   Where were you when the defendant came back to give Diego

8    the second report?

9    A.   With Diego at Milan.

10   Q.   What did the defendant report to Diego at Milan in your

11   presence?

12   A.   That he had already murdered the head of that gang that had

13   stolen the drugs from Diego Montoya.

14   Q.   When you were working for Diego, were you aware of an

15   incident with someone named Luigi?

16   A.   Yes, sir.

17   Q.   What did that incident involve?

18   A.   Some money was sealed in containers coming from Miami to

19   Colombia.   That was money, proceeds from the drug trafficking.

20   Q.   How much money had been seized?

21   A.   $15 million.

22   Q.   How much of that $15 million belonged to Diego?

23   A.   $3 million.

24   Q.   What was this person, Luigi's, involvement or association

25   with this problem?

Toro Sanchez - Direct

1    A.  Because he was the one who was in charge of money

2    laundering that money that would come from the United States to

3    Colombia.

4    Q.  Who were you with when you first learned about this

5    problem?

6    A.  Diego, Juan Carlos, Eugenio, Gogo and myself.

7            MR. DAVIS:  Starting with -- let's take these pictures

8    down -- 1 C, as in Charlie.

9            SPECIAL AGENT TWEHUES:  (Complied.)

10   BY MR. DAVIS:

11   Q.  Who is that?

12   A.  Juan Carlos Montoya, my cousin.

13           MR. DAVIS:  1 D, as in delta.

14           SPECIAL AGENT TWEHUES:  (Complied.)

15   BY MR. DAVIS:

16   Q.  Who that?

17   A.  Diego Montoya, my cousin.

18           MR. DAVIS:  Lastly, 1 L.

19           SPECIAL AGENT TWEHUES:  (Complied.)

20   Q.  Who is that?

21   A.  James Giraldo, a/k/a Gogo.

22   Q.  After you were advised of this problem, where did you go

23   next?

24   A.  From there, we went on to that parking lot, 115, where

25   Capachivo was called.

1          MR. DAVIS:  One moment.

2          Could we put on the screen 4 F, as in foxtrot, and

3    let's focus on the top photo.

4          SPECIAL AGENT TWEHUES:  (Complied.)

5    BY MR. DAVIS:

6    Q.  What is this again?

7    A.  Yes, that is the parking lot of 115.

8    Q.  Before we get to the meeting, because when you were working

9    for Diego, did this parking lot always look like this?

10   A.  Yes, sir.

11   Q.  It didn't look like a particularly nice place.

12   A.  Well, inside it was a parking area and there was an office.

13   Q.  Well, was it -- did it look from the outside like it was a

14   luxurious place?

15   A.  No.

16   Q.  Why would you be picking this location for meetings?

17   A.  Because it was an operation center for Diego Montoya and

18   his organization.

19   Q.  Did Diego like to have nice things?

20   A.  Yes, sir.

21   Q.  If Diego liked to have nice things, why would he have his

22   operation center in a location that looked like this?

23   A.  Well, because from the outside that was like a facade so it

24   wouldn't call attention from other people or the police.

25   Q.  So, you're saying after you learned of this problem, you

Toro Sanchez - Direct

1    went to 115.  What happened at 115?

2    A.  There we got together with Mr. Capachivo and Diego gave him

3    the authorization for him to coordinate with James Giraldo the

4    location, the kidnapping of that individual, Luigi, and all of

5    the property and belongings that this individual, Luigi, had

6    along with his family in order to be able to recover the money

7    that had been lost or seized.

8    Q.  Was there any concern about moving quickly?

9    A.  Yes, sir.

10   Q.  Why was that?

11   A.  Because aside from the $3 million that belonged to Diego,

12   there was other money that belonged to Victor Patino Fomenque

13   and Juan Carlos Ramirez Abadia, a/k/a Chupeta.

14   Q.  An what was the concern?

15   A.  The concern was that they first had to kidnap Luigi, his

16   family and to be able to first take over the properties that

17   this individual had, or his belongings.

18            MR. DAVIS:  Putting up on the screen for

19   identification only Exhibit 22 A.

20    [Government Exhibit 22 A marked for identification  11:55 at

21                          p.m.].

22            SPECIAL AGENT TWEHUES:  (Complied.)

23   BY MR. DAVIS:

24   Q.  Do you recognize that person?

25   A.  Yes, sir.

Toro Sanchez - Direct

1   Q.   Who is that?

2   A.   Victor Patino Fomenque.

3              MR. DAVIS:  Offer 22 A.

4              MR. DIAZ:  No objection.

5              THE COURT:  Admitted.

6    [Government Exhibit 22 A received in evidence at 11:56 p.m.]

7              MR. DAVIS:  If we could do a side-by-side and put up

8   on the screen 1 E, as in echo.

9   BY MR. DAVIS:

10  Q.   Who is this?

11  A.   Juan Carlos Ramirez Abadia, a/k/a Chupeta.

12  Q.   Were these the other people who had money lost on that

13  load?

14  A.   Yes, sir.

15  Q.   What was Victor Patino Fomenque's business?

16  A.   He was a transporter.  He was a drug dealer.

17  Q.   Which picture is the one of Victor Patino, the one on the

18  left or the one on the right?

19  A.   The left.

20  Q.   And tell us who is on the right.

21  A.   Juan Carlos Ramirez Abadia, a/k/a Chupeta.

22  Q.   What was his business?

23  A.   He was also a big drug dealer.

24  Q.   After Diego gave this order to the defendant to go kidnap

25  Luigi's family, were you present when a report was provided

May 6, 2011

Toro Sanchez - Direct

1  back to Diego by the defendant?

2  A.  Yes, sir.

3  Q.  How many?  How many reports?

4  A.  Several.

5  Q.  How frequently was the defendant reporting back to Diego

6  about the status of this operation?

7  A.  Once Capachivo went ahead and took over the properties that

8  belonged to Luigi and also to kidnap Luigi, the meetings

9  between Diego and Capachivo were constant so that Capachivo

10 would submit the reports that he had to submit.

11 Q.  What was he reporting about?

12 A.  To give a report on the properties and belongings that we

13 already had in our possession, and it would seem that in those

14 properties and people that belonged to Chupeta's group and

15 Victor Patino's group were also going to those properties in

16 order to take possession, but he already had armed people there

17 at those properties and, therefore, the people that came from

18 Victor Patino and Carlos, Chupeta, they couldn't do anything.

19 Q.  So, was Diego able to recover the debt?

20 A.  Yes, sir.

21 Q.  Was Luigi killed or allowed to live?

22 A.  He was not killed.  He was released.

23 Q.  Because?  Why is that?

24 A.  Because Capachivo had kidnapped him based on orders given

25 by Diego and Diego's debt was recovered.

Toro Sanchez - Direct

1  Q.  So, once Diego's debt was recovered, Luigi was allowed to

2  live?

3  A.  Yes, sir.

4          MR. DAVIS:  If we could just take down the picture on

5  the left and leave up the picture on the right --

6          SPECIAL AGENT TWEHUES:  (Complied.)

7          MR. DAVIS:  -- which would be 1 E, as in echo.

8          SPECIAL AGENT TWEHUES:  (Complied.)

9  BY MR. DAVIS:

10 Q.  Remind us who this person is.

11 A.  Juan Carlos Ramirez Abadia, a/k/a Chupeta.

12 Q.  When did you first meet him?

13 A.  I met him with Cali because at that time Diego had his labs

14 and he was processing cocaine for Juan Carlos Ramirez Abadia.

15 Q.  How much cocaine?

16 A.  A lot of cocaine.

17 Q.  Where would you see Diego meeting with Chupeta?

18 A.  Mostly it was at a building owned by Diego by the name of

19 Crystal Towers or otherwise at the 115.

20          MR. DAVIS:  Putting on the screen 4 F, as in foxtrot.

21          SPECIAL AGENT TWEHUES:  (Complied.)

22 BY MR. DAVIS:

23 Q.  Remind us what 4 F is.

24 A.  That's the 115 parking lot.

25 Q.  Where was 115 located in relation to the Crystal Towers?

Toro Sanchez - Direct

```
 1  A.  It was diagonal to it.
 2          MR. DAVIS:  Putting on the screen 4 E, as in echo.
 3          SPECIAL AGENT TWEHUES:  (Complied.)
 4          MR. DAVIS:  Sorry.  Wrong exhibit.  Putting on the
 5  screen 4 D, as in delta.
 6          SPECIAL AGENT TWEHUES:  (Complied.)
 7  BY MR. DAVIS:
 8  Q.  Do you recognize the photographs on the screen?
 9  A.  Yes, sir.
10  Q.  What's that?
11  A.  That is the building, Crystal Towers.
12  Q.  What was Crystal Towers used for?
13  A.  That was one of Diego's buildings.  It was an apartment
14  building and at some point in time my aunt, aunt Carola, lived
15  there along with Eugenio, and Juan Carlos used to live on the
16  ground floor.
17          Afterwards it was turned into an operations center for
18  the organization dealing with drug trafficking.
19  Q.  What sort of activities would be conducted at the Crystal
20  Towers?
21  A.  Meetings, as well as money deliveries made to Diego on
22  behalf of Chupeta's organization.
23  Q.  When these money deliveries were made to Diego on behalf of
24  Chupeta's organization, where were you?
25  A.  By then, at the Crystal Towers building along with Diego.
```

1  Q.  What were you there to do?

2  A.  I would help to count the money.

3  Q.  How much money would Chupeta be delivering to the Crystal

4  Towers at a single time?

5  A.  Well, that would depend.  It could be 2, 3, up to $10

6  million.

7  Q.  How would this money be counted?

8  A.  With machines.

9  Q.  What would the money be used for?

10  A.  That money was used to bring the cocaine paste, the drugs,

11  from Peru and Bolivia.

12          MR. DAVIS:  Could we put on the screen 3 A, as in

13  alpha?

14          SPECIAL AGENT TWEHUES:  (Complied.)

15          MR. DAVIS:  If we could take down the arrows.

16          SPECIAL AGENT TWEHUES:  (Complied.)

17  BY MR. DAVIS:

18  Q.  So, this money was delivered to the Crystal Towers by --

19  A.  Juan Carlos Ramirez Abadia, Chupeta, so that Diego would

20  process cocaine for him and also then for Diego to bring the

21  paste in order to process it into cocaine from Peru and

22  Bolivia.

23  Q.  So, Diego would use that money to purchase what?

24  A.  Cocaine paste in Peru and Bolivia.

25  Q.  Which would be transported to where?

Toro Sanchez - Direct

1   A.   Excuse me.  I didn't quite understand that.

2   Q.   Once the paste was obtained in Peru or Bolivia, where would

3   it be transported to?

4   A.   To Colombia, to Diego's labs.

5   Q.   Once the paste was at Diego's labs, what would be done with

6   the paste?

7   A.   It was processed to turn it into cocaine.

8   Q.   Once the cocaine was processed, where would it go next?

9   A.   Well, it was delivered to Juan Carlos Ramirez and later it

10  was shipped to the United States.

11          MR. DAVIS:  Could we go back to 4 D?

12          SPECIAL AGENT TWEHUES:  (Complied.)

13  BY MR. DAVIS:

14  Q.   To the best of your recollection, would it have been --

15  well, during what time period would you have been counting all

16  this cash that was delivered to the Crystal Towers by Chupeta?

17  A.   From 1992 forward.

18  Q.   Until when, approximately?

19  A.   Until '94, '95.

20  Q.   Would the defendant be helping you count money?

21  A.   Excuse me?

22  Q.   Would the defendant be helping you people count this money

23  delivered by Chupeta?

24  A.   No, sir.

25  Q.   Was that part of his job?

Toro Sanchez - Direct

1  A.  Yes, sir, it was.

2          THE INTERPRETER:  Oh.

3  A.  It was separate.  It was a different task.

4  Q.  So, his job didn't include counting money?

5  A.  No, sir.

6  Q.  Was there another time period where you would be present at

7  the Crystal Towers when you would be receiving large amounts of

8  money?

9  A.  Yes, sir.

10 Q.  What time period was that?

11 A.  About the same time.

12 Q.  Who would you be receiving these large amounts of money

13 from?

14 A.  In addition to Juan Carlos Ramirez?  Sometimes there would

15 be individuals whom Diego --

16         THE INTERPRETER:  Strike that.

17 A.  Sometimes there would be individuals who had sold drugs for

18 Diego and they would come by to deliver money, sales made here

19 in the United States.

20 Q.  Do you remember the names of any of these individuals?

21 A.  Yes, sir.

22 Q.  Who?

23 A.  Gogo.

24         MR. DAVIS:  Putting back up on the screen 1 L.

25         SPECIAL AGENT TWEHUES:  (Complied.)

May 6, 2011

Toro Sanchez - Direct

1    BY MR. DAVIS:

2    Q.   Now, what was Gogo's connection to Diego's operation at

3    this time?

4    A.   He was the individual responsible for distributing Diego's

5    drugs here in the United States.

6    Q.   At some point before the break, you were saying something

7    about delivering numbers.

8    A.   Yes, sir.

9    Q.   Was that associated in some way with what Gogo was doing

10   for Diego?

11   A.   Yes, sir.

12   Q.   Could you explain to the jury how that would work?

13   A.   When the drugs, that is, the cocaine was in the United

14   States, Eugenio or Diego would tell Gogo to find the people

15   here inside the United States who could sell those drugs here

16   in the United States and that whenever he had those people, to

17   ask for the numbers.

18        When I say "numbers," for example, it could be

19   telephone numbers of the individuals who are going to receive

20   the drugs here in the U.S. in order to deliver the drugs to

21   those people and they, in turn, would sell the drugs.

22   Q.   So, that's what you would mean when you talk about numbers?

23   A.   That was the code that we used in order to be able to

24   differentiate among the things that were needed.

25   Q.   Were you ever asked to help collect numbers?

1  A.  Yes, on one occasion.

2  Q.  What were you asked to do?

3  A.  When I had the opportunity to have a customer, in order to

4  provide him with 100 kilos of cocaine in New York.

5          MR. DAVIS:  Putting up on the screen 9 H.

6          SPECIAL AGENT TWEHUES:  (Complied.)

7  BY MR. DAVIS:

8  Q.  Do you recognize either of those pictures, the one on the

9  top or the one on the bottom?

10  A.  Excuse me?

11          MR. DAVIS:  Put up the one on the bottom, please.

12          SPECIAL AGENT TWEHUES:  (Complied.)

13  A.  Yes, sir.

14  Q.  What do you recognize on that picture?

15  A.  The building on the right was another one of Diego

16  Montoya's organization's center or offices to hold meetings,

17  meetings dealing with drug trafficking.

18  Q.  Did the organization have a name for this building?

19  A.  Yes, sir.  I don't remember whether it was Carrula or

20  something like that.  I just don't remember exactly.

21  Q.  Do you remember the name Kokorico?

22  A.  Yes, sir.

23  Q.  Was that Kokorico?

24  A.  Yes, sir, that is Kokorico.

25  Q.  Was Kokorico ever used to hand out numbers?

1  A.  Yes, sir, for that as well.

2  Q.  Who would be present when numbers would be handed out at

3  the Kokorico?

4  A.  Diego, Eugenio, Gogo.  I was.

5        MR. DAVIS:  Putting up on the screen now 1 J, as in

6  John.

7        SPECIAL AGENT TWEHUES:  (Complied.)

8  A.  Leyner Valencia Pirana.

9  Q.  1 K?

10  A.  Leyner Valencia Pirana.

11  Q.  During the 1990s when you were working with your cousins,

12  did there ever come a time when Leyner Valencia Pirana would

13  deliver large amounts of money to you in Cali?

14  A.  Yes, sir.

15  Q.  What time period?

16  A.  From '95 on.

17  Q.  Why was it that Leyner Valencia was delivering large

18  amounts of money to you in Cali?

19  A.  Because -- well, the money was first delivered in Mexico

20  where then that money would be placed or brought down to Cali,

21  Colombia and then he would deliver it at the Crystal Towers

22  building.

23  Q.  How much?

24  A.  2, 3, $4 million.

25  Q.  Where had this money been earned?

1  A.  It was the proceeds of drug trafficking in Mexico.

2  Q.  Once these drugs were sold in Mexico, where were they

3  going?

4  A.  To the United States.

5  Q.  What was the form of payment that Pirana was bringing back

6  to you in Cali?

7  A.  That money was delivered to him in Mexico and that same

8  money would arrive in Cali, Colombia.

9  Q.  What type of money?

10  A.  U.S. dollars.

11  Q.  Not Mexican pesos?

12  A.  No, sir.

13  Q.  When you were working for Eugenio as his secretary and

14  bodyguard, did you come to know people who were close to him at

15  the time?

16  A.  In general or --

17  Q.  Particular people.

18  A.  I met some of Chupeta's people such as Sergio, Pachuga --

19  Q.  I'm sorry I didn't ask the question clearly.  Did you come

20  to know other of Eugenio's workers?

21  A.  Yes, sir.

22  Q.  Putting up on the screen 1 M, as in Michael.

23       SPECIAL AGENT TWEHUES:  (Complied.)

24  BY MR. DAVIS:

25  Q.  Do you recognize that person?

Toro Sanchez - Direct

1   A.   Marbel.

2   Q.   Who was Marbel?

3   A.   He was the individual responsible for stashing the money

4   that represented the proceeds of drug trafficking.

5          MR. DAVIS:  Putting up on the screen 2 C, as in

6   Charlie.

7          SPECIAL AGENT TWEHUES:  (Complied.)

8   BY MR. DAVIS:

9   Q.   Who is that?

10   A.   Pablo Maraca.

11   Q.   What was Pablo Maraca's association with the Montoyas?

12   A.   He was also a secretary and bodyguard to Eugenio Montoya.

13          MR. DAVIS:  Putting on the screen 1 D, as in delta.

14          SPECIAL AGENT TWEHUES:  (Complied.)

15   BY MR. DAVIS:

16   Q.   What was Eugenio Montoya's primary responsibility in the

17   Montoya Organization?

18   A.   Eugenio Montoya was the individual responsible of

19   everything that had to do with accounting within the Diego

20   Montoya Organization.

21   Q.   Including money?

22   A.   Yes, of course.  Yes, he kept the books, the accounting.

23          MR. DAVIS:  Putting on the screen 1 C, as in Charlie.

24          SPECIAL AGENT TWEHUES:  (Complied.)

25   BY MR. DAVIS:

1  Q.  During the time that you worked with your cousins -- by the

2  way, remind us who this is.

3  A.  Juan Carlos Montoya, my cousin.

4  Q.  What was Juan Carlos Montoya's primary responsibility in

5  your cousins' organization?

6  A.  The cocaine labs belonging to the organization.

7  Q.  Once the organization stopped running cocaine laboratories,

8  what became Juan Carlos' primary responsibility?

9  A.  After that, Juan Carlos lived in Mexico and then he became

10  responsible for entering into discussions with individuals from

11  the Mexican cartels who would be receiving the shipments from

12  Diego Montoya that had been shipped from Colombia.

13  Q.  Who was the head of the organization?

14  A.  Diego Montoya.

15  Q.  What was the defendant's role in Diego Montoya's

16  organization?

17  A.  He was one of the men who led teams of hit men in the Diego

18  Montoya Organization.

19  Q.  I want to go back to a few more photographs of other

20  places.

21       MR. DAVIS:  Could we put up 4 A, as in alpha.

22       SPECIAL AGENT TWEHUES:  (Complied.)

23  BY MR. DAVIS:

24  Q.  Do you recognize this place?

25  A.  Yes, sir.

 1           MR. DAVIS:  Could we focus on the top photograph

 2    please?

 3           SPECIAL AGENT TWEHUES:  (Complied)

 4    BY MR. DAVIS:

 5    Q.  What's this location?

 6    A.  This is a house located in Ciudad Jardin, and we used to

 7    have a code for it and we would call it the yellow house.

 8    Q.  What would happen at the yellow house?

 9    A.  That was also a drug trafficking operation center.

10    Q.  Do you have a number of drug trafficking operational

11    centers for the drug trafficking organization in Cali?

12    A.  Yes, sir.

13    Q.  Why was it necessary for Diego's organization to have so

14    many different operation centers?

15    A.  In order to evade the Colombian police.

16           MR. DAVIS:  Putting up on the screen 4 E, as in echo.

17           SPECIAL AGENT TWEHUES:  (Complied.)

18           MR. DAVIS:  Can we focus on the top picture?

19           SPECIAL AGENT TWEHUES:  (Complied.)

20    BY MR. DAVIS:

21    Q.  Do you recognize this location?

22    A.  Yes.

23    Q.  What is this?

24    A.  That is the entry gate into Maracana.

25    Q.  What was located behind the entry gate?

1  A.  To the left there was an office and to the right there were

2  bathrooms, bathrooms and showers, and then in the middle there

3  was the soccer field.

4  Q.  Are you familiar with a soccer field in Brazil known as

5  Maracana?

6  A.  Yes, sir.

7  Q.  It's a pretty grand stadium?

8  A.  Yes, sir.

9  Q.  Why did your organization -- why did Diego's organization

10  refer to this location as Maracana?

11  A.  Because it was a football field, so it was kind of a code.

12        MR. DAVIS:  Would you put on the screen 9 A, as in

13  alpha.

14        SPECIAL AGENT TWEHUES:  (Complied.)

15  BY MR. DAVIS:

16  Q.  Do you recognize this building?

17  A.  Yes, sir.

18  Q.  What's this building?

19  A.  This building is called Holguines Trade Center.  It is an

20  office building.

21  Q.  How is it that you know -- how is it that you're familiar

22  with this organization, the Holguines Trade Center?

23  A.  It is a shopping center.

24  Q.  What would happen here?

25        THE INTERPRETER:  Strike that.

1   A.   It is a commercial building.

2   Q.   Would Diego or any of his people have meetings in this

3   location?

4   A.   Yes.

5   Q.   How would that happen?

6   A.   Mostly Eugenio had offices there to handle accounting

7   matters with the organization's accountants.

8          MR. DAVIS:  Could we put up on the screen 9 B, as in

9   bravo?

10          SPECIAL AGENT TWEHUES:  (Complied.)

11  BY MR. DAVIS:

12  Q.   What's this location?

13  A.   It's a farm located in Rozo.

14          MR. DAVIS:  Could we go to 9 C?

15          SPECIAL AGENT TWEHUES:  (Complied.)

16  BY MR. DAVIS:

17  Q.   What is this?

18  A.   That is the house located within the farm.

19  Q.   Which farm?

20  A.   Rozo.

21  Q.   What was the finca in Rozo used for?

22  A.   That was the finca where Diego spent most of his time while

23  he was recovering from the car accident and it was also an

24  operations center when Diego was working through the Cali

25  airport where he would send his airplanes down to Peru to bring

1  up the paste.

2  Q.  How closely located was the finca Rozo to the airport in

3  Cali?

4  A.  20 minutes, a half-hour away.

5          MR. DAVIS:  Putting on the screen 9 D, as in delta.

6          SPECIAL AGENT TWEHUES:  (Complied.)

7  A.  Yes, sir.

8  Q.  Do you recognize this location?

9  A.  Yes, sir.

10  Q.  What is this?

11  A.  It's an office building.

12  Q.  Whose office building?

13  A.  Diego Montoya's.

14  Q.  At some point in time?

15  A.  Yes, sir.

16  Q.  How was it Diego Montoya acquired this office building?

17  A.  It was in payment for a debt because a load of cocaine was

18  lost within the United States or seized within the United

19  States.

20          MR. DAVIS:  Putting up on the screen 9 E, as in echo.

21          SPECIAL AGENT TWEHUES:  (Complied.)

22  BY MR. DAVIS:

23  Q.  Do you recognize this building?

24  A.  Yes, sir.

25          MR. DAVIS:  Could we focus on the building on the

Toro Sanchez - Direct

 1  bottom of the screen.

 2          SPECIAL AGENT TWEHUES:  (Complied.)

 3  BY MR. DAVIS:

 4  Q.  Is that the same building?

 5  A.  Yes, sir.

 6  Q.  What's the significance of this building?

 7  A.  My aunt Carola lived there in the penthouse.

 8          MR. DAVIS:  How about 9 F, as in foxtrot?

 9          SPECIAL AGENT TWEHUES:  (Complied.)

10  BY MR. DAVIS:

11  Q.  Do you recognize this building?

12  A.  Yes, sir, the same one.

13          MR. DAVIS:  Now 9 G, as in Gordon.

14          SPECIAL AGENT TWEHUES:  (Complied.)

15  BY MR. DAVIS:

16  Q.  Do you recognize this building?

17  A.  Yes, sir.

18  Q.  What is this building?

19  A.  Juan Carlos had an apartment there.

20          MR. DAVIS:  Putting on the screen 1 O, as in Oscar.

21          SPECIAL AGENT TWEHUES:  (Complied.)

22  BY MR. DAVIS:

23  Q.  Remind us who this person is.

24  A.  Carlos Robayo Guacamayo.

25  Q.  Approximately when was it that you first met Carlos Robayo,

Toro Sanchez - Direct

1  Guacamayo?

2  A.   That was around 1995.

3  Q.   When you first met Carlos Robayo, what was his job?

4  A.   He was a hit man that was part of the organization led by

5  Don Omar Capachivo.

6  Q.   So, who was Guacamayo's boss at the time?

7  A.   Capachivo.

8  Q.   At the time, who was Capachivo working for?

9  A.   For Diego Montoya.

10  Q.   When you first met Guacamayo, was he a leader or was he

11  just a worker?

12  A.   He was a worker for Capachivo.

13  Q.   Did that change?

14  A.   Yes, sir.

15  Q.   In what sense?

16  A.   In the sense that he also began to lead a group of hit men

17  under the orders of Omar Capachivo.

18  Q.   Would it be fair to say that eventually Guacamayo became a

19  lieutenant?

20  A.   Yes, sir.

21  Q.   Then who did he report to as a lieutenant?

22  A.   To Capachivo.

23  Q.   When you first started seeing Guacamayo, where would you

24  see him?

25  A.   At different places, fincas such as the Milan estate.

Toro Sanchez - Direct

1  Whenever Diego summoned Capachivo, Capachivo would come along

2  with Guacamayo.

3  Q.   Whenever you -- saw during the early days when you saw

4  Guacamayo at these different fincas, where would Capachivo be?

5  Where would Capachivo be when you would see Guacamayo at these

6  different fincas?

7  A.   I'm sorry.  I didn't understand your question.

8  Q.   When you would see Guacamayo at these different fincas, who

9  would be with him?

10  A.   Capachivo.

11  Q.   How close were Guacamayo and Capachivo?

12  A.   Quite close.

13  Q.   You were saying that Diego had different fincas?

14  A.   Yes, sir.

15  Q.   Where were these fincas located?

16  A.   In Valle del Cauca.

17  Q.   Why did he have different fincas?

18  A.   Because of the amount of money that he had.

19          MR. DAVIS:  Putting now on the screen 29 A.

20          SPECIAL AGENT TWEHUES:  (Complied.)

21  BY MR. DAVIS:

22  Q.   Do you recognize the person in 29 A?

23  A.   Yes, sir.

24  Q.   Who is that?

25  A.   Jhon Jairo Londono Giyo.

 1           MR. DAVIS:  Could we put on to the screen 29 A -- 29

 2    B, as in bravo?

 3           SPECIAL AGENT TWEHUES:  (Complied.)

 4    BY MR. DAVIS:

 5    Q.  Do you recognize the person in 29 B?

 6    A.  Yes, sir.

 7    Q.  Who is that?

 8    A.  That is Jhon Jairo's brother, Jaime Londono Giyo.

 9    Q.  Were Jhon Jairo and Jaime associated with the Montoyas in

10    some way?

11    A.  Yes, sir.

12    Q.  How were they associated with the Montoyas?

13    A.  It was through me.

14    Q.  And what would they do for the Montoyas?

15    A.  They had another team or another group of hit men.

16           MR. DAVIS:  Putting on the screen 2 A.

17           SPECIAL AGENT TWEHUES:  (Complied.)

18    BY MR. DAVIS:

19    Q.  Who is on the left side?

20    A.  I just see one picture.

21    Q.  Sorry.  Who is now on the screen?

22    A.  Jerson Camacho, a/k/a Jerson.

23    Q.  Was he also known as Flaco Jerson?

24    A.  Yes, sir.

25    Q.  Was he associated with the Montoyas?

Toro Sanchez - Direct

1  A.  Yes, sir.

2  Q.  In what way?

3  A.  He was a hit man for the organization.

4  Q.  When did you first meet Jerson?

5  A.  That was around 1995 or '96.

6         MR. DAVIS:  Your Honor, it's about 12:35.  Do you want

7  to take our lunchbreak?

8         THE COURT:  Very well.

9         Ladies and gentlemen, we'll take our break for lunch.

10 I ask everyone return by 1:45.  Please don't discuss the case.

11    [The jury leaves the courtroom at 12:36 a.m.].

12         THE COURT:  We're in recess.

13    [Luncheon recess at 12:36 a.m.].

14         MR. DAVIS:  If the Court could, once again, advise the

15 jury that the reason why the lawyers are avoiding them is that

16 we're instructed to do so.  We've had a couple of those

17 uncomfortable encounters with the jurors scurrying.

18         I've been advised Mr. Toro Sanchez' back is

19 threatening up and I would like to instruct him if he needs to

20 stand up and stretch, it's okay.

21         THE COURT:  Very well.

22         THE INTERPRETER:  (Complied.)

23         THE COURT:  All right.  Let's bring the jury in.

24    [The jury returns to the courtroom at 1:53 a.m.]

25         THE COURT:  Please be seated.

1          Ladies and gentlemen, I neglected to remind you over

2     the last couple of days of what I mentioned early in the trial.

3     The lawyers cannot have contact with you.  So, if you happen to

4     see them during these breaks outside in the hallways, in the

5     elevator, and they don't acknowledge you, don't think they're

6     being anti-social or lack social skills.  I'm sure Mr. Davis

7     and Mr. Diaz are not socially inept.  They are following Court

8     orders and avoiding contact with you.  Please don't feel

9     offended.

10         Our witness, I've advised him that he may stand up and

11     move around within the witness area if he feels uncomfortable.

12     He has some back issues.  From time to time he may do that as

13     well.

14         All right.  Let's proceed.

15         MR. DAVIS:  May I proceed, Your Honor?

16         THE COURT:  Yes.

17         MR. DAVIS:  Are we all set to go?

18         THE INTERPRETER:  Your Honor, from the interpreter:

19     The witness did ask whether he can continue to answer the

20     questions standing up.

21         THE COURT:  Sure.  Just take the microphone with you

22     or hold on to the microphone.

23         MR. DAVIS:  Could we put back on the screen 1 F, as in

24     foxtrot?

25         SPECIAL AGENT TWEHUES:  (Complied.)

Toro Sanchez - Direct

1   A.   Yes.

2   Q.   Remind us who this is.

3   A.   Ivan Urdinola.

4   Q.   Do you remember the names of any of his cousins?

5   A.   Hilvert Urdinola and Jorge Ivan Urdinola.

6   Q.   Ivan Urdinola, what was his mother's name?

7   A.   I don't know.

8   Q.   Was his mother's last name Grajales, if you know?

9   A.   Yes, sir.

10  Q.   Were you familiar with any Urdinola relatives with the last

11  name Grajales?

12  A.   Yes, sir.

13  Q.   Who?

14  A.   Luis Grajales.

15  Q.   Did he have a nickname?

16  A.   Lucho Grajales.

17  Q.   How was Lucho Grajales related to Ivan Urdinola Grajales?

18  A.   Cousins.

19  Q.   Did there come a time when you were working with your

20  cousins that your cousin, Diego, ordered a murder on Lucho

21  Grajales?

22  A.   Yes, sir.

23  Q.   What was the reason that prompted Diego to order the murder

24  of Ivan's cousin, Lucho Grajales?

25  A.   The information that we had was that Lucho Grajales was

May 6, 2011

1  passing on information to the police on Diego.

2  Q.  Do you remember approximately when this was?

3  A.  Excuse me?

4  Q.  Do you remember when this, approximately, was?

5  A.  Between '99 and 2000.

6  Q.  At that time, what was Diego's legal situation in the

7  United States, if you know?

8  A.  He was under investigation.

9  Q.  Were you aware of that?

10  A.  Yes, sir.

11  Q.  What about others in the organization?

12  A.  No, sir, only --

13         THE INTERPRETER:  Forgive me.

14  A.  Is your question whether some other individual was also

15  under investigation by the Government?

16  Q.  No.  I'm sorry.  Let me rephrase the question.

17         You were saying you were aware at that time that Diego

18  was under investigation in the United States.

19  A.  Yes, sir.

20  Q.  Were other people in the organization aware that Diego was

21  under investigation?

22  A.  Juan Carlos and Eugenio Montoya.

23  Q.  Were you present when Diego gave the order to have Lucho

24  Grajales murdered?

25  A.  Yes, sir.

1  Q.  Where did this meeting take place?

2  A.  At Maracana.

3          MR. DAVIS:  Putting on the screen 4 E, as in echo.

4          SPECIAL AGENT TWEHUES:  (Complied.)

5  BY MR. DAVIS:

6  Q.  What is this?

7  A.  Yes, sir.

8  Q.  What is it?

9  A.  This is the gate into the Maracana soccer field.

10 Q.  Who was present when Diego gave the order to have Lucho

11 Grajales murdered?

12 A.  The people who were present were Juan Carlos Montoya,

13 Eugenio Montoya, Diego Montoya, Omar Garcia Capachivo,

14 Guacamayo and myself.

15 Q.  What were the orders that Diego gave?

16 A.  Diego gave Capachivo orders to murder Lucho Grajales and

17 his children.

18 Q.  Why would Guacamayo have been there when Diego gave these

19 orders to Capachivo?

20 A.  Because he was -- he hung around and he was with Capachivo

21 and, in fact, Guacamayo was friends with one of Lucho

22 Grajales's sons.

23 Q.  When you said "Guacamayo hung around with Capachivo," did

24 he do more than just hang around with Capachivo?

25 A.  Yes, of course.  He actually worked as a hit man.

Toro Sanchez - Direct

1   Q.   Who did he report to?

2   A.   Capachivo.

3   Q.   When the order was given to murder Lucho Grajales and

4   Lucho's children, what was Capachivo's response?

5   A.   None, that he was going to do it.

6   Q.   What reason did Diego give at the time for wanting Lucho

7   and Lucho's children murdered?

8   A.   Because he was providing information on Diego to the police

9   authorities.

10  Q.   What time of year was it that this order was given out?

11  A.   Between '99 and 2,000.

12  Q.   What time of the year?  What month?

13  A.   Oh, oh.  That was in December, actually before December, of

14  '99 going into 2000.

15  Q.   So, it was towards the end of the year?

16  A.   Yes, sir.

17  Q.   Was Lucho killed?

18  A.   No, he was not.

19  Q.   What about his children?

20  A.   No, they were not murdered either.

21  Q.   Was there a plan made to murder them?

22  A.   Yes, sir.

23  Q.   It just didn't work?

24  A.   It didn't work.

25  Q.   From whom did you learn about what had happened?

Toro Sanchez - Direct

1  A.  Because I was present at Maracana when Chiva was given his

2  orders.

3  Q.  Who is Chiva?

4  A.  Capachivo.

5  Q.  You were telling us a few moments ago that the plan didn't

6  work.  Correct?

7  A.  Yes, sir.

8  Q.  Who explained to you what had happened?

9  A.  Why the plan didn't work?

10  Q.  Yes.

11  A.  Okay.  Diego explained to us that Don Ivan Urdinola had

12  called him to complain to him and ask him why was he going to

13  have his cousin killed.

14  Q.  Did you ever have a discussion with the defendant about

15  what had happened, why the plan didn't work?

16  A.  Not with him.  Rather, Diego explained to us that Capachivo

17  had told him that on the day that he was going to go murder

18  Lucho Grajales, that he had run into one of Urdinola workers at

19  the location where he was going to kill Lucho Grajales, and

20  that workers name was Rebusque, and Rebusque asked him what was

21  he doing at that location and Capachivo had actually told him

22  that he was there to murder Lucho Grajales.

23  Q.  What was explained to you about Rebusque's response when he

24  heard about this?

25  A.  Rebusque asked him to please not kill Lucho that night

May 6, 2011

Toro Sanchez - Direct

1   because, otherwise, Ivan Urdinola was going to see then that

2   Rebusque was the one who had given the information to Capachivo

3   as to where Lucho was going to be that night.

4   Q.   So, Rebusque's reasoning was he didn't want to be

5   identified as what?

6   A.   That he had, basically, handed over Lucho Grajales.

7   Q.   Did Diego explain to you what Capachivo had done in

8   response to this request?

9   A.   Of course.  That was what Diego told us that Capachivo had

10  reported to him.

11  Q.   Did Capachivo report additional facts to him?

12  A.   That night Rebusque was able to convince Capachivo and

13  Capachivo agreed, but then next day Rebusque went and reported

14  to Don Ivan Urdinola as to what Capachivo was going to do

15  following Diego Montoya's orders.

16  Q.   So, when Diego heard from Don Ivan Urdinola, what happened?

17  A.   Ivan Urdinola called Diego to complain to him.

18  Q.   Continue, please.

19  A.   And that caused a certain falling out between Diego and

20  Ivan Urdinola.  They kind of drifted apart for a few days.

21  Q.   By the way, when Ivan Urdinola called Diego to complain

22  about the fact that Diego had ordered the murder of his cousin,

23  where was Ivan at the time?

24  A.   He was in jail.

25  Q.   If Ivan Urdinola was in jail, how was it that he was

Toro Sanchez - Direct

1  allowed to contact Diego Montoya to talk about this?

2  A.  Well, when he was in jail, Don Ivan had various means of

3  communicating.  He had telephones.  He had cell phones.

4  Q.  While he was in jail in Colombia?

5  A.  Yes, sir.

6  Q.  So, was he able, essentially, to get news from the outside

7  of what was going on?

8  A.  Yes, sir.

9  Q.  He was able to freely call Diego from in jail?

10 A.  Yes, sir.

11 Q.  Were you present during any meetings between Diego and

12 Capachivo in which this matter was discussed?

13 A.  No, sir.

14 Q.  So, you just learned about this from Diego?

15 A.  Through Diego.

16         THE COURT:  Sounds like we're in a dentist's office.

17         MR. DAVIS:  Hopefully this examination doesn't make

18 everybody feel like they're in a dentist's office.

19         On that note, let me continue.

20 BY MR. DAVIS:

21 Q.  When you heard about this incident and how it didn't work

22 from Diego, what was Diego's reaction?

23 A.  Right there and then Diego broke off his relationship with

24 Capachivo and he became very angry over that.

25 Q.  Why?

May 6, 2011

102

Toro Sanchez - Direct

1  A.  Because it didn't work, and on top of that there was that

2  problem now between Diego and Don Ivan Urdinola.

3  Q.  Who did Diego blame for this problem with Don Ivan

4  Urdinola?

5  A.  Capachivo.

6  Q.  Was Diego angry at Capachivo for a while?

7  A.  Yes, sir.

8  Q.  And did they eventually patch up their relationship?

9  A.  Yes, sir.

10  Q.  During the time that Diego was angry with Capachivo, who

11  was Capachivo's primary contact in the organization?

12  A.  I was.

13  Q.  Why did you take it upon yourself to be Capachivo's primary

14  contact in the organization?

15  A.  Because on one occasion -- on any given day, I was called

16  out to the farm where Don Diego Garcia in Jamundi -- they were

17  actually kind of unhappy because Diego just wasn't responding

18  to their calls.

19  Q.  Who is "they"?

20  A.  Capachivo, Mamoncillo, Guacamayo, Sony.

21  Q.  Who is Sony?

22  A.  Sony was another one of Capachivo's lieutenants.

23  Q.  Continue, please.

24  A.  So, then, we had that meeting.  There really wasn't any

25  problem with the fact that Diego just wasn't willing to talk to

1  them or respond to them, but was having the same problem with

2  him because I also had had somewhat of a falling out with Diego

3  at that time and that I was going to help them out so they

4  would not feel as if they had been abandoned by the

5  organization.

6  Q.  How did you help them out?

7  A.  I told them that I was at the time working on an errand or

8  a job that I was planning along with an individual by the name

9  of -- with a woman named Sara Campuzano, and that was

10  something -- that was like a route between Buenaventura

11  directly to the United States --

12  Q.  Was that --

13  A.  -- in Miami.

14  Q.  Was that one of the routes that you were talking about

15  earlier today during your testimony this morning?

16  A.  Yes, sir.

17  Q.  This is the route that went from Colombia to Miami through

18  what method?

19  A.  That would be containers aboard freight ships.

20  Q.  So, what did you offer to do for them?

21  A.  That we should try out this route, that we should run an

22  experiment on this route and that they should invest some on

23  this load and that would be a way for me to help them out.

24  Q.  You were saying that you had this meeting at Diego Garcia's

25  farm.  When you went to Diego Garcia's farm, how would you get

Toro Sanchez - Direct

1   there?

2   A.  By car.

3   Q.  Where is Diego Garcia's farm located?

4   A.  On the outside of Jamundi when you're leading down to

5   Popayán.

6        MR. DAVIS:  Can we put up on the screen 3, C as in

7   Charlie, and focus around the area of Jamundi?

8        SPECIAL AGENT TWEHUES:  (Complied.)

9   BY MR. DAVIS:

10  Q.  Do you see the general area where Diego Garcia's farm is

11  located?

12  A.  Yes.  Well, this map actually seems to show more the area

13  of the Villa Rica heading toward the mountain range.  This is

14  not really where the farm is located.

15       MR. DAVIS:  Let's try 3 B.  If we could focus in on

16  the area between Cali going south.

17       SPECIAL AGENT TWEHUES:  (Complied.)

18  BY MR. DAVIS:

19  Q.  Do you see the general area where Diego Garcia's farm would

20  be located?

21  A.  Yes, sir.  It's located between Cali and Popayán.

22  Q.  How frequently would you go out to Diego García's farm?

23  A.  After I had contact with them, I was at the farm almost on

24  a daily basis.  My trips down there were very frequent.

25  Q.  What sort of security measures would you take before you

Toro Sanchez - Direct

1   went down to see Diego Garcia's farm?

2   A.  Well, I would go around with my own bodyguards.

3   Q.  Were there times you would send people in advance?

4   A.  Yes, sir.

5   Q.  Who were the people you would send in advance to check out

6   the route?

7   A.  That would depend on who was on shift.

8   Q.  The type of people on shift, were these like your

9   bodyguards?

10  A.  Yes, sir.

11  Q.  Did you ever a bodyguard named Pipa?

12  A.  He was also my secretary.

13  Q.  Did there come a day that -- was there a day Pipa was your

14  advanced person on the way to Diego Garcia's farm?

15  A.  Yes.

16  Q.  Did there come a time when Pipa warned you -- where you

17  received a certain warning from Pipa about a trip you were

18  planning to take to Diego Garcia's farm?

19  A.  Yes, sir.

20  Q.  What was the warning that you received from Pipa?

21  A.  Not to go there first because there was a problem in the

22  farm.

23  Q.  Did he tell you what the problem was in the farm at the

24  time?

25  A.  Not at that time, no.  That I should delay my going there

1  because there was a problem at the farm.

2  Q.  Did there come a time that you received another call from

3  Pipa?

4  A.  Yes, later on, about an hour later.

5  Q.  What did Pipa tell you when he called you next about an

6  hour later?

7  A.  By then, yes, I could go to the finca.

8  Q.  When you got to the finca, who did you meet?

9  A.  Capachivo was there, Guacamayo was there, Mamoncillo was

10  there and Julio Fabio Urdinola was there as well and they told

11  me outside when Pipa was about to go in, he saw or encountered

12  a suspicious individual.

13       Capachivo gave the order to get that person, bring

14  that person into the farm and they proceeded then to torture

15  that person so that he could provide the information of why he

16  was outside that farm.

17  Q.  What explanation did that person give for why he was

18  outside the farm?

19  A.  He was an informant member of the Colombian Army, of the

20  B2.

21  Q.  Was he allowed to live?

22  A.  No, he did not live.

23  Q.  Where was the defendant when you received this explanation

24  of what had happened to this Army informant?

25  A.  Yes, he was the one who gave me the information.

107

Toro Sanchez - Direct

1  Q.  When you were working with the Montoyas, did you, yourself,
2  order certain murders?
3  A.  You're asking me during the time I worked with the Montoyas
4  or when I was on my own?
5  Q.  During the time period prior to your arrest, were there
6  occasions where you ordered murders?
7  A.  Yes, sir.
8  Q.  You were talking about the time you were on your own.  What
9  were you referring to when you said the time you were on your
10  own?
11  A.  In other words, when I was no longer working in my cousin's
12  organization, but I had my own organization.
13  Q.  What did your own organization do?
14  A.  Cocaine trafficking.
15  Q.  When you're talking about your own organization, were you
16  referring to the different routes that you were discussing
17  earlier in your testimony?
18  A.  Yes, sir.
19  Q.  Even though your cousins were investors from time to time,
20  you considered this your own organization?
21  A.  Yes, sir.
22  Q.  Would you from time to time rely on financial help from
23  your cousins when you were doing your own routes?
24  A.  No.  Not by that time, no.
25  Q.  Would you continue to socialize with your cousins during

1  that time period?

2  A.  Yes, sir.

3  Q.  And did you continue to remain familiar with all the

4  different people who worked for your cousins?

5  A.  I didn't understand your question.

6  Q.  Well, during the period when you were doing your own

7  routes, would you also socialize with people who worked with

8  your cousins?

9  A.  Yes, sir.

10  Q.  Which people?

11  A.  Marbel.  He was the one in charge of the stash locations.

12          THE INTERPRETER:  Excuse me, counsel.

13  A.  Eugenio, Maraca, Pablo Maraca and the people at Diego's

14  farms.

15  Q.  What about the hit men who worked with Diego.  Would you

16  socialize with them when you were doing your own routes?

17  A.  Yes, sir.

18  Q.  During different times prior to your arrest, would you

19  socialize with the defendant?

20  A.  Yes, sir.

21  Q.  How frequently?

22  A.  Quite often.  Frequently, almost every day.

23  Q.  Was there a time period when you socialized less with the

24  defendant?

25  A.  Until I was arrested, we always were together, quite close,

Toro Sanchez - Direct

```
 1  that we did things together.
 2  Q.  Was there a time, let's say, like in the mid to late 1990s
 3  when you weren't in contact with the defendant as frequently?
 4  A.  Of course.  I did not see him that often then because that
 5  was after the incident that he had with Diego.
 6  Q.  When you would socialize with the defendant, where would
 7  you socialize with him?
 8  A.  In different places, in different estates or different
 9  fincas.  Sometimes some were my own or sometimes other
10  people's.
11  Q.  Would you go to bars?
12  A.  No, not with Capachivo,
13  Q.  What about yourself?
14  A.  Yes, sir.
15  Q.  You're a little younger than Capachivo.
16  A.  Yes, sir.
17  Q.  During the time before your arrest, did you like to go out
18  drinking?
19  A.  Yes, sir.
20  Q.  Was there a time that you used cocaine?
21  A.  Yes, sir.
22  Q.  During what time period were you using cocaine?
23  A.  Well, it was just briefly.  It wasn't anything that I did
24  constantly.  It was just for a short period.
25  Q.  What period of time was this?
```

Toro Sanchez - Direct

1   A.   Between 2001, 2003.

2   Q.   During that time period, how frequently were you using

3   cocaine?

4   A.   Sporadically, very sporadically.

5   Q.   How many times a week, if you remember?

6   A.   Well, there were weeks that I didn't even use any cocaine.

7   Q.   Were there some weeks where you used cocaine multiple

8   times?

9   A.   Yes, sir.

10  Q.   We were talking about murders that you ordered when you

11  were doing your own routes.  Do you remember ordering a murder

12  of somebody named Pablo Diaz?

13  A.   Yes, sir.

14  Q.   Prior to the time that you ordered the murder of Pablo

15  Diaz, what was your association with him?

16  A.   Well, he was an individual from the Colombian police force

17  in Cali, at the airport in Cali, with the airlines, American

18  Airlines and Kalita, at the time that I was sending cocaine

19  from Colombia to the United States.

20  Q.   What did Pablo Diaz do that prompted you to order a murder

21  on him?

22  A.   And he would help me pay off the police at that airport.

23  Q.   What did Pablo Diaz do that prompted you to order his

24  murder?

25  A.   He was working for an individual that was working for

111

Toro Sanchez - Direct

1   Chupeta and his name was Lieutenant Rodriguez and Pablo Diaz
2   was another individual who was a former police officer and
3   because he worked with Lieutenant Rodriguez, they had a lot of
4   contacts at the police level so that he could help me at the
5   airport in order to ship or send drugs to the United States,
6   and on one occasion Lieutenant Rodriguez calls me telling me,
7   "You are using one of my workers for the routes that I had,"
8   and so he told me, "Look, you have to give me half of the
9   loads," because I was using his worker, so that he would help
10  me with the corruption or corrupting the police force or the
11  police officers at the airport.
12  Q.  Okay.  So, what you're, basically, giving us is the
13  background that led to you putting the order out to murder
14  Pablo Diaz?
15  A.  Yes, sir.
16  Q.  So, at this time Lieutenant Rodriguez was trying to get a
17  lot of money out of you to operate these routes?
18  A.  No.  In other words, the loads, whatever loads I was going
19  to send out, to ship out, he wanted to have half of that.
20  Q.  What was your response?
21  A.  And I said, "No," that I didn't agree with that, and I
22  said, "Well, if it's better, I won't use Diaz," so that Diaz
23  would not do what he was doing, which was interrupting the
24  police officers at the airport in helping me to send the drugs
25  over to the states.

Toro Sanchez - Direct

1  Q.  After you had this conversation with Lieutenant Rodriguez,

2  what did you tell your partner, Pablo Diaz?

3  A.  He later called me.  He said, "Don't pay attention to

4  Lieutenant Rodriguez," that he was going to continue helping me

5  because I was paying him to do that for the work that he was

6  doing there.

7  Q.  So, what was your response?

8  A.  I said "Yes," and that was it.

9  Q.  Next time you tried to send a load out at the airport, what

10  happened?

11  A.  It's seized because when the cocaine -- when the drugs were

12  to be given to Pablo Diaz, he was not there on location and the

13  person who had to receive that, he was the commander at the

14  Cali airport, and he told Carlos Dulcey and Ñaco that he could

15  not receive that cocaine because, otherwise, Lieutenant

16  Rodriguez would kill him.

17  Q.  What did you conclude that Pablo Diaz had done?

18  A.  I began to call Pablo Diaz.  He does not answer and the one

19  who does answer is Lieutenant Rodriguez and he tells me he had

20  given the order for those drugs not to be received by the

21  police at the airport.

22  Q.  What did you conclude that Pablo Diaz had done to you?

23  A.  Well, that Pablo Diaz had played a dirty trick on me and he

24  had deceived me or lied to me, betrayed me.

25  Q.  So, in response, what did you decide to do?

Toro Sanchez - Direct

1    A.   I spoke to Chupeta.   I explained the situation to him and
2    he gave me the authorization to execute Pablo Diaz.
3    Q.   What happened to Pablo Diaz?
4    A.   He was killed.
5    Q.   Did you do it yourself?
6    A.   No, sir, one of my workers.
7    Q.   Was this a common type of occurrence in the Colombian
8    narcotics world?
9    A.   Yes, sir.
10   Q.   Did you have a run-in with a police officer named Valencia?
11   A.   Yes, sir.
12   Q.   And what prompted this run-in?
13   A.   Because of extortion that he was doing to me for several
14   days then, for a long time then.
15   Q.   What prompted him to extort you?
16   A.   At that time you were able to duplicate or to copy the
17   numbers, to clone the numbers for the cellular phones, and in
18   Colombia we called them brujos or witches who do that, whoever
19   was there with a phone that had been cloned, which is what we
20   call the brujos.   The police agents would take you to a police
21   headquarters and there they would have a report made and this
22   person would know then when that phone had been cloned or
23   copied or not, and every time he saw me he would stop me.   He
24   would take my phones, and since I carried those type of phones
25   which had been cloned, he would extort me.

May 6, 2011

1   Q.   Would he extort anybody else you knew?

2   A.   Once I was with Diego and the same thing happened to us.

3   Q.   What about a family member of any friends of yours?

4   A.   Yes, the wife of a friend of mine, Fabio Ñaco, the brother

5   of Carlos Dulcey.  He stopped his wife and damaged the tinted

6   windows in the car and he was going to take her to the police

7   headquarters because she also was carrying cloned cellular

8   phones.

9        That's when I decided to give the order to have

10  Valencia, police officer Valencia, killed.

11  Q.   Was he killed?

12  A.   Yes, sir.

13  Q.   By you, personally?

14  A.   No, sir.

15  Q.   By whom?

16  A.   The Giyos.

17  Q.   Was the defendant the person who killed Valencia?

18  A.   No, sir.

19  Q.   What about Pablo Diaz?  Was the defendant the person who

20  killed Pablo Diaz?

21  A.   No, sir.

22  Q.   Was this sort of violence you just described prominent in

23  the Colombian cocaine world at the time you were living in

24  Colombia?

25  A.   Yes, sir.

115

Toro Sanchez - Direct

1  Q.   How common was it?

2  A.   Quite common.

3          MR. DAVIS:  Could we put up on the screen 1 Y, as in

4  yellow?

5          SPECIAL AGENT TWEHUES:  (Complied.)

6  BY MR. DAVIS:

7  Q.   Do you recognize this person?

8  A.   Yes, sir.

9  Q.   Who is this?

10  A.   Leif Hernandez.

11  Q.   Who is Leif Hernandez?

12  A.   He is a private investigator.

13  Q.   Is it Leif Hernandez or Fernandez?

14  A.   Leif Hernandez, Hernandez.

15  Q.   When you were living in Colombia, where would you see him?

16  A.   Around my family.

17  Q.   What was he doing meeting with your family?

18  A.   He was trying to speak with Diego so that Diego would

19  surrender himself to the U.S. authorities.

20  Q.   What time period was this?

21  A.   After 2000.

22  Q.   Why was there discussion about Diego surrendering himself

23  to the United States authorities?

24  A.   I was never present when Leif would say that to Diego, but

25  whenever Leif would leave, Diego would tell us that Leif would

Toro Sanchez - Direct

1    come around always to try to convince him to surrender himself

2    to the authorities in the U.S. so that he could then fix his

3    problem.

4    Q.  What sort of problem did Diego have in the United States?

5    A.  He had an Indictment in the U.S., a drug trafficking charge

6    in the United States.

7    Q.  Was this something that was a secret within the

8    organization?

9    A.  Well, yes.  Diego did not want too many people to know

10   about it due to the danger that that might cause him and also

11   because of his own safety.

12   Q.  The fact that he was considering surrendering or the fact

13   that he was under Indictment?

14   A.  I don't understand.

15   Q.  Were you the only person in the organization who was aware

16   that Diego had an Indictment against him in the United States?

17   A.  Juan Carlos and Eugenio knew it as well.

18   Q.  Are you aware whether any of the hit men knew?

19   A.  No, I don't know.

20        MR. DAVIS:  Putting up on the screen 1 Q.

21        SPECIAL AGENT TWEHUES:  (Complied.)

22   BY MR. DAVIS:

23   Q.  Remind us who this is.

24   A.  My aunt, Carola.

25        MR. DAVIS:  Now, putting on the screen 1 R.

May 6, 2011

Toro Sanchez - Direct

```
 1            SPECIAL AGENT TWEHUES:  (Complied.)
 2   BY MR. DAVIS:
 3   Q.  Who is this?
 4   A.  Alma Luz Montoya, my cousin.
 5            MR. DAVIS:  Now, putting up on the screen 1 S.
 6            SPECIAL AGENT TWEHUES:  (Complied.)
 7   BY MR. DAVIS:
 8   Q.  Do you recognize this person?
 9   A.  Yes, sir.
10   Q.  Who is that?
11   A.  Solangel Perez.  She's Diego's children's mother.
12   Q.  Was there a time your aunt Carola, your cousin Alma Luz and
13   the mother of Diego's children, Solangel, were living in the
14   United States?
15   A.  Yes.
16   Q.  When was that?
17   A.  That was in 1995, after 1995 but I don't recall exactly.
18   Q.  When Leif was coming down to meet with Diego, where was his
19   mother, his sister and the mother of his children living?
20   A.  They were here in the United States.
21   Q.  Where in the United States?
22   A.  In Miami.
23   Q.  How were they being supported, if you know?
24   A.  The monies sent up by my cousins.
25   Q.  Were there any of your cousins' workers who were up in
```

Toro Sanchez - Direct

1    Miami helping them?

2    A.   03.

3    Q.   Who is 03?

4    A.   03 was an individual who was running a business up here for

5    my cousins.  It was a tractor-trailer business.

6    Q.   How was the tractor-trailer business that 03 was running

7    for your cousins helping support the family members?

8    A.   Surely through the profits.

9    Q.   Do you know 03's first name?

10   A.   No, sir.

11   Q.   He's known as 03?

12   A.   03.

13           MR. DAVIS:  Could we put up on the screen 1 Z, as in

14   zebra?

15           SPECIAL AGENT TWEHUES:  (Complied.)

16   BY MR. DAVIS:

17   Q.   Do you recognize this person?

18   A.   Yes.

19   Q.   Who is that?

20   A.   Jhon Jairo, Dos Mil.

21   Q.   How did you meet Dos Mil?

22   A.   I met him through 03 when he used to sell cellular

23   telephones.

24   Q.   When who used to sell cellular telephones?

25   A.   Dos Mil.

Toro Sanchez - Direct

1   Q.   How long did you know Dos Mil?

2   A.   Excuse me?

3   Q.   For how long did you know Dos Mil?

4   A.   When I met him?

5   Q.   No.  Over what period of time did you meet him?

6   A.   Probably from around 1994.

7   Q.   After 1994, how frequently would you see him?

8   A.   Probably at my cousin's office.

9   Q.   What would Dos Mil be doing in your cousin's office?

10  A.   He was responsible for communication for my cousins, cell

11  phones and beepers.

12  Q.   What was his job?

13  A.   He used to work for a cell phone company.

14  Q.   What was Dos Mil supposed to do for your cousins?  What was

15  he supposed to be supplying them with?

16  A.   He will get them cell phones that would be under other

17  people's names.  He would also find out what the ESN numbers of

18  certain phones were so they could be tapped.  He also cloned

19  telephones, beepers.  He cloned beepers.

20  Q.   You were saying how you would spend time socializing with

21  the defendant.

22  A.   Yes, sir.

23  Q.   When you would socialize with the defendant, where would

24  you go again?

25  A.   We met at various fincas.  It could be my own or belonging

Toro Sanchez - Direct

1    to other people.  Every day.

2    Q.  Would you socialize with Dos Mil the same way that you

3    would socialize with the defendant?

4    A.  No, sir.

5    Q.  Would you socialize with Dos Mil at all?

6    A.  No.

7    Q.  When you would see Dos Mil, for what purpose would you be

8    seeing him?

9    A.  I would see him at my cousin's office, just dealing with

10   the cell phones and the beepers.

11   Q.  Strictly business?

12   A.  Yes, sir.

13   Q.  Would Dos Mil come out to parties at Milan?

14   A.  No, sir.  I never saw him.

15   Q.  Would he come out to soccer games at Maracana?

16   A.  No, sir.

17   Q.  Just business?

18   A.  Yes, sir.

19   Q.  Is Dos Mil dead or alive?

20   A.  He's dead.

21   Q.  Where was it that you first learned that he was no longer

22   alive?

23   A.  I found out the day that he was being murdered.

24   Q.  Before he was murdered or after?

25   A.  That was on the day that he was being murdered, the night

Toro Sanchez - Direct

1  when he was being murdered.

2  Q.  Did you learn about it before he was being murdered or

3  after he was murdered?

4  A.  At that time I ran into Guaca and Mamoncillo and they told

5  me that they were busy because they were interrogating Dos Mil.

6  Q.  Where did you run into them?

7  A.  I ran into them at a farm where there were some horse

8  stalls or a horse barn.

9  Q.  Where is Dos Mil being interrogated?

10  A.  At one of Sony's farms.

11  Q.  Was Dos Mil being interrogated at the moment you ran into

12  Guacamayo and Mamoncillo or had Dos Mil already been

13  interrogated?

14  A.  They told me that they were interrogating him, yes.

15  Q.  That's what they told you at the time?

16  A.  Yes, sir.

17  Q.  Why were you looking for them?

18  A.  Because at that time we were working on a shipment with

19  some friends of theirs.  People call them Los Pastusos.  That

20  was a shipment where I owned 250 kilos of cocaine.  So, I

21  called them to get a report from them as to how the shipment

22  was going.  So, they told me that they couldn't answer the

23  phone because they were busy during an interrogation with Dos

24  Mil because Dos Mil had been giving information to the U.S.

25  government or, perhaps, he was actually working as an

1  informant, trying to help capture Don Diego.

2  Q.  Prior to this conversation with either Guacamayo or

3  Mamoncillo, had you known that there had been a plan to murder

4  Dos Mil?

5  A.  No, sir.

6  Q.  What was the next time that you talked about this matter

7  with Guacamayo or Mamoncillo, if you recall?

8  A.  The next day.

9  Q.  Why was it that you spoke to them about this?

10  A.  Because there had been a problem with a telephone that

11  belonged to Dos Mil.  One of their workers by the name of

12  Gentil had taken Dos Mil's telephone and had placed telephone

13  calls to his house which gave rise to the representatives from

14  the prosecutor's office to go to his house.

15  Q.  And when the representatives from the prosecutor's office

16  went to this person's house, what did they learn?

17  A.  What they said was that there had already been a complaint

18  filed regarding the disappearance of Dos Mil and that the

19  telephone was being monitored, and when they looked into the

20  calls made from that phone, they found out that it had called

21  that house and it turned out that was Gentil's house and Gentil

22  was one of the guys who had been present during Dos Mil's

23  interrogation.

24  Q.  When you found this out from Guacamayo or Mamoncillo, what

25  was their demeanor like?

1   A.   They were concerned and Capachivo, Omar Garcia, was there

2   as well.

3   Q.   What was decided?

4   A.   People from the CTI, that is the prosecutor's office, were

5   asking for a bribe to do away, that is, close down the

6   investigation.

7   Q.   And, so, what was decided?

8   A.   I gave out the money so that the investigation would be

9   shut down and they would divert it.

10  Q.   Was the investigation shut down?

11  A.   Yes, sir.

12  Q.   By the way, you were talking about the different days

13  between these different meetings.  Were you taking down the

14  dates or taking down the dates in a notebook as this was going

15  on?

16  A.   No, sir.

17  Q.   So, your recollection about the timing is just based upon

18  memory?

19  A.   Yes, sir.

20  Q.   And, likewise, the words being told to you at the time?

21  A.   Yes, sir.

22  Q.   Do you want to stand up for a second?

23  A.   Please.

24  Q.   Sure.

25  A.   (Complied.)

Toro Sanchez - Direct

Q.  Now, you were testifying the first time you learned about
it was the night of the interrogation.
A.  Yes, sir.
Q.  The next time you spoke about this matter was the day
after?
A.  Yes, sir.
Q.  Is that your best recollection?
A.  Yes, sir.
Q.  As you sit here today, can you be certain it was the day
after?  Could it have been a later day?
A.  Okay.  They had this meeting.  It could have been the next
day or the day after.  It could have been one or two days, and
then there was another meeting when Capachivo then explained to
me, in fact, he confirmed to me once again the reason why Dos
Mil had been killed.
Q.  This is a meeting after the meeting when you discussed how
you were going to get rid of the prosecutor's investigation
into the cell phone?
A.  Yes, sir.
Q.  And how was it that this came up, this matter with Dos Mil
came up?
A.  Well, because I asked him what had happened to Dos Mil, and
what Capachivo reported to me was that Eugenio had called them
for them to interrogate Dos Mil because Dos Mil was working as
an informer for the American government and that that's why

Toro Sanchez - Direct

1   they had interrogated him and tortured him and the order needed

2   to be that he should be executed.

3   Q.   Prior to that, you discussed the matter with your cousin,

4   Diego?

5   A.   No, sir.

6   Q.   Did there come a time that you did discuss the Dos Mil

7   matter with your cousin, Diego?

8   A.   Yes, sir.

9   Q.   Where was this discussion?

10  A.   At Magdalena Medio.

11  Q.   What was it that you asked Diego?

12  A.   If it was true that Dos Mil was actually an informant for

13  the U.S. government.

14  Q.   What was Diego's response?

15  A.   He told me, "Yes."

16  Q.   Did he explain how it was he knew?

17  A.   He told me that he had received the information, but he did

18  not tell me from whom.

19  Q.   Do you remember him telling you that German, the brother of

20  Solangel, might have given him this information?

21  A.   No, I don't remember that right now.

22  Q.   At the time that Dos Mil was murdered, who did Guacamayo

23  report to?

24  A.   To Capachivo, who was his boss.

25  Q.   When was Dos Mil killed, before or after the war?

Toro Sanchez - Direct

1   A.   Before the war.

2   Q.   Before the war started, if the Montoyas were asking

3   Guacamayo to do an important job, who would they consult in

4   advance?

5   A.   With Capachivo.

6   Q.   Was the interrogation and torture of someone something you

7   would consider important within the organization?

8   A.   Of course, sir.

9   Q.   It's a job that your cousins would have consulted the

10  defendant about before discussing it with Guacamayo?

11  A.   Yes, sir.

12        MR. DAVIS:   We're going to move on to another subject.

13  I don't know if you want to take the break now or I can

14  continue.

15        THE COURT:   Does the jury want a break now?   Do I see

16  a show of hands?   They're very comfortable.   Let's continue.

17        MR. DAVIS:   Let's plow forward.

18  BY MR. DAVIS:

19  Q.   What date were you arrested?

20  A.   December 29th, 2003.

21  Q.   Where were you arrested?

22  A.   At Magdalena Medio Colombia.

23  Q.   Who was with you when you were arrested?

24  A.   Juan Carlos Montoya.

25  Q.   Were there other people with you when you were arrested?

Toro Sanchez - Direct

1    A.   Yes, sir.

2    Q.   What agency initially stopped you?

3    A.   The Colombian police and the gasoline or petroleum police.

4    Q.   Where were you?

5    A.   I was on the road.

6    Q.   At the time you were stopped by the hydrocarbon or the

7    gasoline police, were you folks asked for identification?

8    A.   Yes, sir.

9    Q.   Did your cousin, Juan, provide identification?

10   A.   He did provide false ID information.

11   Q.   Did you take any steps to try to correct that, to advise

12   the police that your cousin, Juan, was providing false

13   identification

14   A.   No.

15   Q.   What about yourself?  Did you provide false identification?

16   A.   No, sir.

17   Q.   Why not?

18   A.   Because in Colombia I was known as Felipe Montoya and not

19   Carlos Felipe Toro Sanchez.  So, in Colombia people knew me as

20   Felipe Montoya.  That's why I never had any false papers and I

21   was -- I always had with me papers that had my real name.

22   Q.   But the police knew you by what name?

23   A.   Felipe Montoya.

24   Q.   What was the reason for that?  Why would they have known

25   you as Felipe Montoya?

1   A.  Because of how close I was with my cousins.

2   Q.  So, you had no need for false identification?

3   A.  No, sir.

4   Q.  Your real identification was as good as false

5   identification to the police?

6   A.  Yes, sir.

7   Q.  After you were stopped by the gasoline police, where were

8   you taken?

9   A.  To the police headquarters in Puerto Boyaca.

10  Q.  And from there, where were you taken?

11  A.  From there we were taken to Mariquita, in Honda, and that

12  is at a police station which is the anti-narcotics unit.

13  Q.  Eventually they learned who you were?

14  A.  Certainly.  Two days after I was arrested, they found out

15  or -- excuse me -- the following day in Bogota.

16  Q.  They figured out that Carlos Felipe Toro Sanchez was the

17  person they knew as Felipe Montoya?

18  A.  Yes, sir.

19  Q.  Once they realized that you were the person they knew to be

20  Felipe Montoya, where were you taken?

21  A.  They took me to the holding cells at the DIJIN.

22  Q.  DIJIN?

23  A.  Yes, sir.

24  Q.  What is the DIJIN?

25  A.  That's a unit within the police that is tasked with looking

1   for us, for the drug dealers, the narco-traffickers.

2   Q.  Was there a time you were brought to jail?

3   A.  Yes, sir.

4   Q.  What jail?

5   A.  To Combita in Boyaca.

6   Q.  How long were you in Combita?

7   A.  About two or three months.

8   Q.  Where did you go next?

9   A.  They took me to the Picota jail in Bogota.

10  Q.  La Picota?

11  A.  Yes, sir, La Picota.

12  Q.  Which jail is a more comfortable jail, La Picota or

13  Combita?

14  A.  La Picota.

15  Q.  How was it that you were able to get transferred to La

16  Picota?

17  A.  There was an individual that was working with us whose name

18  is Gustavo and he was able to get the connection with the

19  Bureau of Prisons in Colombia called the INPEC, exactly the

20  Bureau of Prisons in Colombia, and he was able to get the

21  contact that through payment of some money would then have me

22  transferred from Combita to La Picota.

23  Q.  Once you got to Picota, did you want to stay there?

24  A.  Yes, sir.

25  Q.  Did you want to stay in jail or try to get out?

Toro Sanchez - Direct

1  A.  There was a plan B, which was to escape.

2  Q.  Let's talk about the plan B, to escape.  Who was the person

3  who helped you start that plan to escape?

4  A.  There was a sub-director of the jail.  I don't recall his

5  name, the deputy director, and he communicated with our worker,

6  Gustavo, and he said, "Look, let's propose to him that he could

7  help me escape from that jail."

8  Q.  Who told you about this?

9  A.  Gustavo told me.

10 Q.  When Gustavo told you about the possibility that the

11 assistant director could help you escape, what was your

12 reaction?

13 A.  That I agreed.

14 Q.  What discussions did you have with the assistant director

15 about this plan?

16 A.  So, when he found out that I agreed, he came to where I

17 was, to the unit I was in, and I proposed that he would get me

18 out of the jail, so that a group of ours would rescue me and so

19 that would be the way for me to escape.

20 Q.  What was your response when you heard of this plan?

21 A.  I said that, "Yes," I agreed, but that I also wanted or

22 needed Juan Carlos, my cousin, so that the two of us together

23 could escape.

24 Q.  What was the assistant director's response?

25 A.  That there was no problem, that he had a way to bring Juan

1  Carlos from Combita to La Picota, and that's exactly how it
2  went.  They transferred Juan Carlos from Combita in Boyaca to
3  La Picota in Bogota.
4       MR. DAVIS:  Putting up on the screen in evidence 2 E,
5  as in echo.
6       SPECIAL AGENT TWEHUES:  (Complied.)
7  BY MR. DAVIS:
8  Q.  Who is that?
9  A.  Gildardo Rodriguez.
10  Q.  Were you aware of any nickname he had?
11  A.  La Camisa Roja, the red shirt.
12  Q.  Did La Camisa Roja have any plan to break you and Juan
13  Carlos out of jail?
14  A.  Yes, sir.
15  Q.  What was his role?
16  A.  He was going to set up that group that was going to rescue
17  us or take us from the police who were the police with the
18  Bureau of Prisons and so they could take us to a safe place.
19  Q.  Now, the police that were going to take you to the
20  hospital, were they supposed to be in on this plan?
21  A.  Yes, sir.  That is what the assistant director of the jail
22  or assistant warden of the jail had told us, that they were not
23  going to offer any resistance.
24  Q.  Did you discuss this with Camisa?
25  A.  Yes, sir.  He went to visit us at the jail.

Toro Sanchez - Direct

1   Q.  Camisa was able to get in to visit you at the jail?

2   A.  Yes, sir.

3   Q.  What happened to the plan?

4   A.  It fell through.  It didn't go through.

5   Q.  Was the assistant director paid?

6   A.  Yes, we paid him $1 million.

7   Q.  After you paid him, what happened?

8   A.  He never came around again, didn't show up at the jail or

9   anything.  He just disappeared.

10  Q.  Do you have a cousin named Pedro Navarette?

11  A.  Cousin?  No.

12  Q.  Sorry.  Did you know somebody named Pedro Navarette?

13  A.  Yes, sir.

14  Q.  How did you know him?

15  A.  Because he's married to a sister of --

16  Q.  Okay.  He's an in-law?

17  A.  Yes, sir.

18  Q.  Before you were arrested, was he arrested?

19  A.  Yes, sir.

20  Q.  When was that?

21  A.  That was in 2002.

22  Q.  When he was arrested, where was he housed?

23  A.  To Combita in Boyaca.

24  Q.  Did you ever engage in any plan to try to break him out?

25  A.  Yes.  He sent me a message with Gustavo telling me that he

133

Toro Sanchez - Direct

1   had a plan to be able to escape from that jail in Combita, that

2   he needed people outside so that they provide him with the

3   logistics for protection.

4   Q.  Now, when you learned about this, what steps did you take?

5   A.  I reached out for Guaca so that person could do that.

6           MR. DAVIS:  Could you put up on the screen 1 O, for

7   Oscar?

8           SPECIAL AGENT TWEHUES:  (Complied.)

9   BY MR. DAVIS:

10  Q.  Who is that?

11  A.  Carlos Robayo, a/k/a Guacamayo.

12  Q.  What was Guacamayo's role supposed to be in this plan?

13  A.  He was to provide the logistics so that as soon as

14  Navarette escaped from the jail, he would be protected as soon

15  as he was able to escape.

16  Q.  Did this plan ever go forward?

17  A.  No, sir.

18  Q.  Why not?

19  A.  Guacamayo reported to me that it was impossible to get

20  Navarette out of there because that area, all that area was

21  very much watched or surveilled, heavily guarded.

22  Q.  Now, going back to the plan to bring you and your cousin,

23  Juan Carlos, out of prison.  To your knowledge, did the

24  defendant have any involvement in that plan?

25  A.  Are we talking about Capachivo?

134

Toro Sanchez - Direct

```
 1   Q.   (Nodded)
 2   A.   No, sir.  Not at that time, no.
 3   Q.   What about the plan to break Navarette out of prison, your
 4   brother-in-law?  To your knowledge, did Capachivo have any role
 5   in that plan?
 6   A.   Yes, he had knowledge.
 7   Q.   How do you know that?
 8   A.   Because I, myself, told him because they were around me
 9   every day and whatever plan was developed, it was always shared
10   with everybody.
11   Q.   How long did you remain in prison in Colombia?
12   A.   From 2003 to April of 2005.
13   Q.   Where did you go in April of 2005?
14   A.   I was extradited here to Miami.
15   Q.   For what purpose?
16   A.   To face narco-trafficking charges.
17   Q.   How did you resolve your case?  Did you go to trial or did
18   you plead guilty?
19   A.   I pleaded guilty.
20   Q.   At the time that you pleaded guilty, did you have an
21   agreement with the United States?
22   A.   Yes, sir.
23            THE WITNESS:  I need a break.
24            THE COURT:  All right.
25            Ladies and gentlemen, we'll take a brief 10-minute
```

Toro Sanchez - Direct

1    recess.  Please don't discuss the case.

2              THE COURT SECURITY OFFICER:  All rise.

3         [The jury leaves the courtroom at 3:21 a.m.]

4              THE COURT:  He's excused, certainly.

5              Just for the attorneys' benefit, the juror who had

6    that doctor's appointment the other day and kept everyone

7    waiting for about two hours has another doctor's appointment at

8    the same place for the same purpose on Tuesday, May 17.

9              I let you know that now because my intention is to

10   start trial that day at 11:00 in the morning so we're not kept

11   waiting and she has ample time to see her doctor.

12             MR. DAVIS:  Are we excused, Judge?

13             THE COURT:  Yes.

14             MR. DAVIS:  Thank you.

15        [There was a short recess at 3:22 a.m.]

16             THE COURT:  Bring the jury in.

17        [The jury returns to the courtroom at 3:42 a.m.]

18             THE COURT:  Everyone please be seated.

19             MR. DAVIS:  May I proceed?

20             THE COURT:  You may.

21   BY MR. DAVIS:

22   Q.  Before the break I was asking you how you resolved your

23   case in Miami.  Remind us how you resolved your case here in

24   Miami.

25   A.  I pled guilty.

 1          MR. DAVIS:  Putting up on the screen in evidence, 13

 2  B.

 3          SPECIAL AGENT TWEHUES:  (Complied.)

 4  A.  Yes, sir.

 5  Q.  Do you read the English language?

 6  A.  No, sir.

 7  Q.  Even though you don't read English, do you recognize what

 8  this document is?

 9  A.  Yes, sir.

10  Q.  What is that?

11  A.  This is where I admit my guilt before Her Honor, Judge

12  Altonaga.

13  Q.  This is your plea agreement?

14  A.  Yes, sir.

15  Q.  According to your plea agreement, what did you agree to

16  plead guilty to?

17  A.  Transportation, importation and distribution of cocaine

18  within the United States.

19  Q.  Reading from the plea agreement, starting from right under

20  the title, "Plea Agreement":

21          "The United States of America and Carlos Felipe Toro

22      Sanchez, hereinafter referred to as the defendant, enters

23      into the following agreement."

24  A.  Yes, sir.

25  Q.  "The defendant agrees to plead guilty to Count I of the

Toro Sanchez - Direct

1    Third Superseding Indictment, which count charges him with

2    conspiring to import into the United States five or more

3    kilograms of cocaine, in violation of Title 21, United

4    States Code, § § 963 and 952(a), all in violation of Title

5    21, United States Code, § § 963 and 960(b)(1)(B).

6         Do you remember that's what you pled guilty to?

7  A.  Yes, sir.

8  Q.  Under paragraph 2 -- paragraph 2 reads:

9         "The United States agrees to seek dismissal of the

10    remaining counts of the Third Superseding Indictment as to

11    this defendant after sentencing."

12  A.  Yes, sir.

13  Q.  Do you remember what counts we wound up agreeing to dismiss

14  against you?

15  A.  I don't remember very well.

16  Q.  Do you remember there was another count that charged you

17  with conspiring to possess cocaine with intent to distribute?

18  A.  Yes, sir.

19  Q.  Was that a count that we agreed to dismiss?

20  A.  Yes, sir.

21  Q.  And do you remember there was another count that charged

22  you with conspiring to commit money laundering?

23  A.  Yes, sir.

24  Q.  And was that another count that we agreed to dismiss?

25  A.  Yes, sir.

138

Toro Sanchez - Direct

1   Q.   Now, as part of this agreement, did you agree to cooperate

2   with the United States?

3   A.   Yes, sir.

4   Q.   Going to page 5, paragraph 12.

5        MR. DAVIS:   May I proceed?

6   BY MR. DAVIS:

7   Q.   Paragraph 12:

8        "The defendant agrees that he shall cooperate fully

9        with this office by providing truthful and complete

10       information and testimony and producing documents records

11       and other evidence when called upon by this office, whether

12       in interviews, before a Grand Jury, at any trial or other

13       court proceeding."

14  A.   Yes, sir.

15  Q.   Is that part of what you agreed to do?

16  A.   Yes, sir.

17  Q.   Without reading the rest of the cooperation provision of

18  paragraph 12, essentially, what was your understanding of what

19  you were required to do?

20  A.   To tell the truth, to tell the truth and to provide the

21  cooperation that the government required from me.

22  Q.   And in return for your cooperation, what are you hoping

23  will happen to you?

24  A.   That I might be able to get a sentence reduction.

25  Q.   Have you received a sentence reduction at this point?

1  A.  No, sir.

2  Q.  When did you plead guilty?

3  A.  It has been, well, since 2006.

4  Q.  Could you look at the bottom left-hand corner of the

5  document on the screen?

6  A.  It was in '05.

7          MR. DAVIS:  Let's go to the last page.

8          SPECIAL AGENT TWEHUES:  (Complied.)

9  BY MR. DAVIS:

10  Q.  Do you see your signature?

11  A.  Exactly, yes, sir.

12  Q.  What's the date by your signature?

13  A.  11/18 2005.

14  Q.  Is that the date that you pled guilty?

15  A.  Yes, sir.

16  Q.  Now, you were saying that you were hoping that you will get

17  your sentence reduced as a result of your cooperation.

18  A.  Yes, sir.

19  Q.  Has my office made any promises to you in that regard?

20  A.  Excuse me?

21  Q.  Have you been promised a sentence reduction?

22  A.  No, sir.

23  Q.  And if my office were to ask the Judge to reduce your

24  sentence, is the Judge bound?

25  A.  No, sir.

1    Q.   So, we can ask Judge Altonaga to reduce your sentence and

2    Judge Altonaga doesn't have to follow us.   Correct?

3    A.   Yes, sir, she does not have to agree.

4    Q.   Have you been sentenced?

5    A.   Yes, sir.

6    Q.   What was your sentence?

7    A.   236 months.

8         MR. DAVIS:   Going to 13 A, the second page.

9         SPECIAL AGENT TWEHUES:   (Complied.)

10   BY MR. DAVIS:

11   Q.   Do you recognize this document?

12   A.   Yes, sir.

13   Q.   And is this the document, the agreement you entered into as

14   part of your interviews?

15   A.   Yes, sir.

16   Q.   Reading from 13 A, paragraph -- from the start of it:

17        "Dear Mr."Urbano."   Who is Mr. Urbano?

18   A.   My attorney.

19   Q.   "Pursuant to our previous conversations, I'm writing this

20        letter to set forth the terms under which your client,

21        Carlos Felipe Toro Sanchez, will be interviewed by

22        representatives of this office and/or law enforcement

23        agents assisting this office."

24   A.   Yes, sir.

25   Q.   "The terms and conditions governing this interview are as

Toro Sanchez - Direct

1    follows:  All statements and information provided by

2    Mr. Toro Sanchez must be truthful and complete.  He must

3    not seek to protect anyone from false information or

4    willful omission and must not falsely accuse or implicate

5    anyone."

6  A.   Yes, sir.

7  Q.   Are you a lawyer?

8  A.   No, sir.

9  Q.   Do you have any legal training?

10  A.   No, sir.

11  Q.   Do you have a basic understanding of what this agreement

12  requires you to do?

13  A.   Yes, sir.

14  Q.   And what is that understanding?

15  A.   That I must tell the truth at all times.

16  Q.   Paragraph 2:  "So long as he abides by these terms,

17    Mr. Toro Sanchez will have the protection afforded by

18    direct use immunity, that is, the United States agrees that

19    no statements made or other information provided in the

20    interviews by Mr. Toro Sanchez will be used against him

21    directly in any criminal case in the Southern District of

22    Florida.  The sole exception is a prosecution for perjury,

23    giving a false statement or obstruction of justice."

24  A.   Yes, sir.

25  Q.   Even though you're not a lawyer and don't have any legal

142

Toro Sanchez - Direct

1    training, do you have a basic understanding of what my office

2    has agreed to do as part of this agreement?

3    A.   Yes, sir.

4    Q.   What's that?

5    A.   Well, that I cannot be charged because of the information

6    that I might provide, and if I were not to tell the truth --

7    how do you say that -- I've forgotten how to say it exactly,

8    but if I don't tell the truth, then I'm going to be charged.

9         If I give false information about other people, that

10   would be obstruction of justice.

11   Q.   Prior to your sentencing, did you write a letter To Judge

12   Altonaga?

13   A.   Yes, sir.

14   Q.   And in that letter did you discuss the different

15   cooperation that you had been attempting to provide to the

16   United States?

17   A.   Yes, sir.

18   Q.   Now, at the time that you came up to the United States, did

19   you have information about the location of several of your

20   cousins?

21   A.   Yes, sir.

22   Q.   Which cousins are those?

23   A.   Diego Montoya and Eugenio Montoya.

24        MR. DAVIS:   Putting up on the screen, left to right, 1

25   B and 1 D.

1          SPECIAL AGENT TWEHUES:  (Complied.)

2          MR. DAVIS:  Put that on the left, please.

3          SPECIAL AGENT TWEHUES:  (Complied.)

4          MR. DAVIS:  Now 1 D.

5          SPECIAL AGENT TWEHUES:  (Complied.)

6    BY MR. DAVIS:

7    Q.  Who is on the left side of the screen?

8    A.  Diego Montoya.

9    Q.  Who is on the right side of the screen?

10   A.  Eugenio Montoya.

11   Q.  Even though after you arrived in the United States you were

12   volunteering certain information to the government, did you

13   ever at that time offer information about the possible location

14   of your cousins, Diego and Eugenio?

15   A.  No, sir.

16   Q.  Why was that?

17   A.  Because it was significant that they were related to me.

18   They were part of my family, my cousins, and they were involved

19   at that particular time in a war and they were actually

20   protecting my wife and children.

21   Q.  The war against whom?

22   A.  Against Wilber Varela.

23   Q.  Now, when you wrote the letter to the Judge prior to your

24   sentencing explaining your cooperation, did you explain to the

25   Judge that you failed to volunteer information that could have

1  led to the arrest of your cousins?

2  A.  I don't remember, sir.

3  Q.  Do you think that you would have told the Judge when you

4  wrote this letter that you knew information about where your

5  cousins could be found, but you weren't volunteering it to

6  anybody?

7  A.  Yes, sir.

8  Q.  Let me ask a different way.  You may be confused by my

9  question.

10  A.  Yes.

11  Q.  I'm asking you about the letter you wrote to the Judge

12  prior to sentencing.

13  A.  Yes.

14  Q.  Do you remember in that letter talking to the Judge about

15  the cooperation that you offered to the United States?

16  A.  I don't remember.  Well, what I mean to say, I do remember

17  speaking of some of my cooperation, but not about my cousins.

18  Q.  That was something that you didn't want anybody to know

19  about at that time, where your cousins could be found.

20  Correct?

21  A.  Yes, sir, I did not want them to know.

22  Q.  And, certainly, you didn't tell the Judge that you had

23  information about your cousins that you weren't telling us

24  about at that time.  Correct?

25  A.  Yes, I did not say that.

Toro Sanchez - Direct

1 Q.  Do you remember at the time of your guilty plea that you

2 signed a document that essentially summarized what you did?

3 A.  Yes, sir.

4          MR. DAVIS:  May I approach?

5          THE COURT:  You may.

6 BY MR. DAVIS:

7 Q.  (Handing to the witness.)

8          Showing you, for identification only, 13 D, as in

9 delta.

10   [Government Exhibit 13 D marked for identification at 4:02

11                          p.m.]

12 BY MR. DAVIS:

13 Q.  Do you recognize that document?

14 A.  Yes, sir.

15 Q.  What document is that?

16 A.  This is a plea agreement, my admission of guilt, my

17 responsibility addressed to the Judge.

18 Q.  This is, basically, the document that addressed, summarized

19 what it was you did?

20 A.  Yes, sir.

21 Q.  Who prepared that document, if you know?

22 A.  Between my attorney, the U.S. Attorney's Office and myself.

23 Q.  Did you write this document?

24 A.  No, sir.

25 Q.  So, you don't know who wrote it?

1    A.   No, sir.  My attorney just showed it to me, but it was in

2    agreement with the U.S. Attorney's Office.  This is admitting

3    my guilt.

4    Q.   How long is this document?

5    A.   Seven pages.

6    Q.   Does this document outline all the illegal activity that

7    you did between the time that you first started working for

8    your cousin until the time that you were arrested?

9    A.   No, sir.

10   Q.   If there were to be a document that outlined every little

11   illegal activity that you committed from the time you first

12   started working with your cousins until the date of your

13   arrest, how long would it have to be?

14   A.   It would be several volumes.  It would be a very big book.

15   Q.   What if one were to write a document that outlined

16   everything you knew about criminal activity about everyone you

17   worked with, how long would that document have to be?

18   A.   Very, very long, huge.

19   Q.   Was the purpose of this document to explain every criminal

20   act that you have done in your adult life?

21   A.   It's a summary.

22   Q.   Was the purpose of this document to explain every fact that

23   you knew about the criminal activity of other people?

24   A.   Yes, sir.

25   Q.   Was the purpose of this document to explain every fact that

147

Toro Sanchez - Direct

1  you knew about all the criminal activity of everybody that you
2  worked with?
3  A.  It's a summary.
4  Q.  Of what you did?
5  A.  Yes, sir.
6  Q.  What about of what other people did?
7  A.  No, sir.
8  Q.  Just you?
9  A.  Yes, sir.
10 Q.  When were you sentenced, to the best of your recollection,
11 what year?
12 A.  Are you asking me when I was sentenced?
13 Q.  What year?  Do you remember?
14 A.  Yes, in February of 2006.
15 Q.  After you were sentenced, where were you taken to?
16 A.  To the Atlanta prison.
17 Q.  In Atlanta, Georgia?
18 A.  Yes, sir.
19 Q.  While you were in prison in Atlanta, did there come a time
20 Agent Twehues traveled to meet you to interview you?
21 A.  Yes, sir.
22 Q.  During this interview, was one of the subjects he
23 questioned you about the murder of Dos Mil?
24 A.  Yes, sir.
25 Q.  When you were interviewed this first time in Atlanta, did

1  you admit the role of your cousin, Diego?

2  A.  No, sir.

3  Q.  Did you admit the participation of your cousin, Eugenio?

4  A.  No, sir.

5  Q.  Are you certain that you didn't admit what your cousin,

6  Diego, had done?

7  A.  Well, I did admit that Diego had been the one who had given

8  the order -- I did admit that Diego was the one that gave the

9  order for the murder, but I did not admit that I had been

10  present in the meeting when that order had been given.

11  Q.  Were you present at the meeting when the order had been

12  given?

13  A.  No, sir.

14  Q.  Now, what about when you were interviewed?  Did you say

15  anything about the fact that your cousin, Eugenio, had been

16  involved in this murder?

17  A.  No, sir.

18  Q.  That was a fact that you withheld?

19  A.  Yes, sir.

20  Q.  So, you admitted your knowledge of Diego's role in the

21  murder?

22  A.  Yes, sir.

23  Q.  But you covered up the role of your cousin, Eugenio?

24  A.  Yes, sir.

25  Q.  Why was it that you protected Eugenio at that time?

1  A.  I just did not want to incriminate him.

2  Q.  Why was that?

3  A.  Well, at that time, because he was a member of my family.

4  I just wanted to hide that fact.

5  Q.  Were you reinterviewed a year later?

6  A.  Yes, sir.

7  Q.  When you were reinterviewed the year later, was it by Agent

8  Twehues?

9  A.  Yes, sir.

10  Q.  At that point did you admit your knowledge of the

11  involvement of your cousin, Eugenio?

12  A.  Yes, sir.

13  Q.  So, by that time you decided to no longer protect him?

14  A.  Yes, sir.

15  Q.  Why was it that you decided a year later to no longer

16  protect your cousin, Eugenio?

17  A.  Because it had been a mistake to have hidden that fact from

18  the very beginning, to have concealed that fact.

19  Q.  Have you gotten yourself into some trouble by hiding that

20  fact?

21  A.  Yes, of course.

22  Q.  What sort of trouble was that?

23  A.  It was a letter sent to me by the prosecutor's office

24  telling me that I was concealing that fact regarding Eugenio

25  and that, therefore, I was not complying with the contract that

1    I had signed, with the agreement that I had signed.

2    Q.  Had it been sent to you or to your lawyer?

3    A.  My lawyer.

4    Q.  And your lawyer showed it to you?

5    A.  Yes, sir.

6    Q.  And based upon that letter, what did you decide to do.

7    A.  To tell the truth.

8         MR. DIAZ:  One moment.  Can we get a time reference

9    for the second meeting?

10   BY MR. DAVIS:

11   Q.  Do you remember when the second meeting was?

12   A.  No, sir, I really don't remember right now.

13   Q.  Do you remember where it was?

14   A.  Butner, in North Carolina.

15   Q.  Butner?

16   A.  Yes, Butner.

17   Q.  What's Butner?

18   A.  A prison.

19   Q.  So, you had been moved from Atlanta to Butner during that

20   time?

21   A.  Yes, sir.

22   Q.  You were saying that when you came to Miami initially you

23   were reluctant to cooperate against your cousins because of a

24   war.

25   A.  Yes, sir.

1  Q.  Who was that war between?

2  A.  It was our family against Wilber Varela.

3         MR. DAVIS:  Could we replace 1 D on the right side of

4  the screen with 1 U?

5         SPECIAL AGENT TWEHUES:  (Complied.)

6  BY MR. DAVIS:

7  Q.  Who is on the left side of the screen?

8  A.  Diego Montoya, my cousin.

9  Q.  Who is on the right side of the screen?

10 A.  Wilber Varela.

11 Q.  What was the nature of your cousin, Diego's, relationship

12 with Wilber Varela?  Were they friends?

13 A.  Very little.

14 Q.  Did there come a time when they become even less than very

15 little friends?

16 A.  Yes, sir.

17 Q.  Now, what was the first event in your mind that caused this

18 relationship between your cousin Diego to deteriorate with

19 Wilber Varela?

20 A.  Since Payaso's death.

21 Q.  Who was the person who killed Payaso?

22 A.  Omar Garcia Capachivo.

23 Q.  On whose orders?

24 A.  Ivan Urdinola and Diego Montoya.

25 Q.  Why was it that the killing of Payaso caused tension

Toro Sanchez - Direct

1  between your cousin, Diego, and Wilber Varela?

2  A.  Because at that time what was said was that Wilber Varela

3  was working for Payaso, that there was a very close

4  relationship or friendship between them.

5  Q.  When did the war start?

6  A.  Ours?

7  Q.  Yes, the war between the Montoya Organization and the

8  Varela Organization?

9  A.  2003.

10  Q.  Would it be fair to say that tensions started to increase

11  in the years immediately preceding that war?

12  A.  Excuse me.  I didn't understand.

13  Q.  Let me try again.

14      Were there certain events that took place in the two

15  or three years that preceded the war that helped spark or

16  instigate that war.

17  A.  Yes, sir.

18      MR. DAVIS:  Putting up on the screen 3 C in evidence.

19      SPECIAL AGENT TWEHUES:  (Complied.)

20      MR. DAVIS:  If we could focus around the area around

21  Cali.

22      SPECIAL AGENT TWEHUES:  (Complied.)

23  BY MR. DAVIS:

24  Q.  Do you see a town called Yumbo?

25  A.  Yes, sir.

Toro Sanchez - Direct

1    Q.  Was there a particular event that occurred in Yumbo that

2    helped spark tensions between the Montoya and Varela

3    Organizations?

4    A.  Yes, sir.

5    Q.  What event was that?

6    A.  There's a discotheque which belonged to a/k/a El Perro and

7    he was a lieutenant or a deputy for Varela and that discotheque

8    was called Mission, and it was in December.  Some of Giyos'

9    workers were going to go into that discotheque and they were

10   armed.

11   Q.  Before we go further --

12          MR. DAVIS:  Could we put on the screen 10 A?

13          SPECIAL AGENT TWEHUES:  (Complied.)

14   BY MR. DAVIS:

15   Q.  Do you recognize that person?

16   A.  Yes certainly.

17   Q.  Who is that?

18   A.  That is El Perro.

19   Q.  What was El Perro's connection to the Mission Discotheque

20   in Yumbo?

21   A.  He was the owner of that discotheque.

22   Q.  I'd like to show you a document for identification only, 16

23   B.

24      [Government Exhibit 16 B marked for identification

25   BY MR. DAVIS:

Toro Sanchez - Direct

1  Q.  Do you recognize that person?

2  A.  Yes, sir.

3  Q.  What's his name?

4  A.  He was one of Capachivo's workers.

5  Q.  What was his name?

6  A.  I don't recall his name right now.

7  Q.  Do you remember his nickname?

8  A.  I don't remember right now.

9        MR. DAVIS:  Going back to 10 A.

10        SPECIAL AGENT TWEHUES:  (Complied.)

11  BY MR. DAVIS:

12  Q.  You were saying El Perro owned the discotheque.

13  A.  Yes, sir.

14  Q.  Who were the people -- there were some workers or there

15  were some people at that discotheque that night?

16  A.  Yes, sir.

17  Q.  Who were those people?

18  A.  They were some of Giyos' workers.

19        MR. DAVIS:  Putting on the screen 29 A.

20        SPECIAL AGENT TWEHUES:  (Complied.)

21        MR. DAVIS:  On the left side, please, and 29 B on the

22  right.

23        SPECIAL AGENT TWEHUES:  (Complied.)

24  BY MR. DAVIS:

25  Q.  Who are those people on the screen, left to right?

1  A.  Jhon Jairo and Jaime Londono, the Giyos.

2  Q.  It was their workers at the discotheque owned by El Perro?

3  A.  Yes, sir.

4  Q.  What happened, what happened to the workers of the Giyos'

5  that night?

6  A.  They were killed at the entrance of that discotheque.

7  Q.  Who did the Montoya Organization blame for instigating this

8  killing?

9  A.  Perro and Varela.

10        MR. DAVIS:  Could he we put up on the screen now 10 A

11  and 1 U?

12        SPECIAL AGENT TWEHUES:  (Complied.)

13  BY MR. DAVIS:

14  Q.  Who is on the right side of your screen?

15  A.  El Perro.

16  Q.  On the left side of the screen?

17  A.  Varela.

18  Q.  What was Perro's association with Varela?

19  A.  He was a lieutenant of Varela, El Perro was.

20  Q.  After the shootout at the Mission Discotheque, did you

21  participate in a meeting with Diego where it was discussed what

22  the response would be?

23  A.  Yes, sir.

24  Q.  Who was present at this meeting?

25  A.  Diego, Juan Carlos, the Giyos and myself and Jerson.

1  Q.  Flaco Jerson?

2  A.  Flaco Jerson, yes.

3  Q.  What about the defendant?  Was he present?

4  A.  No, sir.

5  Q.  What did the Giyos explain at this meeting?

6  A.  Well, that some of the guys had been killed at the entrance

7  of that discotheque, that the people who caused the death of

8  those men were detained in a house which was a jailhouse in

9  Yumbo.

10  Q.  Did they bring any videos?

11  A.  Yes, sir, they had a video.

12  Q.  What was the video that they brought?

13  A.  It was a video showing the people who had committed those

14  murders.

15  Q.  Where?

16  A.  The killings at the discotheque.

17  Q.  Was this a video from the discotheque or a video from the

18  jail?

19  A.  Inside the jail, yes.

20  Q.  That showed what?

21  A.  The three individuals who had been detained who had

22  participated in the killings in the discotheque.

23  Q.  When Diego saw the videos that showed the shooters from the

24  Mission Discotheque were in there, what did he decide?

25  A.  He gave the order so that they would be executed.

Toro Sanchez - Direct

1    Q.  Were they?

2    A.  Yes, sir.

3              MR. DAVIS:  One moment please.

4              Putting up on the screen 1 W.

5              SPECIAL AGENT TWEHUES:  (Complied.)

6    BY MR. DAVIS:

7    Q.  Who is that?

8    A.  Miguel Solano, Miguelito.

9    Q.  Is he alive or is he dead?

10   A.  He's dead.

11   Q.  When was he killed?

12   A.  January 5th, 2003.

13   Q.  In what city?

14   A.  Cartagena.

15   Q.  That is on Colombia's north coast?

16   A.  Yes, sir.

17   Q.  Was he killed during the day or in the evening?

18   A.  At night, leaving, as he was going out of a discotheque.

19   Q.  The night that Miguel Solano was killed in Cartagena, where

20   were you?

21   A.  In Cartagena.

22   Q.  Doing what?

23   A.  I was at another discotheque.

24   Q.  So, it's just a pure coincidence that you were in Cartagena

25   the same night that Miguel Solano was killed?

1    A.   Yes, sir.

2    Q.   How soon after the shooting of Miguel Solano did you hear

3    about it?

4    A.   That same early morning hours I realized that.

5    Q.   When you learned that Miguel Solano had been killed, where

6    did you go?

7    A.   I went to El Valle the following day.

8    Q.   When you heard Miguel Solano had been killed, did you think

9    this was just an accident?

10   A.   No, sir, it had been an attempt.

11   Q.   An attempt or was he actually killed?

12   A.   Yes, sir.  I already knew that he had been kill.

13   Q.   And when you learned that he had been killed, who did you

14   believe had been behind the murder?

15   A.   Varela.

16   Q.   Did there come a time after the murder that you met with

17   Diego?

18   A.   Yes, I met with him a few days later, yes, sir.

19   Q.   Where?

20   A.   At Magdalena Medio.

21   Q.   Who was present?

22   A.   Capachivo was with me, the Giyos were with me, Flaco Jerson

23   and Guacamayo as well.

24          MR. DAVIS:  Starting with 29 A and 29 B.

25          SPECIAL AGENT TWEHUES:  (Complied.)

1   BY MR. DAVIS:

2   Q.   Who is 29 A, sir?

3   A.   Jhon Jairo Londono.

4   Q.   Is he one of the Giyos?

5   A.   Yes.

6   Q.   On the screen on the right side is 29 B.  Who is that?

7   A.   Jaime Londono, the other Giyo.

8   Q.   What were their roles in the Montoya Organization?

9   A.   They were in charge of a group of hit men.

10           MR. DAVIS:  Putting on the screen 2 A.

11           SPECIAL AGENT TWEHUES:  (Complied.)

12   BY MR. DAVIS:

13   Q.   Who is that?

14   A.   That's Flaco Jerson.

15   Q.   Was he also present at this meeting with Diego?

16   A.   Yes, sir.

17   Q.   What was his role in the Montoya Organization?

18   A.   He was the operative or the operational wing of the Giyos

19   group.

20           MR. DAVIS:  Putting on the screen 1 O, as in Oscar.

21           SPECIAL AGENT TWEHUES:  (Complied.)

22   BY MR. DAVIS:

23   Q.   Who is that?

24   A.   Carlos Robayo Guacamayo.

25   Q.   Was he another person present at this meeting with Diego?

Toro Sanchez - Direct

1    A.   Yes, sir.

2    Q.   What was his role in the Montoya Organization?

3    A.   He was part of the operational wing that was -- whose head

4    was Capachivo.

5    Q.   What was Capachivo's wing?

6    A.   Excuse me?

7    Q.   What was Capachivo's role in the organization?

8    A.   He was the head or the chief of that group of hit men.

9    Q.   Where was Capachivo during this meeting?

10   A.   He was there present with us.

11   Q.   I think I asked you, but in case I didn't, where did this

12   meeting take place?

13   A.   Magdalena Medio.

14   Q.   What was the purpose of the meeting?

15   A.   For Diego to tell us what had been discussed and what had

16   been agreed on after Miguel's death.

17   Q.   When was this meeting?  What month and what year, if you

18   recall?

19   A.   Yes, sir.  That was around mid-January of 2003.

20   Q.   What was Diego going to tell you?

21   A.   That they had sent a messenger to Chupeta in order to hold

22   a meeting where Varela would be present, Rasguno would be

23   present and Danilo Gonzalez, 31, and other members of the North

24   Valley Cartel, such as Arcangel.

25   Q.   For what purpose was this meeting supposed to be?

May 6, 2011

Toro Sanchez - Direct

A.  For Diego to get an explanation of why Miguel Solano will

be killed.

Q.  In addition to Diego telling you about this plan for a

meeting, were you waiting to learn whether Diego wanted to go

to war?

A.  Yes, sir.

Q.  Did Diego relate to a decision that he had, may have had at

that time?

A.  Yes, sir.

Q.  What decision was that?

A.  The decision was that there would be no war, that Miguel

was dead, that he would leave, that he would no longer be a

member of the North Valley Cartel, but that from there on if

any of his family members were even touched or any member of

his organization was even touched, there was going to be an

open war.

Q.  You said he was no longer going to be a member of the North

Valley Cartel?

A.  Yes, sir.

Q.  Who is "he"?

A.  Diego Montoya.

Q.  So, Diego was relating that his decision was to do what?

A.  That there was not going to be any war due to Miguel

Solano's death, that they should not count on him any further,

in other words, not count on Diego anymore as a member of the

Toro Sanchez - Direct

1   North Valley Cartel, but if any of his relatives or family
2   members were touched or any member of his organization, then
3   there would be an outright war.
4   Q.  You said that Diego was also telling you that there was a
5   proposal on the table for the leaders in the North Valley
6   Cartel.
7   A.  Yes, he said that that's why Chupeta came to see him, so
8   that they could hold this meeting.
9   Q.  Now, was there a meeting in January or February of 2003?
10  A.  No, sir.  There was a meeting with us for Diego to explain
11  what was the reason -- what I mean to say is at that time the
12  meeting was to explain to us that a member of the North Valley
13  Cartel had come to see him to tell him that they should have a
14  meeting of the entire cartel, which would include all the
15  kingpins, all the bosses of the cartel, in order to explain to
16  Diego why the decision had been made to murder Miguel Solano,
17  and Diego explained to us that he wasn't interested in any
18  meeting with the members of the North Valley Cartel, that the
19  message that he had sent out to them was that they should not
20  count with him any longer as a member of the North Valley
21  Cartel, that he wasn't interested in showing up at any meeting,
22  that in any event, Miguel was already dead and just to leave
23  him at peace.  But from that moment on, if there was any
24  attempt made against any member of his family or any of the
25  members of the organization, then he would go into a

1  full-fledged war.

2  Q.  After this meeting, where did you go?

3  A.  I went to Bogota.

4  Q.  To go where?

5  A.  To go to Cali afterwards.

6        MR. DAVIS:  Okay.  Could we put up on the screen 3 B,

7  as in bravo?

8        SPECIAL AGENT TWEHUES:  (Complied) Mr.

9        MR. DAVIS:  Could we focus on the area between

10  Magdalena Medio and Cali?

11        SPECIAL AGENT TWEHUES:  (Complied.)

12  BY MR. DAVIS:

13  Q.  Tell us where you met with Diego.

14  A.  At Puerto Boyaca.

15  Q.  Where is Puerto Boyaca relative to La Dorada?

16  A.  It's two hours away about.

17  Q.  North?

18  A.  I don't know if it's to the north.  It's further up.

19  Q.  Okay.  That would be to the north if it was further up.

20  A.  Yes, of course.

21  Q.  And then you went from Puerto Boyaca to where?

22  A.  Bogota.

23  Q.  And from Bogota, you were planning to go where?

24  A.  Cali.

25  Q.  When you left, who did you go with?

Toro Sanchez - Direct

```
 1  A.  Capachivo came along and the Giyos, Flaco Jerson,
 2  Guacamayo.  I went also and Arnulfo Espinel.
 3          MR. DAVIS:  Putting on the screen 1 N.
 4          SPECIAL AGENT TWEHUES:  (Complied.)
 5  BY MR. DAVIS:
 6  Q.  Who is this?
 7  A.  That's Arnulfo Espinel, Fito.
 8  Q.  Somebody else who was up in Magdalena Medio at the time?
 9  A.  Yes, sir.
10          MR. DAVIS:  Could we Go back to 3 B?
11          SPECIAL AGENT TWEHUES:  (Complied.)
12  BY MR. DAVIS:
13  Q.  Did you folks have bodyguards or were you traveling alone?
14  A.  Yes, we did have bodyguards.
15  Q.  When you got around Bogota, did you take some time to stop
16  and eat?
17  A.  Yes, at a restaurant near Villeta.
18  Q.  When you stopped at this restaurant -- what's the name of
19  it again?
20  A.  I don't remember the name of the restaurant, but it is near
21  Villeta.  It's a place to eat.
22  Q.  And Villeta is near Bogota?
23  A.  Yes, sir.
24  Q.  When you're in this restaurant in Villeta, did you run into
25  anybody in particular?
```

Toro Sanchez - Direct

```
 1  A.   Yes.
 2  Q.   Who was that?
 3  A.   Danilo Gonzalez.
 4          MR. DAVIS:  Putting on the screen 1 X.
 5          SPECIAL AGENT TWEHUES:  (Complied.)
 6  BY MR. DAVIS:
 7  Q.   This uniform -- at the time you ran into Danilo Gonzalez,
 8  was he still in law enforcement?
 9  A.   No, he was not part of the police force, but he did handle
10  them very well.
11  Q.   For whom?
12  A.   For the North Valley Cartel.
13  Q.   At the time that you ran into him at the restaurant, who
14  was he working with, in particular?
15  A.   He was Varela's partner.
16  Q.   And what was the relationship of Diego Montoya with Danilo
17  Gonzalez like at the time that you ran into him at this
18  restaurant?
19  A.   At that time the relationship was very tense.
20  Q.   Who was in the restaurant first, you folks or Danilo
21  Gonzalez?
22  A.   No, Danilo Gonzalez was there.
23  Q.   And who noticed whom first?
24  A.   We did.  Actually, I got out first and as we were going in
25  I noticed that Danilo Gonzalez was sitting at a table.
```

166

Toro Sanchez - Direct

1  Q.  Did there come a time when Danilo Gonzalez noticed you

2  folks?

3  A.  Of course, as soon as he saw us come in.

4  Q.  What did he do?

5  A.  Well, he got scared.  He thought we were going to murder

6  him.  He stood up and addressed me.  He actually extended his

7  hand.  He shook my hand and he said "Hello" to Capachivo, the

8  Giyos, Jerson, Guacamayo.  He greeted all of us.

9       But you could see the worry on his face, and then he

10  told me that he needed to speak with me.

11  Q.  And did you agree to speak with him?

12  A.  Yes, sir.

13  Q.  Where did you go?

14  A.  We just moved to the side.  When we were alone, he

15  explained to me that he was very worried and he asked how Diego

16  was doing and also what had Diego said about Miguel's death,

17  and he was asking me to do him the favor of helping, that I

18  should go and talk to Diego so that Diego would call Danilo

19  Gonzalez and that way he, Danilo, could explain what had

20  happened.

21  Q.  And what did you do?

22  A.  I told him to give me the telephone number and that I would

23  do everything possible for Diego to call him and speak with

24  him.

25  Q.  And after you were done with the conversation, where did

Toro Sanchez - Direct

1  you go?

2  A.  I went over to my table.  I mean, the people who came with

3  me, we all sat at a table, and Danilo went to his table where

4  he was having dinner, but at that very moment, Capachivo asked

5  me to give him the order so that he could kill Danilo Gonzalez.

6  Q.  Why did Capachivo ask you for the order to kill Danilo

7  Gonzalez?

8  A.  Because at that particular time I was the individual who

9  could possibly give such an order.

10  Q.  Why was that?

11  A.  I was a leader within the organization.

12  Q.  And how close were you to Diego?

13  A.  Well, since we were related, we were very close.

14  Q.  This is a family organization?

15  A.  Yes, sir.

16  Q.  When the defendant asked you for permission to kill Danilo

17  Gonzalez, what was your response?

18  A.  I told him "No," that I wasn't going to give such an order.

19  Q.  Why was that?

20  A.  Because I didn't want -- well, we had just come from a

21  meeting with Diego where the orders had been that there was to

22  be no confrontation.  Had I given the order to Capachivo to go

23  ahead and kill Danilo, I would actually be going over Diego's

24  decisions and that would bring a lot of problems for our

25  family.

168

Toro Sanchez - Direct

1  Q.  You were telling us that at the meeting that preceded your
2  encounter with Danilo, Diego had told you there had been a
3  proposal for a meeting of all of the leaders of the North
4  Valley Cartel.
5  A.  Yes, sir.
6  Q.  Did there come a time that there actually was a meeting of
7  all the heads of the North Valley Cartel?
8  A.  Yes, we did have a meeting.
9  Q.  When was this?
10  A.  That was sometime around mid-2003.
11  Q.  Where?
12  A.  That was at Magdalena Medio, at the farm belonging to
13  Dr. Puerta Parra.
14        MR. DAVIS:  Putting up on the screen 10 B, as in
15  bravo.
16        SPECIAL AGENT TWEHUES:  (Complied.)
17  BY MR. DAVIS:
18  Q.  Who is this?
19  A.  Gabriel Puerta Parra.
20  Q.  Is this the person you referred to as Dr. Puerta Parra?
21  A.  Yes, sir.
22  Q.  Why do you call him Dr. Puerta Parra?
23  A.  Because he was an attorney.
24  Q.  Now, who attended on the Montoya side?
25  A.  Diego, Juan Carlos.

```
 1           MR. DAVIS:  Putting up on the screen 1 B.
 2           SPECIAL AGENT TWEHUES:  (Complied.)
 3  A.  Well, Diego went, Juan Carlos.
 4  Q.  Who is that?
 5  A.  Diego.
 6           MR. DAVIS:  1 C.
 7           SPECIAL AGENT TWEHUES:  (Complied.)
 8  A.  Juan Carlos Montoya.
 9  Q.  Who else?
10  A.  Capachivo.
11  Q.  Who else?
12  A.  The Giyos, Jerson, Tio Luis, I went, Jorge Ivan, Iguana.
13  He was Ivan's cousin.
14           MR. DAVIS:  Putting on the screen 2 F.
15           SPECIAL AGENT TWEHUES:  (Complied.)
16  BY MR. DAVIS:
17  Q.  Who is the person on the right side of the screen?
18  A.  Yes, sir.  Jorge Ivan Urdinola.
19  Q.  What was Iguana's relationship -- what was his association
20  with Ivan Urdinola Grajales?
21  A.  They were cousins.
22  Q.  By the time of this meeting, was Ivan Urdinola Grajales
23  still alive?
24  A.  No, sir.
25  Q.  Were there other people at the meeting that you remember?
```

Toro Sanchez - Direct

1  A.  Yes, sir.

2  Q.  From the Montoya side, who else do you remember?

3  A.  Hilvert Urdinola, my uncle.  I was there.  The rest of our

4  security team.  Botalon was there as well, and he was the head

5  of the self-defense unit in Boyaca.

6          MR. DAVIS:  Putting on the screen 29 D, as in David.

7          SPECIAL AGENT TWEHUES:  (Complied.)

8  BY MR. DAVIS:

9  Q.  Do you recognize that screen?

10 A.  Yes, sir.

11 Q.  Who is that?

12 A.  Botalon.

13 Q.  You said that Botalon -- who was Botalon associated with?

14 A.  With the -- in Spanish its called Alto Defenses in Colombia

15 or the self-defense unit in Colombia.

16 Q.  What sort of unit was this?

17 A.  They are the anti-communists in Colombia.

18 Q.  Are these like paramilitaries?

19 A.  Yes, sir.

20 Q.  What role was he playing in this meeting?

21 A.  He was there accompanying Diego because it was in his area

22 that that meeting was to take place.

23 Q.  He was, basically, providing security for Diego?

24 A.  Yes, sir.

25 Q.  They are the anti-communists?

```
 1  A.  Yes.  At that time he was the individual who was protecting
 2  Diego in Magdalena Medio.
 3  Q.  I don't believe you mentioned Guacamayo yet.  Was Guacamayo
 4  at the meeting at Dr. Puerta's farm?
 5  A.  Yes, he was as well.
 6  Q.  Now, what about the people on the Varela side?  Who was
 7  there for the Varela side?
 8  A.  Danilo Gonzalez.
 9  Q.  One moment, please.
10        MR. DAVIS:  Putting on the screen 1 X.
11        SPECIAL AGENT TWEHUES:  (Complied.)
12  BY MR. DAVIS:
13  Q.  Who is that?
14  A.  Danilo Gonzalez.
15  Q.  Who is the next one you remember?
16  A.  There was Comba, who was called Combatiente.
17        MR. DAVIS:  Putting on the screen 10 C, as in Charlie.
18        SPECIAL AGENT TWEHUES:  (Complied.)
19  BY MR. DAVIS:
20  Q.  Do you recognize that person?
21  A.  That is Combatiente.
22  Q.  Who is a Varela person?
23  A.  Yes, sir.
24  Q.  Who else do you remember as being present at this meeting
25  for the Varela side?
```

1   A.   Julio Peña.

2   Q.   Who else?

3   A.   I don't remember the rest.  There were a lot of people.

4   Q.   What about Varela?  Was Varela there?

5   A.   Yes, he was present as well.

6   Q.   You had mentioned earlier that at the meeting with Diego

7   after the Miguel Solano murder that Diego had received a

8   message from Chupeta.

9   A.   Yes, sir.

10  Q.   What is Chupeta present?

11  A.   He was at this meeting as well, yes, sir.

12          MR. DAVIS:  Putting on the screen 1 E, as in echo.

13          SPECIAL AGENT TWEHUES:  (Complied.)

14  BY MR. DAVIS:

15  Q.   Who is that?

16  A.   Juan Carlos Ramirez Abadia, Chupeta.

17  Q.   Was he another one of the kingpins of the North Valley

18  Cartel at this time?

19  A.   Yes, sir.

20  Q.   You also mentioned from that meeting with Diego in

21  Magdalena Medio a person by the name of Rasguno.

22  A.   Yes, sir.

23  Q.   Was Rasguno present at this meeting?

24  A.   Yes, of course.

25          MR. DAVIS:  Putting on the screen 1 G.

```
 1          SPECIAL AGENT TWEHUES:  (Complied.)
 2   BY MR. DAVIS:
 3   Q.  Who is that?
 4   A.  Hernando Gomez, Rasguno.
 5   Q.  Was he another one of the kingpins of the North Valley
 6   Cartel at the time?
 7   A.  Yes, sir.
 8   Q.  You were mentioning that you also went with your
 9   bodyguards.
10   A.  Yes, sir.
11   Q.  Did the other people bring their bodyguards as well?
12   A.  Yes, sir.
13   Q.  How many bodyguards were there at this meeting?
14   A.  Over 200.
15   Q.  What sort of weapons were they carrying?
16   A.  Assault rifles, AK-47s and R-15s.
17   Q.  Was this a friendly meeting?
18   A.  Very little.
19   Q.  Was it a tense meeting?
20   A.  Very tense.
21   Q.  What were the subjects -- were there different subjects
22   discussed?
23   A.  Yes, many.
24   Q.  Let's take the most important ones, the most important
25   five, one at a time.  Was the murder of Miguel Solano
```

1   discussed?

2   A.  Yes, sir.

3   Q.  And what was said about that?

4   A.  The problem was that Miguel Solano seemed to have been an

5   informed, an informant for the U.S. government and, in

6   addition, he had murdered one of Varela's stepbrothers at La

7   Victoria and, in addition to that, he had also had some kind of

8   dealings with Hernando Gomez, Rasguno, drug trafficking

9   dealings, where there had been a debt for over $20 million.

10          So, all of that sort of accumulated, the whole thing

11  came together, and that's why the orders were given to murder

12  Miguel Solano.

13  Q.  Who took credit for ordering the murder of Miguel Solano?

14  A.  Varela.

15          MR. DAVIS:  Putting on the screen 1 X.

16          SPECIAL AGENT TWEHUES:  (Complied.)

17  BY MR. DAVIS:

18  Q.  Remind us who this is.

19  A.  Danilo Gonzalez.

20  Q.  Was he involved with any tense discussions with anybody at

21  this meeting?

22  A.  Yes, sir.

23  Q.  With whom?

24  A.  With Diego.

25          MR. DAVIS:  Could we do a side-by-side and bring up 1

Toro Sanchez - Direct

1   B, as in bravo?

2         SPECIAL AGENT TWEHUES:  (Complied.)

3   BY MR. DAVIS:

4   Q.  What was the nature of the discussions between Diego and

5   Danilo Gonzalez?

6   A.  Diego told him not to sic the police on him anymore because

7   Danilo Gonzalez had a lot of influence with the police forces.

8   He was very good friend of Naranjo, who was actually the head

9   of DIJIN, and he also was well acquainted with many of the

10  police force generals.

11        At that time, Diego was the most wanted man in

12  Colombia and Diego told him, "You know what?  Don't sic the

13  police on me anymore, so you and I won't have a problem."

14  Q.  What was the nature of this discussion?  Was it calm or was

15  it tense?

16  A.  It was very, very -- it was strong and very tense.

17        MR. DAVIS:  Putting back up on its screen 2 F, as in

18  foxtrot.

19        SPECIAL AGENT TWEHUES:  (Complied.)

20  BY MR. DAVIS:

21  Q.  Who is the person on the right side of the picture?

22  A.  Jorge Ivan Urdinola, Iguana.

23  Q.  Were there any discussions at this meeting about a dispute

24  he had with one of the Varela people?

25  A.  Yes, with Comba.

Toro Sanchez - Direct

1          MR. DAVIS:  Putting on the screen 10 C.

2          SPECIAL AGENT TWEHUES:  (Complied.)

3   BY MR. DAVIS:

4   Q.  What was the dispute that Iguana had with Comba?

5   A.  Comba was blaming Iguana for the theft of some merchandise.

6   He claimed that he had stolen a drug shipment.

7          THE COURT:  Should we stop at this point, Mr. Davis?

8          MR. DAVIS:  Sure.

9          THE COURT:  Ladies and gentlemen, we adjourn for the

10  weekend.  Please remember my instructions not to do any

11  independent reading or research about the matters you have been

12  hearing about during the course of the trial, to avoid contact

13  with all the parties whom you see have a relationship to the

14  trial and please don't discuss the case with anyone.

15          Monday morning we'll begin a little later than

16  customary.  I have a morning hearing in another case.  We'll

17  start at 12:30.  I want you all to take your lunch before

18  trial.  We won't break for lunch.  Have a good weekend.

19      [The jury leaves the courtroom at 5:03 a.m.]

20          THE COURT:  I apologize.  I had forgotten I had

21  something Monday morning.  I was reminded during this

22  afternoon's proceedings.

23          MR. DAVIS:  It works out fine.  It gives everybody a

24  nice long weekend.

25          THE COURT:  And work on your social skills, gentlemen,

1   over the weekend.

2        MR. DIAZ:  Judge, as a result of the trial, Mr. Varela

3   has not been able to make any phone calls.  I'm wondering

4   whether or not, perhaps on Monday, we can work something out

5   where if he's down in the Marshal's lock-up, he can make a call

6   from there or get some kind of order from the Court.

7        He would like to call every day, but if he can't call

8   every day, we understand, but to have to go a whole week and

9   not to have any contact with his family because he's in

10  trial --

11       THE COURT:  I would be more than happy to accommodate

12  if you want to bring him a phone.

13       MR. DIAZ:  I have a cell phone.  He can call.  The

14  Marshals can listen in on the conversation.  That's the easiest

15  way.  It's not a recorded call, but they can listen to it.

16       THE COURT:  The other way is to indicate that we start

17  at noon.  He's brought here at noon.  He sits here with a

18  telephone.  We turn off the microphones and he has a

19  conversation.

20       MR. DIAZ:  How about if it's already 5:00 on Monday?

21  I'll go to the Marshal's lock-up here and speak to whoever is

22  in charge.  I'll ask if they can do it for us.  If not, if Your

23  Honor can do it for us.

24       THE COURT:  Yes.

25       THE COURT:  I have no problem.  He can sit here and

1    chat.  We just turn off the microphones.

2          MR. DIAZ:  Thank you, Judge.

3                    C E R T I F I C A T E

4          I hereby certify that the foregoing is an accurate

5    transcription of proceedings in the above-entitled matter.

6

7    __09/11/11_____        _____
          DATE                  BARBARA MEDINA
8                               Official United States Court Reporter
                                400 North Miami Avenue, Suite 12-2
9                               Miami, FL  33128 - 305.523.5518
                                           (Fax) 305.523.5519
10                              Email:  barbmedina@aol.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**Abadia** 71:13 72:11,21 74:11,14 76:19 172:16
**abandoned** 103:4
**abides** 141:16
**ability** 62:10
**able** 8:16 71:6,16 73:19 79:23 100:12 101:6,9
  113:16 129:15,18,20 132:1 133:1,15 138:24
  177:3
**aboard** 23:19 29:16,19 39:1 103:19
**above-entitled** 178:5
**Absolutely** 53:16
**accident** 87:23 158:9
**accommodate** 177:11
**accompany** 20:3
**accompanying** 17:21 170:21
**accomplishment** 64:17
**accountants** 87:7
**accounting** 83:19,22 87:6
**accumulated** 174:10
**accurate** 178:4
**accuse** 141:4
**Acevedo** 21:20
**acknowledge** 94:5
**acquainted** 175:9
**acquired** 88:16
**act** 146:20
**acting** 8:14 16:8 19:22
**activities** 75:9
**activity** 146:6,11,16,23 147:1
**addition** 78:14 161:3 174:6,7
**additional** 22:6 100:11
**address** 4:4
**addressed** 145:17,18 166:6
**adjourn** 176:9
**ADMINISTRATIVE** 4:2
**admission** 145:16
**admit** 136:11 148:1,3,5,7,8,9 149:10
**admitted** 10:24 72:5 148:20
**admitting** 146:2
**adult** 146:20
**advance** 105:3,5 126:4
**advanced** 105:14
**advise** 93:14 127:11
**advised** 69:22 93:18 94:10
**afforded** 141:17
**afraid** 6:18
**afternoon's** 176:22
**age** 14:6
**agency** 9:12,14,17 127:2
**agents** 113:20 140:23
**ago** 30:3 36:19 57:12 99:5
**agree** 111:21 136:15 138:1 140:3 166:11
**agreed** 100:13 130:13,16,21 137:19,24 138:15
  142:2 160:16
**agreeing** 137:13
**agreement** 63:25 134:21 136:15,19,20,23
  138:1 140:13 141:11 142:2 145:16 146:2
  150:1
**agrees** 136:25 137:9 138:8 141:18
**ahead** 51:10 67:9 73:7 167:23
**aimed** 52:11
**airline** 27:21 28:1
**airlines** 23:12,16,16,21 25:19 27:8,16,17 29:17
  29:20 37:14,17,18 110:17,18
**airplane** 28:13
**airplanes** 17:5,6 23:16,24 44:18,20 87:25
**airport** 23:4 87:25 88:2 110:17,22 111:5,11,24
  112:9,14,21
**airstrip** 17:4,6 44:9 45:2,3,5,9,14
**airstrips** 45:16 66:12
**AK-47s** 173:16
**Alacran** 52:8
**alive** 9:25 120:19,22 157:9 169:23
**allowed** 73:21 74:1 101:1 106:21
**Alma** 117:4,12
**alpha** 13:10 33:3 64:4 76:13 84:21 86:13
**Alto** 170:14
**Altonaga** 1:11 42:25 136:12 140:1,2 142:12
**America** 1:4 136:21
**American** 23:12,16,21 25:19 27:8,16,17 29:20
  37:17,18 110:17 124:25
**amount** 91:18
**amounts** 78:7,12 81:13,18
**ample** 135:11
**and/or** 140:22
**angry** 58:4 101:24 102:6,10
**answer** 94:19 112:18,19 121:22
**anti-communists** 170:17,25
**anti-narcotics** 128:12

**anti-social** 94:6
**anybody** 114:1 144:6,18 164:25 174:20
**anymore** 161:25 175:6,13
**apart** 100:20
**apartment** 60:9 75:13 89:19
**apologize** 176:20
**apparently** 60:23
**APPEARANCES** 1:12
**appointment** 135:6,7
**approach** 61:4
**appropriate** 61:4
**approximate** 15:17 55:3 67:4
**approximately** 26:11 33:21 41:22 42:16 45:15
  54:18 65:8 67:1 77:18 89:25 96:2,4
**April** 134:12,13
**Arcangel** 52:8 160:24
**area** 17:12 41:2,6,12,16 45:1 46:21 47:23 49:5
  70:12 94:11 104:7,10,12,16,19 133:20,20
  152:20 163:9 170:21
**argument** 50:10
**Arizabaleta** 3:3 5:9
**armed** 16:4,7 49:21,22 73:16 153:10
**Army** 106:19,24
**Arnulfito** 35:13
**Arnulfo** 34:10,11 35:11 164:2,7
**arrest** 19:4,4,8,10 42:6 107:5 108:18 109:17
  144:1 146:13
**arrested** 18:11,16 19:1 42:2,4 108:25 126:19,21
  126:23,25 128:14 132:18,18,22 146:8
**arrive** 82:8
**arrived** 143:11
**arrow** 33:6
**arrows** 76:15
**article** 19:14
**aside** 71:1
**asked** 5:14,17 7:6,19 9:10 28:18 29:8,23 30:3
  79:25 80:2 99:20,25 124:22 125:11 127:7
  160:11 166:15 167:4,16
**asking** 8:1 35:16 107:3 123:5 126:2 135:22
  144:11 147:12 166:17
**Assault** 173:16
**assaulted** 51:3,18
**assistance** 7:7
**assistant** 22:16,18 130:11,14,24 131:21,22
  132:5
**assisting** 15:22 140:23
**associate** 58:5
**associated** 79:9 92:9,12,25 170:13
**association** 47:11 56:6,18 68:24 83:11 110:15
  155:18 169:19
**Atlanta** 167:1 95:1,25 150:19
**Atlantic** 31:16
**attempt** 61:6 64:20 158:10,11 162:24
**attempting** 142:15
**attended** 168:24
**attention** 70:24 112:3
**attorney** 1:15 140:18 145:22 146:1 168:23
**attorneys** 135:5
**Attorney's** 145:22 146:2
**auction** 61:16
**aunt** 12:17,23,24 75:14,14 89:7 116:24 117:12
**authorities** 6:15 98:9 115:19,23 116:2
**authorization** 52:13,23,25 53:3,4,9 56:23 57:9
  71:3 113:2
**Avenue** 1:24 178:8
**avoid** 62:10 176:12
**avoiding** 93:15 94:8
**aware** 7:11,13 68:14 96:9,17,20 116:15,18
  131:10
**a.m** 93:11,13,24 135:3,15,17 176:19
**A.U.S.A** 1:14
**a/k/a** 69:21 71:13 72:11,21 74:11 92:22 133:11
  153:6

**B**

**B** 13:13,17,17,18,19,19,21 10:12,13,21,22,22,25
  11:1,1 13:13 31:11 40:24,25 87:8 92:2,5
  104:15 130:1,2 136:2 142:25 153:23,24
  154:21 158:24 159:6 163:6 164:10 168:14
  169:1 175:1
**back** 5:4 18:14 22:14,14 29:22 34:18 43:1 59:14
  64:9 67:13 68:4,7 73:1,5 77:11 78:24 82:5
  84:19 93:18 94:12,23 133:22 154:9 164:10
  175:17
**background** 111:13
**bad** 38:9
**ballistics** 67:8
**BARBARA** 1:22 178:7
barbara.medina127@gmail.com 1:25

barbmedina@aol.com 178:10
**barn** 121:8
**bars** 109:11
**based** 73:24 123:17 150:6
**basic** 141:11 142:1
**basically** 22:16 100:6 111:12 145:18 170:23
**basis** 104:24
**bathrooms** 86:2,2
**becoming** 65:3
**beepers** 119:11,19,19 120:10
**began** 90:16 112:18
**beginning** 5:11 149:18
**behalf** 75:22,23
**believe** 158:14 171:3
**believed** 53:11
**belonged** 39:21 62:25 68:22 71:11,12 73:8,14
  122:11 153:6
**belonging** 84:6 119:25 168:12
**belongings** 71:5,17 73:12
**benefit** 135:5
**best** 18:13 38:1 55:8 65:16 77:14 124:7 147:10
**betrayed** 112:24
**better** 111:22
**big** 24:3 26:19 29:22 30:7 32:3,6 35:25 72:23
  146:14
**birthday** 51:10,12,13
**bit** 31:1 48:19
**black** 19:16
**blame** 102:3 155:7
**blaming** 176:5
**boat** 31:6,8 32:14 37:5,6 38:5,11,21
**boats** 31:25 32:13
**bodyguard** 16:3,4,8 17:22 19:22 20:5 21:23
  22:21 43:24 60:12 62:14 82:14 83:12 105:11
**bodyguards** 18:16,18 45:14,15 62:15 105:2,9
  164:13,14 173:9,11,13
**Bogota** 41:3 128:15 129:9 131:3 163:3,22,23
  164:15,22
**bold** 61:9 64:24
**Bolivia** 76:11,22,24 77:2
**book** 146:14
**books** 83:22
**born** 11:12
**boss** 90:6 125:24
**bosses** 162:15
**Botaion** 170:4,12,13,13
**bottom** 80:9,11 89:1 139:4
**Boulevard** 1:19
**bound** 139:24
**boy** 14:2
**Boyaca** 41:10,13,21 42:3 128:9 129:5 131:2
  132:23 163:14,15,21 170:5
**boys** 13:3,4,7
**bravo** 31:12 87:9 92:2 163:7 168:15 175:1
**Brazil** 86:4
**break** 53:25 79:6 93:9 126:13,15 131:12 132:24
  134:3,23 135:22 176:18
**breaks** 94:4
**bribe** 24:7 123:5
**brief** 134:25
**briefly** 109:23
**bring** 15:7 22:14,14 23:21 34:24 53:21 76:10,20
  87:25 93:23 106:13 130:25 133:22 135:16
  156:10 167:24 173:11 174:25 177:12
**bringing** 82:5
**broke** 101:23
**broken** 40:18
**brother** 92:8 114:4 125:19
**brothers** 13:22,24 14:6 36:24 43:15
**brothers-in-law** 62:5,6
**brother-in-law** 134:4
**brought** 34:18 81:20 129:2 156:12 177:17
**brujos** 113:18,20
**Buenaventura** 31:10 32:12 103:10
**building** 74:18 75:11,14,25 80:15,18 81:22
  86:16,18,19,20 87:1 88:11,12,16,23,25 89:4,6
  89:11,16,18
**buildings** 44:4 75:13
**Bureau** 129:10 131:18
**business** 15:20 16:12 17:25 18:1 22:12 46:7
  72:15,22 118:4,5,6 120:11,17
**busy** 121:5,23
**Butner** 150:14,15,16,17,19
**B2** 106:20

**C**

**C** 13:16 17:8 25:14 47:22 69:8 83:5,23 87:14
  104:6 152:18 169:6 171:17 176:1 178:3,3
**calendar** 55:6

May 6, 2011

**Cali** 8:18 11:13,19 15:5 23:4,10,20,21 24:8,10
  28:7 40:12,13,17,22 49:2,6,8 53:12 59:3 60:9
  61:16 74:13 81:13,18,20 82:6,8 85:11 87:24
  88:3 104:16,21 110:17,17 112:14 152:21
  163:5,10,24
**call** 14:21 65:6 70:24 85:7 101:9 106:2 112:18
  113:20 121:19 166:18,23 168:22 177:5,7,7,13
  177:15
**called** 12:17 47:20 48:3,7 49:12,18 50:10,14
  51:3 59:12 69:25 86:19 99:12 100:17,21
  102:15 106:5 112:3 113:18 121:21 122:20
  124:23 129:19 138:11 152:24 153:8 170:14
  171:16
**calling** 6:9 8:1
**calls** 52:12,13 102:18 111:6 122:13,20 177:3
**calm** 15:14
**Camacho** 92:22
**Camisa** 131:11,12,24 132:1
**Campuzano** 103:9
**Canon** 5:25 6:5
**can't** 177:7
**Capa** 29:5,5
**Capachivo** 18:19,24 19:2,7,15 27:9 30:23 39:21
  50:9,22 52:24 53:1,4,6 55:2 56:19 57:10 58:1
  58:11,15,18 59:17,18,24 60:3,20 61:18 62:19
  63:1,20 66:5,8,11,19 67:2 69:25 71:2 73:7,9,9
  73:24 90:5,7,8,12,17,22 91:1,1,4,5,10,11
  97:13,16,19,20,23,24 98:2 99:4,16,21 100:2,7
  100:9,11,12,13,14 101:12,24 102:5,6,10,20
  106:9,13 109:12,15 123:1 124:13,23 125:24
  126:5 133:25 134:4 151:22 158:22 160:4,9
  164:1 166:7 167:4,6,22 169:10
**Capachivo's** 53:8 98:4 102:11,13,22 154:4
  160:5,7
**capture** 7:8 122:1
**captured** 16:13,14
**car** 8:9 50:18 61:16 87:23 104:2 114:6
**care** 60:24
**careful** 58:20
**cargo** 24:16,18,19,22 27:13 28:2,3
**Carlos** 3:5 8:9 11:2,9 13:8,18 14:3,16,21 23:9,20
  25:11,17,18 35:7,17 36:18 59:21 60:19 61:2
  63:20 69:6,12 71:13 72:11,21 73:18 74:11,14
  75:15 76:19 77:9 78:14 84:3,4,8,9 94:5 116:17
  126:24 127:19 128:16 130:22 131:1,2,13
  133:11,23 136:21 140:21 155:25 159:24
  168:25 169:3,8 172:16
**Carola** 12:14,18,23,24 75:14 89:7 116:24 117:12
**Carolina** 150:14
**carried** 113:24
**carrying** 20:2 114:7 173:15
**cars** 48:13
**Cartagena** 157:14,19,21,24
**Cartago** 48:15,16,20,24,25 49:6,8 51:8
**cartel** 46:13 56:9,10,21,22 64:22,23 65:2,4
  160:24 161:13,18 162:1,6,13,14,15,18,21
  165:12 168:4,7 172:18 173:6
**cartels** 34:17 84:11
**case** 1:3 9:5 28:18 42:9,13 53:18 93:10 134:17
  135:1,23,23 141:21 160:11 176:14,16
**cash** 77:16
**catapulted** 65:3
**Cauca** 91:16
**cause** 116:10
**caused** 100:19 151:17,25 156:7
**CECILIA** 1:11
**cell** 101:3 119:10,13,16 120:10 124:18 177:13
**cells** 128:21
**cellular** 113:17 114:7 118:22,24
**center** 70:17,22 75:17 80:16 85:9 86:19,22,23
  87:24
**centers** 85:11,14
**certain** 23:23 32:18 64:22,23 67:24,25 100:19
  105:17 107:2 119:18 124:9 143:12 148:5
  152:14
**certainly** 42:8 128:14 135:4 144:22 153:16
**Certificate** 3:7
**certify** 178:4
**change** 66:1 90:13
**charge** 23:11 66:9 69:1 108:11 116:5 159:9
  177:22
**charged** 42:11 137:16,21 142:5,8
**charges** 134:16 137:1
**Charlie** 13:16 17:9 25:15 47:23 69:8 83:6,23
  104:7 171:17
**chat** 178:1
**check** 105:5
**checkpoint** 48:10

**chevrons** 4:6
**chief** 160:8
**children** 13:2,3 97:17 98:4,7,19 117:13,19
  143:20
**children's** 117:11
**Chiva** 99:1,3
**chose** 15:15
**Chupeta** 71:13 72:11,21 73:18 74:11,17 76:3,19
  77:16,23 111:1 113:1 160:21 162:7 172:8,10
  172:16
**Chupeta's** 73:14 75:22,24 82:18
**circle** 47:23
**CITATION** 3:23
**cities** 31:22 32:3,6,11 41:19
**city** 15:4 157:13
**Ciudad** 85:6
**claimed** 176:6
**clandestine** 66:12
**clearly** 82:19
**client** 140:20
**clone** 113:17
**cloned** 113:19,22,25 114:7 119:18,19
**close** 32:5,10 41:8 42:3 43:15 47:12,20 48:25
  51:8 54:8 65:7,12 82:14 91:11,12 108:25
  123:5 128:1 152:3 167:12,13
**closely** 88:2
**closest** 14:6
**clothing** 19:14
**coast** 15:11,16,17,19,23 33:9 36:5 157:15
**cocaine** 15:21 18:4 20:8,18 21:15,21 22:24 23:4
  23:10,25 24:8,10 29:15,18,21 31:6,8,22 32:1
  32:20,24 36:1,11 37:4 38:10,19,22 44:11,19
  47:20 54:7 66:25 74:14,15,16 76:10,20,21,24
  77:7,8 79:13 80:4 84:6,7 88:17 107:14 109:20
  109:22 110:3,6,7,18 112:11,15 114:23 121:20
  136:17 137:3,17
**code** 73:23 85:7 86:11 137:4,5
**coincidence** 157:24
**collect** 66:13,19 79:25
**collecting** 66:15
**college** 15:11
**Colombia** 6:9 11:15,19 23:25 32:11 34:18 39:2
  68:19 69:3 77:4 81:21 82:8 84:12 101:4
  103:17 110:19 113:18 114:24 115:15 126:22
  127:18,19 129:19,20 134:11 170:14,15,17
  175:12
**Colombian** 36:5 85:15 106:19 110:16 113:7
  114:23 127:3
**Colombia's** 31:15,18 33:8 157:15
**Comba** 171:16 175:25 176:4,5
**Combatiente** 171:16,21
**Combita** 129:5,6,13,22 131:1,2 132:23 133:1
**come** 10:11 18:11 20:8,11 22:23 25:3 32:18
  40:13 47:15 49:20 52:15 62:20 63:25 68:4
  69:2 78:18 81:12 82:14,19 91:1 95:19 105:13
  105:16 106:2 116:1 120:13,15 125:6 147:19
  151:14 158:16 162:13 166:1,3 167:20 168:6
**comes** 10:10
**comfortable** 126:16 129:12
**coming** 42:16 118:8 117:18
**commander** 112:13
**commercial** 37:7 38:12 87:1
**commit** 137:22
**committed** 146:11 156:13
**common** 113:7 115:1,2
**communicated** 130:5
**communicating** 101:3
**communication** 119:10
**communications** 8:18
**companies** 8:18
**company** 28:3 119:13
**comparison** 46:14
**compartments** 23:23
**complain** 99:12 100:17,21
**complaint** 122:17
**complete** 138:9 141:2
**completed** 15:7,8
**complying** 149:25
**concealed** 149:18
**concealing** 149:24
**concern** 57:2 71:8,14,15
**concerned** 123:1
**conclude** 117:22
**concluded** 58:24
**conditions** 140:25
**conducted** 75:19
**conference** 3:25 4:4
**confirmed** 124:14
**confrontation** 52:7 167:22
**confused** 31:1,2 144:8

**confusing** 26:10
**connection** 79:2 129:18 153:19
**consider** 41:19 126:7
**considered** 107:20
**considering** 116:12
**consolidated** 66:5
**conspiring** 137:2,17,22
**constant** 73:9
**constantly** 19:3 109:24
**consult** 126:3
**consulted** 126:9
**contact** 6:14,16 7:14 9:6 10:4 94:3,8 101:1
  102:11,14 104:23 109:3 129:21 176:12 177:9
**contacted** 8:5
**contacts** 34:16 111:4
**containers** 39:4,7 68:18 103:19
**CONTENTS** 3:1
**continue** 15:11 16:11 20:18 51:17 52:22 94:19
  100:18 101:19 102:23 107:25 108:3 112:4
  126:14,16
**contract** 149:25
**contributed** 62:9
**cont'd** 5:10
**CONVENTIONS** 4:2
**conversation** 62:13,17 112:1 122:2 166:25
  177:14,19
**conversations** 8:13,15,17 9:2 140:19
**convince** 100:12 116:1
**cooperate** 6:19,23 138:1,8 150:23
**cooperation** 138:17,21,22 139:17 142:15
  143:24 144:15,17
**coordinate** 71:3
**copied** 113:23
**copy** 113:16
**Coral** 1:20
**corner** 139:4
**correct** 24:24 27:3 99:6 127:11 140:2 144:20,24
**corrupting** 111:10
**corruption** 111:10
**couldn't** 73:18 121:22
**counsel** 4:3 6:20 108:12
**count** 22:15 76:2 77:20,22 136:25 137:1,16,19
  137:21,24 161:24,25 162:20
**counted** 76:7
**counting** 77:15 78:4
**country** 9:12 11:14 17:4
**counts** 137:16,19
**couple** 93:16 94:2
**course** 6:20 58:9 83:22 97:25 100:9 109:4 126:8
  149:21 163:20 166:3 172:24 176:12
**court** 1:1,22 4:4 5:1,3,8 10:8,24 14:12 14:19 19:19
  27:24 53:15,17,19,21,23 72:5 93:8,12,14,21
  93:23,25 94:7,16,21 101:16 126:15 134:24
  135:2,4,13,16,18,20 138:13 145:5 176:7,9,20
  176:25 177:6,11,16,24,25 178:8
**Courthouse** 1:23
**courtroom** 5:2 53:22 93:11,24 135:3,17 176:19
**cousin** 18:5 21:14,17 22:20 29:8 37:20 46:10
  49:12 50:5 64:8,15 69:12,17 84:3 95:20,24
  99:13 100:22 117:4,12 125:3,7 127:9,12
  130:22 132:10,11 133:22 146:8 148:1,3,5,15
  148:23 149:11,16 151:8,11,18 152:1 169:13
**cousins** 19:14,15,18,20,22 16:10,11 19:22
  20:8,18 21:22 25:6,8,10 29:1 35:7,16 81:11
  84:1,5 95:4,18,20 107:19,23,25 108:4,8
  117:24,25 118:5,7 119:10,14 126:9 128:1
  142:20,22 143:14,18 144:1,5,17,19,23 146:12
  150:23 169:21
**cousin's** 107:11 119:8,9 120:9
**covered** 148:23
**credit** 174:13
**criminal** 42:9 141:21 146:16,19,23 147:1
**cross-examination** 5:13,17 7:6,19
**Crystal** 74:19,25 75:11,12,19,25 76:3,18 77:16
  78:7 81:21
**CTI** 123:4
**customary** 176:16
**customer** 80:3

**D**

**D** 1:23 3:20 10:21 13:19 22:1 25:12 41:11 69:13
  75:5 77:11 83:13 88:5 142:25 143:4 145:8,10
  151:3 170:6
**daily** 104:24
**damaged** 114:5
**danger** 6:12 9:9 116:10
**Danilo** 160:23 165:3,7,16,20,22,25 166:1,18,19
  167:3,5,6,16,23 168:2 171:8,14 174:19 175:5
  175:7

**date** 19:4 42:4 55:8,12,15,19 126:19 139:12,14 146:12 178:7
**dates** 37:23 38:1 123:14,14
**daughter** 60:10,11
**David** 170:6
**day** 19:1,7 58:19 59:8 66:18 99:17 100:13 102:15 105:13,13 108:22 120:1,23,25 122:8 124:4,9,10,12,12 128:15 134:9 135:6,10 157:17 158:7 177:7,8
**days** 19:10,11 45:21 91:3 94:2 100:20 113:14 123:12 124:12 128:14 158:18
**daytime** 50:19
**de** 1:19 5:25 6:5
**DEA** 9:14,16 10:2
**dead** 120:19,20 157:9,10 161:12 162:22
**dealer** 45:22 72:16,23
**dealers** 129:1
**dealing** 75:18 80:17 120:9
**dealings** 39:3 174:8,9
**Dear** 140:17
**death** 151:20 156:7 160:16 161:24 166:16
**debt** 73:19,25 74:1 88:17 174:9
**debts** 66:13
**deceived** 112:24
**December** 16:15 19:6,9 37:13 42:5 98:13,13 126:20 153:8
**decide** 112:25 150:6 156:24
**decided** 19:14 123:3,7 149:13,15
**decision** 8:20 161:7,10,11,22 162:16
**decisions** 167:24
**defendant** 1:9,18 19:17 27:7 30:18,21 36:4 40:4 43:19,21 45:6,7,8,13 51:1 52:20 56:18,24 58:7,24 60:8,13 61:12,14,15 66:2,14 67:13 67:16,20,22 68:4,7,10 72:24 73:1,5 77:20,22 99:14 106:23 108:19,24 109:3,6 114:17,19 119:21,23 120:3 126:10 133:24 136:22,25 137:11 138:8 156:3 167:16
**defendant's** 84:15
**Defenses** 170:14
**del** 91:16
**delay** 105:25
**deliver** 78:18 79:20 81:13,21
**delivered** 76:18 77:9,16,23 81:19 82:7
**deliveries** 75:21,23
**delivering** 76:3 79:7 81:17
**delta** 13:19 22:1 41:12 69:13 75:5 83:13 88:5 145:9
**demeanor** 122:25
**dentist's** 101:16,18
**depend** 76:5 105:7
**depicted** 63:9
**deputy** 130:5 153:7
**describe** 41:19 46:18,18
**described** 114:22
**describing** 19:13,14
**description** 3:11 46:18
**Descriptions** 4:1
**detained** 156:8,21
**detecting** 9:3
**deteriorate** 151:18
**developed** 134:9
**device** 8:6
**diagonal** 75:1
**diary** 37:24 55:6,19
**Diaz** 1:19 8:1 72:4 94:7 110:12,15,20,23 111:1 111:14,22,22 112:2,12,17,18,22,23 113:2,3 114:19,20 150:8 177:2,13,20 178:2
**didn't** 7:14 25:3 28:18 29:25 37:25 46:15 70:11 77:1 78:4 82:19 91:7 98:23,24 99:5,9,15 100:4 101:21 102:1 108:5 110:6 111:21 132:4 132:8 144:18,22 148:5 152:12 160:11 167:20
**Diego's** 7:4,8 20:5 43:14 52:9 65:1 66:2 73:25 74:1 75:13 77:4,5 79:2,4 85:13 86:9 96:6 101:22 108:13 117:11,13 125:14 148:20 151:11 167:23
**different** 78:3 85:14 90:25 91:4,6,8,13,17 107:16 108:4,18 109:8,8,8 123:12,13 142:14 144:8 173:21
**differentiate** 79:24
**DiJIN** 128:21,22,24 175:9
**dinner** 167:4
**direct** 3:6 11:4 141:18
**direction** 18:20
**directly** 103:11 141:21
**director** 130:5,11,14 131:21 132:5
**director's** 130:24
**dirty** 10:1 110:22
**disappearance** 122:18
**disappeared** 132:9
**discharge** 20:6

**disclose** 7:22
**discotheque** 153:6,7,9,19,21 154:12,15 155:2,6 155:20 156:7,16,17,22,24 157:18,23
**discuss** 53:18 63:13 93:10 125:6 131:24 135:1 142:14 176:14
**discussed** 57:7,17 60:16,24 62:20 101:12 124:16 125:3 155:21 160:15 173:22 174:1
**discussing** 57:22 107:16 126:10
**discussion** 57:24,25 99:14 115:22 125:9 175:14
**discussions** 84:10 130:14 174:20 175:4,23
**dismiss** 137:13,19,24
**dismissal** 137:9
**dispute** 47:16,19 48:5 51:16,20 175:23 176:4
**distribute** 29:9 37:21 137:17
**distributing** 79:4
**distribution** 136:17
**distributor** 29:24
**District** 1:1,1,11 141:21
**divert** 123:9
**DIVISION** 1:2
**doctor** 135:11
**doctor's** 135:6,7
**document** 136:8 139:5 140:11,13 145:2,13,15 145:18,21,23 146:4,6,10,15,17,19,22,25 153:22
**documents** 138:10
**doesn't** 101:17 140:2
**dog** 10:1
**doing** 8:22 16:2 23:1,6 30:16 34:23 37:24,25 43:21,23 45:16 51:9,11 79:9 99:21 107:23 108:6,16 110:11 111:23 112:6 113:13 115:17 119:9 157:22 166:16
**dollars** 26:4 82:10
**Don** 17:24,25 18:5 36:9 57:24 63:18 64:1 90:5 99:11 100:14,16 101:2 102:2,3,16 122:1
**don't** 30:1,15 36:24 53:18 65:13 80:19,20 93:10 94:5,5,8 95:7 112:3 116:14,19 117:17 125:21 126:13 130:4 135:1 136:7 137:15 141:25 142:8 144:2,16 145:25 150:12 154:6,8 163:18 164:20 171:3 172:3 175:12 176:14
**Dorada** 41:8,10,12,21 163:15
**Doralid** 21:20
**Dos** 9:23,24 118:20,21,25 119:1,3,9,14 120:2,5 120:7,13,19 121:5,9,11,12,23,24 122:4,11,12 122:18,22 124:14,20,22,24,24 125:6,12,22,25 147:23
**doubts** 8:23
**Dr** 168:13,20,22 171:4
**drifted** 100:20
**drinking** 109:18
**drug** 15:21 16:12 17:25 18:2,6 22:12 29:12,14 29:16,19 39:4 42:12 45:22 46:8,10 51:14,15 52:6 66:13 67:2,9 68:19 72:16,23 75:18 80:17 82:1 83:4 85:9,10,11 116:5 129:1 174:8 176:6
**drugs** 17:5,5 18:3 23:14,15,22 34:17,19,22,23 38:20 39:5 67:2 68:13 76:10 78:17 79:5,13,15 79:20,20,21 82:2 111:5,24 112:11,20
**due** 116:10 161:23
**Dulcey** 23:9,20 112:14 114:5
**duplicate** 113:16
**duties** 22:6

**E**

**E** 72:8 74:7 75:2 85:16 88:20 97:3 131:4 172:12 178:3,3
**earlier** 103:15 107:17 172:6
**early** 45:21 58:19 91:3 94:2 158:4
**earned** 26:4 81:25
**easiest** 177:14
**easy** 65:6
**eat** 164:16,21
**echo** 72:8 74:7 75:2 85:16 88:20 97:3 131:5 172:12
**Eduardo** 49:13
**either** 35:7 44:15 65:15 80:8 98:20 122:2
**El** 47:20 49:15 52:8 153:6,18,19 154:12 155:2 155:15,19 158:7
**elevator** 94:5
**Eliud** 21:5,6,7
**Elkin** 21:9
**ELN** 51:22
**Email** 1:25 178:10
**empty** 32:5,13
**emptying** 32:8,10
**encompasses** 41:9
**encounter** 168:2
**encountered** 106:11
**encounters** 93:17
**enforcement** 6:10,15,16 7:15 8:21 9:7,12 10:4

**140:22 165:8**
**enforcer** 47:2,3
**engage** 61:25 132:24
**English** 21:11 136:5,7
**entail** 19:24 22:11
**entered** 140:13
**entering** 84:10
**enters** 136:22
**entire** 8:25 16:13 162:14
**entrance** 155:6 156:6
**entry** 63:12 85:24,25
**errand** 103:7
**escape** 130:1,2,3,7,11,19,23 133:1,15
**escaped** 133:14
**ESN** 119:17
**Espinel** 34:10,11 35:11 164:2,7
**ESQ** 1:19
**essentially** 101:6 138:18 145:2
**estate** 16:25 17:4 43:10 50:6 54:13,22 90:25
**estates** 109:8
**Eugenio** 6:4,8,18 7:5 9:24 13:8,21 14:5,7 21:25 22:5,7,20 21:5,11,13,18 29:8,23 30:3,18 35:7 35:16 37:20 63:20 69:6 75:15 79:14 81:4 82:13 83:12,16,18 87:6 96:22 97:13 108:13 116:17 124:23 142:23 143:10,14 148:3,15,23 148:25 149:11,16,24
**Eugenio's** 7:1 82:20
**evade** 55:15,19
**evaded** 53:13
**evening** 157:17
**event** 7:24 55:16 151:17 153:1,5 162:22
**events** 152:14
**eventually** 42:6 90:18 102:8 128:13
**everybody** 60:24 101:18 134:10 147:1 176:23
**evidence** 3:10 9:19 11:1,20 36:22 72:6 131:4 136:1 138:11 152:18
**exact** 55:15,19
**exactly** 9:8 55:22 80:20 117:17 129:19 131:1 139:11 142:7
**examination** 3:4,6 5:10 11:4 101:17
**example** 22:12 79:18
**exception** 141:22
**excuse** 11:17 21:11 32:7 55:13,13 63:15 77:1,21 80:10 96:3 108:12 119:2 128:15 139:20 152:12 160:6
**excused** 10:8,9 135:4,12
**execute** 53:10 58:25 113:2
**executed** 60:9,11 125:2 156:25
**exhibit** 3:20,21,22 36:21 37:1 71:19,20 72:6 75:4 145:10 153:24
**exhibits** 3:19 11:2,14,15,17,18 10:11,13,16,19 10:22,25
**existence** 7:11 47:18
**experiment** 103:22
**explain** 50:25 64:19 79:12 100:7 125:16 143:24 146:19,22,25 156:5 162:10,12,15 166:19
**explained** 50:8 57:5 99:8,11,16,23 113:1 124:13 162:17 166:15
**explaining** 143:24
**explanation** 50:12 52:16,19 106:17,23 161:1
**extended** 166:6
**extort** 113:15,25 114:1
**extortion** 113:13
**extradited** 42:7 134:14

**F**

**F** 3:16,19 10:18,19,25 16:16 43:1 56:11 63:5 70:2 74:20,23 89:8 94:23 169:14 175:17 178:3
**Fabio** 106:10 114:4
**facade** 70:23
**face** 51:19 52:2,4 134:16 166:9
**fact** 6:8 7:16 10:3 51:25 57:12,22 64:15 97:21 100:22 102:25 116:12,12 124:14 146:22,25 148:15,18 149:4,17,18,20,24
**facts** 100:11
**failed** 54:20 143:25
**fair** 90:18 152:10
**falling** 100:19 103:2
**false** 127:10,12,15,20 128:2,4 141:3,23 142:9
**falsely** 141:4
**familiar** 86:4,21 95:10 108:3
**family** 6:12 7:24 8:25 19:21 61:4 62:9 71:6,16 72:25 114:3 115:16,17 118:7 143:18 149:3 151:2 161:14 162:1,24 167:14,25 177:9
**family's** 9:9
**family-type** 61:3
**far** 15:6
**farm** 87:13,18,19 102:16 103:25,25 104:3,10,14

104:19,22,23 105:1,14,18,22,23 106:1,14,16
106:18 121:7 168:12 171:4
**farms** 108:14 121:10
**favor** 166:17
**Fax** 1:25 178:9
**FBI** 5:18,20 8:1,3,5 9:10,12
**fearful** 61:5
**February** 147:14 162:9
**feel** 94:8 101:18 103:4
**feelings** 7:1,4
**feels** 94:11
**Felipe** 3:5 11:2,9 14:16,22,23 127:18,19,20,23
127:25 128:16,17,20 136:21 140:21
**fell** 132:4
**female** 30:13
**Ferguson** 1:23
**Fernandez** 115:13
**field** 86:3,4,11 97:9
**figured** 128:16
**filed** 122:18
**financial** 107:22
**finca** 87:21,22 88:2 106:7,8
**fincas** 90:25 91:4,6,8,13,15,17 109:9 119:25
**find** 29:12,23 30:4,19 79:14 119:17
**fine** 176:23
**finish** 15:24
**finished** 15:10
**first** 15:17 16:24 17:19 18:5,25 21:10 24:6,21
25:24 26:6,12,17 31:8 37:18 39:15,18,20,22
43:7,8 46:9 47:10,18 54:3 69:4 71:15,16
74:12 81:19 89:25 90:3,10,23 93:4 105:21
118:9 120:21 124:1 146:7,11 147:25 151:17
165:20,23,24
**fishing** 32:22,24,25
**Fito** 34:25 35:14,15 164:7
**fix** 33:23 137:2 173:25
**fix** 116:2
**FL** 1:16,20,24 178:9
**Flaco** 92:23 156:1,2 158:22 159:14 164:1
**flights** 23:17,19 45:16
**flipped** 8:14
**floor** 75:16
**Florida** 1:1,6 141:22
**focus** 41:2,12 70:3 85:1,18 88:25 104:7,15
152:20 163:9
**folks** 57:17 127:7 164:13 165:20 166:2
**follow** 140:2
**following** 94:7 100:15 128:15 136:23 158:7
**follows** 141:1
**Fomenque** 71:12 72:2
**Fomenque's** 72:15
**football** 86:11
**force** 110:16 111:10 165:9 175:10
**forces** 175:7
**foregoing** 178:4
**Forgive** 14:25 96:13
**forgot** 37:8
**forgotten** 142:7 176:20
**form** 82:5
**former** 111:2
**forth** 140:20
**forward** 60:1 77:17 126:17 133:16
**found** 30:10 62:24 120:23 122:20,24 128:14
130:16 144:5,19
**four** 12:10,11 13:2,3 24:2,10,23,23 28:5
**foxtrot** 16:17 43:2 56:12 63:6 70:2 74:20 89:8
94:24 175:18
**frame** 37:15 67:4
**free** 6:9,11
**freely** 101:9
**freight** 37:38:13,25 39:1 103:19
**frequent** 43:13 104:24
**frequently** 14:8,14 19:1 43:11,19 44:6 45:11
73:5 104:22 108:21,22 109:3 110:2 119:7
**friend** 30:13,13 114:4 175:8
**friendly** 173:17
**friends** 14:21 47:12 97:21 114:3 121:19 151:12
151:15
**friendship** 66:5 152:4
**full** 14:15 23:22
**fully** 138:8
**full-fledged** 163:1
**further** 48:19 153:11 161:24 163:18,19

**G**

**G** 89:13 172:25
**Gables** 1:20
**Gabriel** 168:19
**games** 120:15

**gang** 68:12
**garage** 62:25 63:3
**Garcia** 1:8 18:19,24 19:2,15 52:24 55:1 59:22
62:19 63:1 97:13 102:16 123:1 151:22
**Garcia's** 103:24,25 104:3,10,19 105:1,14,18
**Garcia's** 104:22
**Garrapatas** 5:25 6:5
**gasoline** 127:3,7 128:7
**gate** 63:12 85:24,25 97:9
**gathered** 23:13
**general** 32:3 82:16 104:10,19
**generals** 175:10
**Gentil** 122:12,21
**Gentil's** 122:21
**gentlemen** 5:4 53:17 93:9 94:1 134:25 176:9,25
**geographical** 46:21
**Georgia** 147:17
**Georgina** 12:17
**German** 125:19
**getting** 51:8 52:4
**Gildardo** 131:9
**Giraldo** 69:21 71:3
**girl** 13:4
**give** 7:17 9:24 44:11 52:13 53:15 58:5,6,17
59:24 60:3 68:4,7 73:12 98:6 106:17 111:8
114:9 142:9 166:22 167:5,9,18
**given** 52:23,25 73:24 98:3,10 99:1 100:2 102:15
112:12,20 125:20 148:7,10,12 167:22 174:11
**gives** 176:23
**giving** 37:23 38:1 50:11 52:16,19 55:8 66:11,19
67:21 111:12 121:24 141:23
**Giyo** 91:25 92:8 159:7
**Giyos** 14:16 153:8 154:18 155:1,4,25 156:5
158:22 159:4,18 164:1 166:8 169:12
**glad** 5:5
**go** 14:24 15:4,6 17:21 22:13,14 23:15 32:17,20
32:25 33:19 42:13 43:12 44:6,8 48:9,11,13
50:5 52:14 53:5,9,10 54:18,20 56:24 58:24
59:2,4,14 65:10 66:13,19 67:9 69:22 72:24
77:8,11 84:19 87:14 94:17 99:17 104:22
105:2,21 106:7,11 109:11,17 119:24 122:14
129:8 132:4 133:16 134:13,17 139:7 153:9,11
158:6 161:4 162:25 163:2,4,5,23,25 164:10
166:13,18 167:1,22 177:8,21
**Gogo** 69:6,21 78:23 79:9,14 81:4
**Gogo's** 79:2
**going** 10:6 17:19,20,24 18:5 28:19 29:22 43:11
55:21 57:16 58:3 73:15 79:19 82:3 98:5,14
99:12,17,19 100:1,3,14 101:7 103:3 104:16
105:25 111:18 112:4 114:6 121:22 123:14
124:17 126:12 131:16,16,19,23 133:22 138:4
140:8 142:8 153:9 154:9 157:18 160:20
161:15,17,23 165:24 166:5 167:18,23
**Gomez** 173:4 174:8
**Gonzalez** 160:23 165:3,7,17,21,22,25 166:1,19
167:5,7,17 171:8,14 174:19 175:5,7
**good** 5:4 11:6,7 30:2 128:4 175:8 176:18
**Gordon** 89:13
**gotten** 64:15 149:19
**governing** 140:25
**government** 1:13 3:12,14,15,17,18,20,21,22
10:13,16,19,22,25 71:20 72:6 96:15 121:25
124:25 125:13 138:21 143:12 145:10 153:24
174:5
**GOVERNMENT'S** 5:9 11:2
**Grajales** 95:8,11,14,16,17,17,21,24,25 96:24
97:11,16 98:3 99:18,19,22 100:6 169:20,22
**Grajales's** 97:22
**grand** 86:7 138:12
**greeted** 166:8
**ground** 75:16
**group** 36:8 40:8 68:3 73:14,15 90:16 92:15
130:18 131:16 159:9,19 160:8
**grow** 11:16,18
**growing** 14:8
**Guaca** 121:4 133:5
**Guacamayo** 36:8,18 39:21 40:9 89:24 90:1,10
90:18,23 91:2,4,5,8,11 97:14,18,21,23 102:20
106:9 121:12 122:2,7,24 125:22 126:3,10
133:11,19 158:23 159:24 164:2 166:8 171:3,3
**Guacamayo's** 90:6 133:12
**guarded** 133:21
**guilt** 136:11 145:16 146:3
**guilty** 42:14,15 134:18,19,20 135:25 136:16,25
137:6 139:2,14 145:1
**Gustavo** 129:18 130:6,9,10 132:25
**guys** 50:14 122:22 156:6

**H**

**H** 3:14,18 10:15,16,25 80:5
**half** 26:23 111:8,19
**half-hour** 88:4
**hallways** 94:4
**hand** 80:25 166:7,7
**handed** 81:2 100:6
**Handing** 145:7
**handle** 87:6 165:9
**hands** 126:16
**hang** 97:24
**hangar** 44:5
**happen** 6:22 7:17 10:6 45:11 58:7 62:23 66:24
85:8 86:24 87:5 94:3 138:23
**happened** 36:2 39:10 50:7 52:12 59:7,24 60:3
63:14,17 67:14 71:1 98:25 99:8,15 100:16
106:24 112:10 113:3 114:2 124:22 132:3,7
155:4,4 166:20
**happy** 177:11
**hatred** 7:2
**head** 18:18 46:13 56:10 68:3,12 84:13 160:3,8
170:4 175:8
**heading** 104:13
**headphones** 8:10
**headquarters** 113:21 114:7 128:9
**heads** 168:7
**hear** 14:25 158:2
**heard** 9:14 59:6 66:18 99:24 100:16 101:21
130:20 158:8
**hearing** 176:12,16
**heavily** 133:21
**Hello** 166:7
**help** 29:9,23 30:4 76:2 79:25 103:3,6,23 107:22
110:22 111:4,9 122:1 130:7,11
**helped** 37:20 130:3 152:15 153:2
**helping** 23:3 30:18 51:22 77:20,22 111:24 112:4
118:1,7 166:17
**Henao** 45:25 46:6,10,21,24,25 47:1 52:8 55:23
56:4,6 58:4 61:5,7,17,24 62:1,7,18 64:14,21
64:25
**Henao's** 46:7,19 55:17 56:8 57:13 58:22 60:2
62:8 64:16 65:7
**Henry** 52:8
**hereinafter** 136:22
**Hernandez** 115:10,11,13,14,14
**Hernando** 173:4 174:8
**hesitant** 7:22
**he's** 19:15 118:11 120:20 132:15,16 135:4
157:10 177:5,9,17
**hidden** 28:12 149:17
**hide** 39:5 149:4
**hiding** 60:23 149:19
**high** 15:7,8,10,22,24,25 16:9 32:23
**highlight** 48:20 49:8
**highly** 56:7 58:4
**highway** 48:11
**high-level** 56:22
**Hilda** 12:4
**Hilvert** 95:5 170:3
**hit** 66:9 84:17 90:4,16 92:15 93:3 97:25 108:15
116:18 159:9 160:8
**hold** 80:16 94:22 160:21 162:8
**holding** 128:21
**Holguines** 86:19
**Holquines** 86:22
**Honda** 128:11
**Honor** 10:10 14:10 19:18 42:25 93:6 94:15,18
136:11 177:23
**HONORABLE** 1:11
**Hopefully** 101:17
**hoping** 138:22 139:16
**horse** 121:7,8
**hospital** 131:20
**hour** 106:4,6
**hours** 50:1 54:18 58:19 135:7 158:4 163:16
**house** 85:6,7,8 87:18 122:13,14,16,21,21 156:8
**housed** 132:22
**huge** 146:18
**hung** 97:20,23
**husband** 21:14 30:20
**hydrocarbon** 127:6

**I**

**identification** 3:10 4:15 10:13,16,20,22 71:19,20
127:7,9,13,15 128:2,4,5 145:8,10 153:22,24
**identified** 100:5
**identify** 4:3
**identifying** 19:17
**Iguana** 169:12 175:22 176:4,5
**Iguana's** 169:19

**illegal** 146:6,11
**imagine** 7:17 10:5
**immediately** 5:21 6:24 152:11
**immunity** 141:18
**impact** 6:8,11 8:20 9:6 10:3,5 65:1
**implicate** 141:4
**import** 137:2
**important** 55:12,14,16,18,21,23 65:4 126:3,7 173:24,24
**importation** 136:17
**impossible** 133:19
**incident** 66:21 67:5 68:15,17 101:21 109:5
**include** 78:4 162:14
**included** 29:2 36:8 48:9
**includes** 41:9
**Including** 83:21
**increase** 152:10
**incriminate** 149:1
**independent** 176:11
**INDEX** 3:9,23,25
**indicate** 177:16
**indicated** 4:5 58:12
**Indicating** 13:25 60:22
**Indictment** 116:5,13,16 137:1,10
**individual** 9:4 23:9,11 29:12 34:15 39:2 56:7 71:4,5,17 79:4 83:3,18 96:14 103:8 106:12 110:16,25 111:2 118:4 129:17 167:8 171:1
**individuals** 8:13 67:24,25 78:15,17,20 79:19 84:10 156:21
**industry-standard** 4:5
**inept** 94:7
**Inez** 12:14
**infiltrated** 8:18
**influence** 175:7
**informant** 10:2 106:19,24 122:1 125:12 174:5
**information** 7:23 9:4 95:25 96:1 98:8 100:2 106:15,25 121:24 125:17,20 127:10 138:10 141:1,3,19 142:5,9,19 143:12,13,25 144:4,23
**informed** 174:5
**informer** 124:25
**initial** 19:21
**initially** 127:2 150:22
**INPEC** 129:19
**inside** 62:13,17 70:12 79:15 156:19
**instigate** 152:16
**instigating** 155:7
**instruct** 14:11 93:19
**instructed** 93:16
**instructions** 58:6,7 176:10
**intent** 137:17
**intention** 135:9
**intercept** 54:20
**interested** 162:17,21
**interpreter** 11:3 13:25 14:10,10,13 15:2 60:22 78:2,16 86:25 93:22 94:18,18 96:13 108:12
**interrogate** 124:24
**interrogated** 121:9,11,13 125:1
**interrogating** 121:5,14
**interrogation** 121:23 122:23 124:2 126:6
**interrupting** 11:23
**interview** 140:25 147:20,22
**interviewed** 11:21 147:25 148:14
**interviews** 138:12 140:14 141:20
**introduced** 23:11
**introducing** 39:4
**invest** 103:22
**investigation** 96:8,15,18,21 123:6,8,10 124:17
**investigator** 115:12
**investor** 34:15,25 35:1
**investors** 29:3 107:19
**involve** 29:11 68:17
**involved** 27:13 34:11 35:8 66:21 143:18 148:16 174:20
**involvement** 68:24 133:24 149:11
**in-law** 132:16
**issue** 50:7,2
**issued** 58:25
**issues** 94:12
**it's** 9:17 15:2,2 33:16 41:8 51:5 54:7 86:7 87:13 88:11 93:6,20 104:21 111:22 112:11 126:9 146:21 147:3 157:24 163:16,18,18 164:21 177:15,20
**Ivan** 16:23 17:20,24,25 18:6,6,11,16 43:6,18,22 44:11 45:3,10,13 46:14,16 50:8,22 52:5,25 53:3,7,8 55:1 56:16,18,19,20,23,24 57:9,13 57:24 58:2,6 59:22 60:4,5 61:6,9,17,22 62:1,7 62:18 63:16,18 65:10,16,23 95:3,5,6,17 99:11 100:1,14,16,17,20,21,23,25 101:2 102:2,3 151:24 169:12,18,20,22 175:22
**Ivan's** 18:1,18 43:14 95:24 169:13

**J**

**J** 81:5
**jail** 6:1,6 65:10,16,23 100:24,25 101:2,4,9 129:2 129:4,9,12,12,25 130:4,7,18 131:13,21,22,25 132:1,8 133:1,14 156:18,19
**jailhouse** 156:8
**Jaime** 92:8,9 155:1 159:7
**Jairo** 91:25 92:9 118:20 155:1 159:3
**Jairo's** 92:8
**James** 69:21 71:3
**Jamundi** 102:16 104:4,7
**January** 157:12 162:9
**Jaramillo** 12:4
**Jardin** 85:6
**Jerson** 92:22,22,23 93:4 155:25 156:1,2 158:22 159:14 164:1 166:8 169:12
**Jhon** 91:25 92:8,9 118:20 155:1 159:3
**job** 19:24 21:22 77:25 78:4 90:3 103:8 119:12 126:3,9
**jobs** 66:11
**John** 1:19 81:6
**Jorge** 95:5 169:12,18 175:22
**Jr** 1:23
**Juan** 8:9 13:8,18 14:3 25:11,17,18 35:7,17 59:21 60:19 61:2 63:20 69:6,12 71:13 72:11 72:21 74:11,14 75:15 76:19 77:9 78:14 84:3,4 84:8,9 89:19 96:22 97:12 116:17 126:24 127:9,12 130:22,25 131:2,12 133:23 155:25 168:25 169:3,8 172:16
**Juanpi** 39:3
**Judge** 1:11 42:24,25 135:12 136:11 139:23,24 140:1,2 142:1,11 143:23,25 144:3,11,14,22 145:17 177:2 178:2
**Julio** 106:10 172:1
**jungle** 32:19
**juror** 34:20 135:5
**jurors** 11:8 93:17
**jury** 1:10 5:1,2 53:15,19,21,22 79:12 93:11,15 93:23,24 126:15 135:3,16,17 138:12 176:19
**justice** 141:23 142:10

**K**

**Kalita** 27:23 28:1,4 29:17 37:14,19 110:18
**kept** 83:22 135:6,10
**kidnap** 71:15 72:24 73:8
**kidnapped** 73:24
**kidnapping** 71:4
**kill** 6:24 48:10 52:24 53:1,5,9 99:19,25 112:16 158:12 167:5,6,16,23
**killed** 7:2,16 9:5 10:1 49:24 58:3 61:10 73:21,22 98:17 99:13 113:4 114:10,11,17,20 124:15 125:25 151:21 155:6 156:6 157:11,17,19,25 158:5,8,11,11 161:2
**killing** 58:8 151:25 155:8
**killings** 156:16,22
**kilo** 25:21 26:5,14,25 28:16 30:17 35:5 39:22,23
**kilograms** 137:3
**kilos** 23:22 24:4 25:24,25 26:2,11,16,20,23 28:11 30:8 33:12,14 36:1,11 38:17 39:18,20 39:21 40:1,7 67:1 80:4 121:20
**kind** 29:19 61:5 86:11 100:20 102:17 174:7 177:6
**kingpin** 18:10 46:16 56:22 64:21
**kingpins** 162:15 172:17 173:5
**knew** 10:6 21:6 114:1 116:17,18 125:16 127:19 127:22 128:17,19 144:4 146:16,23 147:1 158:12
**know** 8:3 31:3 47:2 65:6 66:17 82:14,20 86:21 95:7,8 96:7 113:22 116:9,19 117:23 118:9 119:1,3 126:13 132:12,14 134:7 135:9 144:18 144:21 145:21,25 163:18 175:12
**knowledge** 8:20 10:3 133:23 134:4,6 148:20 149:10
**known** 9:14 35:14 45:22 86:4 92:23 118:11 122:3 127:18,24
**Kokorico** 80:21,23,24,25 81:3
**K-a-l-i-t-a** 27:25

**L**

**L** 69:18 78:24
**La** 41:8,9,12,21 129:10,11,12,14,15,22 131:1,3

131:11,12 163:15 174:6
**lab** 48:3,7 54:7 59:5,8 60:17
**laboratories** 20:9,12,19,22 44:12,13 84:7
**laboratory** 47:20 48:8
**labs** 20:20 21:15,21 74:13 77:4,5 84:6
**lack** 94:6
**ladies** 5:4 53:17 93:9 94:1 134:25 176:9
**land** 17:5
**landing** 43:25 44:2,4,7
**language** 136:5
**large** 28:10 38:16 78:7,12 81:13,17
**larger** 32:1
**largest** 33:13 39:15
**Las** 50:10 51:3,4,7,9
**lastly** 13:19 69:18
**late** 109:2
**laundering** 69:2 137:22
**law** 6:9,14,16 7:14 8:21 9:6,12 10:4 140:22 165:8
**lawyer** 141:7,25 150:2,3,4
**lawyers** 93:15 94:3
**lay** 60:25
**lead** 90:16
**leader** 90:10 167:11
**leaders** 162:5 168:3
**leading** 104:4
**leaked** 7:24
**learn** 6:21,22 45:21 47:15 59:9,11 98:25 121:2 122:16 161:4
**learned** 6:18 47:18 48:5 54:3,12 62:20 69:4 70:25 101:14 120:21 124:1 128:13 133:4 158:5,13
**leave** 50:4 74:5 115:25 161:12 162:22
**leaves** 93:11 135:3 176:19
**leaving** 157:18
**led** 84:17 90:4 111:13 144:1
**left** 6:25 7:3,17,20 40:22 72:18,19 74:5 86:1 92:19 142:24 143:2,7 151:7 154:21,25 155:16 163:25
**left-hand** 139:4
**legal** 96:6 141:9,25
**Leif** 115:10,11,13,14,24,25,25 117:18
**Leon** 1:19
**letter** 140:20 142:11,14 143:23 144:4,11,14 149:23 150:6
**let's** 69:7 70:3 93:23 94:14 104:15 109:2 126:16 126:17 130:2,6 139:7 173:24
**level** 111:4
**Leyner** 81:8,10,12,17
**lied** 112:24
**lieutenant** 90:19,21 111:1,3,6,16 112:1,4,15,19 153:7 155:19
**lieutenants** 102:22
**life** 9:8 16:13 64:20 146:20
**liked** 70:21
**likewise** 123:20
**Line** 3:11,11
**listen** 177:14,15
**listening** 8:10,12
**little** 26:2,10 31:1 48:19 55:4 109:15 146:10 151:13,15 173:18 176:15
**live** 73:21 74:2 75:15 106:21,22
**lived** 75:14 84:9 89:7
**lives** 9:9
**living** 7:20,22 40:11 42:2 114:23 115:15 117:13 117:19
**load** 25:24,25 26:6,12,17 27:12,16,17 28:15 29:3 33:11,13 35:20,22,25 36:2,2,12 37:12,20 39:10,18,19,20,22,24,25 40:2,4 66:25 67:10 67:25 68:1,3 72:13 88:17 103:23 112:9
**loaded** 32:1
**loads** 24:3,11,23 25:1,3,6,10,19,21 26:19,25 27:5,7 28:3,10,14,21 29:1,3,6 31:5 33:8,15,20 33:20 34:11 35:2,5,8,17,20 36:4 37:8,10,14 37:17 38:16 39:7,14 111:9,18,18
**Loaiza** 52:8
**located** 17:15 41:6 51:7 67:24 74:25 85:6,25 87:13,18 88:2 91:15 104:3,11,14,20,21
**location** 61:16 63:9,16 70:16,22 71:4 85:5,21 86:10 87:3,12 88:8 99:19,21 112:12 142:19 143:13
**locations** 44:15 108:11
**lock-up** 177:5,21
**logistics** 133:3,13
**Londono** 91:25 92:8 155:1 159:3,7
**long** 16:11 20:16,18 22:20 49:25 54:17 61:25 113:14 119:1,3 129:6 134:11 141:16 146:4,13 146:17,18 176:24
**longer** 9:25 107:11 120:21 149:13,15 161:12,17 162:20

look 70:9,11,13 111:8 130:6 139:4
looked 70:22 122:19
Lorena 62:7
Los 121:19
lost 27:16,17 33:19 34:1 71:7 72:12 88:18
lot 7:2 46:25 51:14 63:12 69:24 70:7,9 74:16,24 111:3,17 167:24 172:3 175:7
low 60:25
loyalty 8:23
Lucho 95:16,17,20,24,25 96:23 97:10,16,21 98:3,6,17 99:18,19,22,25 100:3,6
Lucho's 98:4,7
Luigi 68:15 71:4,5,15 73:8,8,21 74:1
Luigi's 68:24 72:25
Luis 49:13,16,18,19 50:14 52:13 54:11,24 57:10 59:5,10,22 60:19 61:2 95:14 169:12
lunch 93:9 176:17,18
lunchbreak 93:7
Luncheon 93:13
luxurious 70:14
Luz 117:4,12

**M**

M 1:11 82:22
machines 76:8
Magdalena 40:23 41:6,8,16,20,23 125:10 126:22 158:20 160:13 163:10 164:8 168:12 171:2 172:21
major 32:10
making 26:14 34:16 64:20
Mamoncillo 36:9,24 37:2 39:21 40:9 102:20 106:9 121:4,12 122:3,7,24
man 39:3 46:25 65:4 90:4 93:3 97:25 175:11
map 48:1,16 104:12
Maraca 83:10 108:13,13
Maracana 85:24 86:5,10 97:2,9 99:1 120:15
Maraca's 83:11
Marbel 83:1,2 108:11
Maria 12:16,17
Mariquita 128:11
marked 3:10 10:13,16,19,22 71:20 145:10 153:24
married 21:17 62:7 132:15
Marshals 177:14
Marshal's 177:5,21
math 27:2
matter 101:12 122:6 124:4,20 125:3,7 178:5
matters 87:7 176:11
mean 9:1 26:8 33:18 57:21 61:13 79:22 144:16 162:11 167:2
means 23:10,15,20 101:2
measures 59:25 61:4 104:25
Medellin 41:3
MEDINA 1:22 178:7
Medio 40:23 41:6,8,17,20,23 125:10 126:22 158:20 160:13 163:10 164:8 168:12 171:2 172:21
meet 16:24 17:24 18:6 21:10 32:1,14 43:7 54:25 74:12 93:4 106:8 117:18 118:21 119:5 147:20
meeting 17:20 55:15,18,19 57:2,7 58:24 59:23 60:24 61:1,23,24 62:12,21,24 63:14,17,25 70:8 74:17 97:1 102:24 103:24 115:17 124:11 124:13,16,16 148:10,11 150:9,11 155:21,24 156:5 159:15,25 160:9,12,14,17,22,25 161:4 162:8,9,10,12,14,18,21 163:2 167:21 168:1,3 168:6,8 169:22,25 170:20,22 171:4,24 172:6 172:11,20,23 173:13,17,19 174:21 175:23
meetings 70:16 73:8 75:21 80:16,17 89:2 101:11 123:13
member 106:19 114:3 149:3 161:13,14,17,25 162:2,12,20,24
members 61:3 64:21 118:7 160:23 161:14 162:2 162:18,25
memory 123:18
men 48:9 66:9 84:17,17 90:16 92:15 108:15 116:18 156:8 159:9 160:8
mentioned 38:13 94:2 171:3 172:6,20
mentioning 173:8
merchandise 176:5
merchant 26:17
message 132:25 162:19 172:8
messages 22:13
messenger 160:21
met 23:9,12 63:13 74:13 82:18 89:25 90:3,10 118:22 119:4,25 158:16,18 163:13
method 24:1,11 103:18
methods 24:17
Mexican 34:16 82:11 84:11

Mexico 33:1,6,9 34:12,19,22,23 35:2,18 36:5 37:9,10 38:20 44:16,17,19 81:19 82:1,2,7 84:9
Miami 1:2,6,16,24,24 23:11,25 24:10 28:9,20,22 38:5,11,23,24 39:6,8 42:9 68:18 103:13,17 117:22 118:1 134:14 135:23,24 150:22 178:8 178:9
Michael 1:14 82:22
michael.davis2@usdoj.gov 1:16
microphone 94:21,22
microphones 177:18 178:1
mid 109:2
middle 14:2 37:3 86:2
mid-January 160:19
mid-2003 168:10
Miguel 157:8,19,25 158:2,5,8 161:1,11,23 162:16,22 172:7 173:25 174:4,12,13
Miguelito 157:8
Miguel's 160:16 166:16
Mil 9:23,24 118:20,21,25 119:1,3,9,14 120:2,5,7 120:13,19 121:5,9,11,12,24,24 122:4,11,18 124:15,20,22,24,24 125:6,12,22,25 147:23
Milan 16:25 17:1,2,3,15,19 18:25 43:10,11,18 43:25 44:6,15,23,24 45:1,1 50:6,13,15,17,21 52:17,22 53:2 54:8,13,14,22 57:3,8,18 59:14 59:19 60:7 65:24 66:12 67:12,17,21 68:9,10 90:25 120:13
million 7:7 68:21,22,23 71:11 76:6 81:24 132:6 174:9
Mil's 122:12,22
mind 151:17
mine 30:13,13 39:16 48:7 114:4
mine's 21:14
minutes 36:19 48:2 53:18 54:9 88:4
missing 68:2
Mission 153:8,19 155:20 156:24
mistake 149:17
moment 24:22 60:1 70:1 121:11 150:8 157:3 162:23 167:4 171:9
moments 30:3 99:5
Monday 176:15,21 177:4,20
money 7:13 22:15 25:5 34:18 36:12 51:23 52:1 66:19,23,24 67:9 68:18,19,20 69:1,2 71:6,12 72:12 75:21,23 76:2,3,7,9,10,18,23 77:20,22 78:4,8,12,18 81:13,18,19,20,25 82:7,8,9 83:3 83:21 91:18 117:17 123:8 129:21 137:22
monies 117:24
monitored 122:19
month 41:22 98:12 160:17
months 42:23 129:7 140:7
Montoya 5:23 9:24 13:8,8,8,12,15,18,21 14:1,3 14:5,7,20 17:21 21:15 22:5 25:11,13,17 45:20 48:7 55:1 57:10 59:1,21,22 60:4,6,11 61:19,17 62:18,25 63:20 64:8 65:25 66:6,8,10,11 68:13 69:12,17 70:17 83:12,17,18,20 84:3,12,14,18 88:16 90:9 96:22 97:12,13,13 101:1 117:4 126:24 127:18,20,23,25 128:17,20 142:23,23 143:8,10 151:8,24 152:7 153:2 155:7 159:8 159:17 160:2 161:21 165:16 168:24 169:8 170:2
Montoyas 16:10 83:11 92:9,12,14,25 107:1,3 126:2
Montoya's 80:16 83:16 84:4,15 88:13 100:15
morning 5:4,6 11:6,7 53:15 58:19 103:15 135:10 158:4 176:15,16,21
mother 8:24 12:11,16 117:11,13,19,19
mother's 12:3 95:6,8
mountain 104:13
mouth 47:8
move 23:3 40:17,22 41:22 64:24 94:11 126:12
moved 40:13 60:10 150:19 166:14
moving 71:8
multiple 110:7
murder 54:1,19 56:5,17,24 57:14 58:11 59:14 64:2 65:8,12 95:20,23 97:16 98:3,21 99:17,22 100:22 110:11,14,20,24 111:13 122:3 147:23 148:9,16,21 158:14,16 162:16 166:5 172:7 173:25 174:11,13
murdered 58:23 64:16 66:1 67:25 68:12 96:24 97:11 98:7,20 120:23,24,25 121:1,2,3 125:22 174:6
murdering 58:18 64:16
murders 107:2,6 110:10 156:14

**N**

N 34:5 164:3
name 11:8 12:3 14:15 21:6,19 23:9 30:14 39:3 49:11 63:3 74:18 80:18,21 95:6,8,11 99:20 103:8 111:1 118:9 122:11 127:21,22 129:17

130:5 154:3,5,6 164:18,20 172:21
named 12:16 68:15 103:9 105:11 110:12 113:10 132:10,12
names 12:13 13:7 36:25 78:20 95:4 119:17
Naranjo 175:8
narcotics 113:8
narco-guerrillas 51:22
narco-traffickers 129:1
narco-trafficking 134:16
Narino 31:10
nature 151:11 175:4,14
Navarette 132:10,12 133:14,20 134:3
near 164:7 170:22,22
Nearby 42:3
necessary 59:25 85:13
need 128:2 134:23
needed 8:6 79:24 125:1 130:22 133:2 166:10
needs 93:19
neglected 94:1
Neil 34:6
never 115:24 120:14 127:20 132:8
New 29:9,12,22 30:4,10,19,22 37:21 80:4
news 59:6,9,11 101:6
nice 70:11,19,21 176:24
nickname 14:17 21:8 35:12 63:3 95:15 131:10 154:7
night 51:14 57:18 58:8 99:25 100:3,12 120:25 124:2 154:15 155:5 157:18,19,25
nighttime 50:19,20
Nodded 134:1
noon 177:17,17
north 1:24 16:25 17:11 44:25 46:13,23 48:19 56:8,10,20,22 64:22,23 65:4,4 150:14 157:15 160:23 161:13,17 162:1,5,12,18,20 163:17,18 163:19 165:12 168:3,7 172:17 173:5 178:8
note 101:19
notebook 123:14
notice 66:1,4,7
noticed 165:23,25 166:1
number 8:3 85:10 166:22
numbers 79:7,17,18,19,22,25 80:25 81:2 113:17,17 119:17
N.E 1:15

**O**

O 36:14 89:20 133:6 159:20
objection 10:11 72:4
obstruction 141:23 142:10
obtained 77:2
occasion 80:1 102:15 111:6
occasions 107:6
occurred 153:1
occurrence 113:7
ocean 31:25 32:5 35:2
Octavio 65:25
October 41:24
offended 94:9
offer 72:3 103:20 131:23 143:13
offered 7:7 144:15
office 1:15 61:19,21 63:1 70:12 86:1,20 88:11 88:12,16 101:16,18 119:8,9 120:9 122:14,15 123:4 138:9,11 139:19,23 140:22,23 142:1 145:22 146:2 149:23
officer 53:19 111:2 113:10 114:10 135:2
officers 24:8 111:11,24
offices 80:16 87:6
Official 1:22 178:8
oh 11:15 14:14 78:2 98:13,13
okay 12:11 16:19 25:8 26:16 31:4 32:17 39:20 63:13 93:20 99:11 111:12 124:11 132:16 163:6,19
old 11:10 15:8
oldest 13:22
Omar 18:19,24 19:2,15 36:9 52:23 55:1 59:22 62:18 63:1 90:5,17 97:13 123:1 151:22
omission 141:4
once 31:2 32:13,24 34:19,22 38:20 73:7 74:1 77:2,5,8 82:2 84:7 93:14 114:2 124:14 128:19 129:23
ones 173:24
one's 8:25
open 31:25 161:16
operate 20:8 111:17
operating 20:18,21 46:21
operation 24:7 25:5 53:10 70:17,22 73:6 79:2 85:9,14
operational 85:10 159:18 160:3
operations 75:17 87:24
operative 159:18

**Ophelia** 12:14
**opportunity** 80:3
**order** 7:16 23:13 48:8 49:19 56:17 57:14 58:11
  67:2,7 71:6 72:24 73:16 76:21 79:20,23 80:3
  85:15 95:23 96:23 97:10 98:3,10 106:13
  107:2 110:20,23 111:5,13 112:20 114:9 125:1
  148:8,9,10,11 156:25 160:21 162:15 167:5,6
  167:9,18,22 177:6
**ordered** 7:2 95:20 100:22 107:6 110:10,14
**ordering** 110:11 174:13
**orders** 58:25 66:19 67:11 73:24 90:17 94:8
  97:15,16,19 99:22 100:15 151:23 167:21
  174:11
**organization** 5:15,23 6:3,25 7:3,10,20 8:8,15,16
  55:17 56:7 64:21 66:9 70:18 75:18,22,24
  80:18 83:17,20 84:5,6,7,13,16,18 85:11,13
  86:9,9,22 90:4 93:3 96:11,20 102:11,14 103:5
  107:12,12,13,15,20 116:8,15 126:7 152:7,8
  155:7 159:8,17 160:2,7 161:15 162:2,25
  167:11,14
**Organizations** 153:3
**organization's** 80:16 87:7
**organizing** 22:23 25:3 40:10
**Orlando** 45:25 46:6,7,10,19,21,24,25 47:1 55:16
  55:23 56:4,6,8 57:13 58:4,22 60:1 61:5,7,17
  61:24 62:1,8,18 64:1,14,16,25 65:7
**Oscar** 1:8 36:14 89:20 133:7 159:20
**outline** 146:6
**outlined** 146:10,15
**outright** 162:3
**outside** 62:14 70:13,23 94:4 101:6 104:4 106:11
  106:16,18 133:2
**owed** 52:1 66:20,23
**owned** 25:10,22,25 26:11,21 39:20 74:18
  121:20 154:12 155:2
**owner** 153:21

**P**

**P** 11:21
**Pablo** 83:10,11 108:13 110:12,14,20,23 111:1
  111:14 112:2,12,17,18,22,23 113:2,3 114:19
  114:20
**Pabon** 65:25
**Pachuga** 82:18
**Pacific** 31:15,17,18,23 33:8 36:5
**page** 3:2,11,11,23 4:1 138:4 139:7 140:8
**pages** 146:5
**paid** 51:23 132:5,6,7
**papers** 127:20,21
**paragraph** 137:8,8 138:4,7,18 140:16 141:16
**paramilitaries** 170:18
**Pardon** 13:23
**parking** 62:4 63:3,12 69:24 70:7,9,12 74:24
**Parra** 168:13,19,20,22
**part** 24:7 41:20 66:8 68:1 77:25 90:4 138:1,15
  140:14 142:2 143:18 160:3 165:9
**participate** 155:21
**participated** 156:22
**participation** 148:3
**particular** 45:1 82:17 143:19 153:1 164:25
  165:14 167:8
**particularly** 70:11
**parties** 120:13 176:13
**partner** 112:2 165:15
**partners** 43:17
**party** 51:13
**passenger** 23:19,23 24:15,17,21,23,24
**passengers** 23:17
**passing** 9:4 96:1
**paste** 76:10,21,24 77:2,5,6 88:1
**Pastuosos** 121:19
**patch** 102:8
**Patino** 71:12 72:2,15,17 73:18
**Patino's** 73:15
**paved** 44:2,3
**pay** 51:24 110:22 112:3
**Payaso** 45:22,24 47:11,16,19 48:6,10,14,23
  49:20,23 50:2,7 51:2,3,11,17,22,25 52:14,24
  53:1,5,9,11 54:1,18,20 56:17,24 58:3,8,11,18
  59:25 60:9,11 61:10 65:8,12 66:1 151:21,25
  152:3
**Payaso's** 46:24 56:5 59:14 64:1 151:20
**paying** 112:5
**payment** 82:5 88:17 129:21
**peace** 162:23
**Pedro** 132:10,12
**penthouse** 89:7
**people** 8:19 14:17 22:13,14 23:21 34:19,22,23
  37:1 40:8 51:13 52:3 57:2,14 70:24 72:12

73:14,16,17 77:22 79:14,16,21 82:14,17,18
  87:2 96:20 97:12 105:3,5,8 108:4,7,10,13
  116:9 120:1 121:19 123:4 126:25 127:19
  133:2 142:9 146:23 147:6 154:14,15,17,25
  156:7,13 167:2 169:25 171:6 172:3 173:11
  175:24
**people's** 109:10 119:17
**percent** 25:2,7,8,10,20 26:1,22 28:15 35:4,24
  62:11
**percentage** 25:1,6,18 26:21 29:1,5 35:3,22 36:7
  39:14,16 40:4
**Perez** 3:3 5:9,13 10:7 21:5,7 117:11
**period** 37:9 38:10,14 47:7,10 77:15 78:6,10
  81:15 107:5 108:1,6,23 109:22,24,25 110:2
  115:20 119:5
**perjury** 141:22
**permission** 56:25 57:13 167:16
**Perro** 153:6,18 154:12 155:2,9,15,19
**Perro's** 153:16 154:1
**person** 11:24 12:22 16:20 19:2,7 21:2 30:10,12
  30:21 34:9 35:10 36:19 39:4 43:5 68:24 71:24
  74:10 82:25 89:23 91:22 92:5 105:14 106:13
  106:14,15,17 112:13 113:22 114:17,19 115:7
  116:15 117:8 118:17 128:17,19 130:2 133:5
  151:21 153:15 154:1 159:25 168:20 169:17
  171:20,22 172:21 175:21
**personally** 114:13
**person's** 122:16
**Peru** 76:11,21,24 77:2 87:25
**pesos** 82:11
**Peter** 11:21
**petroleum** 127:3
**Peña** 172:1
**phone** 8:3 113:19,22 119:13 121:23 122:20
  124:18 177:3,12,13
**phones** 8:24 101:3 113:17,24,24 114:8 119:11
  119:16,18 120:10
**photo** 70:3
**photograph** 85:1
**photographs** 75:8 84:19
**pick** 32:20
**picking** 70:16
**Picota** 129:9,10,11,12,14,16,22,23 131:1,3
**picture** 72:17 74:4,5 80:14 85:18 92:20 175:21
**pictures** 63:19 69:7 80:8
**Pipa** 105:11,13,16,17,20 106:3,5,11
**Pipe** 14:20
**Piramides** 50:10 51:3,4,7,9
**Pirana** 81:8,10,12 82:5
**place** 23:23 50:10 51:2,4,5 55:3 62:12,14,17
  63:13 70:11,14 84:24 97:1 131:18 135:8
  152:14 160:12 164:21 170:22
**placed** 32:24 81:20 122:12
**places** 20:3 84:20 90:25 109:8
**Plaintiff** 1:5
**plan** 54:1 56:5 59:7 98:21 99:5,9,15 122:3 130:1
  130:2,3,15,20 131:12,20 132:3,24 133:1,12
  133:16,22,24 134:3,5,9 161:3
**plane** 24:15,16,19,21
**planes** 24:8,18,18,22,24 27:13 28:2,12,19
**planning** 103:8 105:18 163:23
**played** 112:23
**playing** 170:20
**plea** 136:13,15,19,20 145:1,16
**plead** 42:14 134:18 136:16,25 139:2
**pleaded** 134:19,20
**please** 5:3,8 11:8 12:19 13:10 17:12 27:24 31:3
  31:19 48:20 51:17 53:18,23 56:12 80:11 85:2
  93:10,25 94:8 99:25 100:18 102:23 123:23
  135:1,18 143:2 154:21 157:3 171:9 176:10,14
**pled** 42:15 135:25 137:6 139:14
**plow** 126:17
**point** 32:18 75:14 79:6 88:14 138:25 149:10
  176:7
**pointing** 19:13 33:6
**police** 24:7 70:24 85:15 96:1 98:8 110:16,22
  111:2,4,10,11,24 112:21 113:10,20,20 114:6
  114:10 127:3,3,7 122:22 128:5,7,9,12,25
  131:17,17,19 165:9 175:6,7,13
**Ponce** 1:19
**pools** 51:5
**Popayán** 104:5,21
**port** 32:11
**portion** 25:21 27:7 28:14 35:22 36:4 45:1
**ports** 31:10,24
**position** 46:19,24 56:8,20
**possess** 137:17
**possession** 73:13,16
**possibility** 130:10
**possible** 143:13 166:23

**possibly** 167:9
**potential** 57:22
**potentially** 62:9
**power** 65:1
**preceded** 152:15 168:1
**preceding** 152:11
**preparations** 60:1
**prepared** 145:21
**presence** 67:23 68:11
**present** 50:8,21 51:1 52:3,21 53:2 57:25 59:20
  60:15,18 62:12 63:20 67:13 72:25 78:6 81:2
  96:23 97:10,12 99:1 101:11 115:24 122:22
  148:10,11 155:24 156:3 158:21 159:15,25
  160:10,22,23 171:24 172:5,10,23
**pretty** 43:12 61:9 86:7
**previous** 140:19
**primary** 83:16 84:4,8 102:11,13
**prior** 19:8 23:3 107:5 108:18 110:14 122:2 125:3
  142:11 143:23 144:12
**prison** 133:23 134:3,11 147:16,19 150:18
**Prisons** 129:19,20 131:18
**private** 115:12
**Probably** 119:6,8
**problem** 48:24 51:2 54:4,12 57:7,15,16,23 58:2
  58:13 68:25 69:5,22 70:25 102:2,3,25 103:1
  105:21,23 106:1 116:3,4 122:10 130:25 174:4
  175:13 177:25
**problems** 167:24
**proceed** 5:7 94:14,15 135:19 138:5
**proceeded** 106:14
**proceeding** 138:13
**proceedings** 1:10 176:22 178:5
**proceeds** 68:19 82:1 83:4
**process** 44:12,13 76:20,21
**processed** 77:7,8
**processing** 15:21 74:14
**producing** 138:10
**profit** 25:21 26:8,25 28:16 35:5
**profited** 26:17
**profits** 118:8
**prominent** 114:22
**promised** 139:21
**promises** 139:19
**prompted** 95:23 110:20,23 113:12,15
**properties** 71:16 73:7,12,14,15,17
**property** 71:5
**proposal** 162:5 168:3
**propose** 130:6
**proposed** 130:17
**prosecution** 141:22
**prosecutor's** 122:14,15 123:4 124:17 149:23
**protect** 19:25 141:3 149:13,16
**protected** 133:14 148:25
**protecting** 143:20 171:1
**protection** 133:3 141:17
**provide** 80:4 106:15 127:9,10,15 133:2,13
  138:20 142:6,15
**provided** 67:8 72:25 141:1,19
**providing** 45:9,13 98:8 127:12 138:9 170:23
**provision** 138:17
**Puerta** 168:13,19,20,22
**Puerta's** 171:4
**Puerto** 41:10,12,21 42:3 128:9 163:14,15,21
**pull** 56:11
**purchase** 76:23
**pure** 157:24
**purpose** 44:10 59:23 61:1,23,24 120:7 134:15
  135:8 146:19,22,25 160:14,25
**Pursuant** 140:19
**put** 9:18 11:20 12:19 13:5,9,13 16:16 17:8 20:23
  27:8 31:11 33:2 34:5 40:19,24 41:11 46:1
  47:7,22 49:3 55:24 64:3,9 70:2 72:7 76:12
  80:11 84:21 86:12 87:8 92:1 94:23 104:6
  115:3 118:13 133:6 143:2 153:12 155:10
  163:6
**putting** 12:1 25:14 36:14,21 43:1 47:4 57:14
  63:5 71:18 74:20 75:2,4 78:24 80:5 81:5
  82:22 83:5,13,23 85:16 88:5,20 89:20 91:19
  92:16 97:3 111:13 116:20,25 117:5 131:4
  136:1 142:24 152:18 154:19 157:4 159:10,20
  164:3 165:4 168:14 169:1,14 170:6 171:10,17
  172:12,25 174:15 175:17 176:1
**p.m** 52:11 10:9,14,17,20,23 11:1 53:20,22
  71:21 72:6 145:11

**Q**

**question** 29:24 30:2 31:1 37:8 38:9 46:15 82:19
  91:7 96:14,16 108:5 144:9
**questioned** 147:23

questions 26:9 31:2 94:20
quickly 71:8
quite 77:1 91:12 108:22,25 115:2

**R**

R 116:25 178:3
Ramirez 71:13 72:11,21 74:11,14 76:19 77:9
  78:14 172:16
ran 43:22 121:4,7,11 165:7,13,17
range 104:13
Rasguno 160:22 172:21,23 173:4 174:8
reach 5:20 8:21
reached 5:18 133:5
reacted 52:10
reaction 52:9 53:8 58:22 60:2 101:22 130:12
read 136:5,7
reading 136:19 138:17 140:16 176:11
reads 137:8
real 127:21 128:4
realized 128:19 158:4
really 65:6 102:24 104:14 150:12
reason 9:24 93:15 95:23 98:6 124:14 127:24
  162:11
reasoning 100:4
Rebusque 99:20,20,25 100:2,12,13
Rebusque's 99:23 100:4
recall 36:24 117:17 122:7 130:4 154:6 160:18
receive 29:12 30:4,10,19 79:19 112:13,15
received 3:10 11:1 34:17 56:24 57:13 72:6
  105:17,20 106:2,23 112:20 125:17 138:25
  172:7
receiving 78:7,12 84:11
recess 53:15,20 93:12,13 135:1,15
recognize 11:24 12:22 16:20 21:2 63:9 71:24
  75:8 80:8,14 82:25 84:24 85:21 86:16 88:8,23
  89:11,16 91:22 92:5 115:7 117:8 118:17
  136:7 140:11 145:13 153:15 154:1 170:9
  171:20
recollection 18:13 38:2 55:9 65:17 77:14
  123:17 124:7 147:10
record 19:17,19 55:6,19
recorded 177:15
records 138:10
recover 67:2,9,10 71:6 73:19
recovered 68:2 73:25 74:1
recovering 87:23
red 131:11
redirect 3:4 5:10 10:7
reduce 139:23 140:1
reduced 139:17
reduction 138:24,25 139:21
refer 14:17 41:16 49:14 86:10
reference 150:8
referred 136:22 168:20
referring 36:19 107:9,16
reflects 19:19
regard 139:19
regarding 122:18 149:24
reinterviewed 149:5,7
relate 161:7
related 62:1 95:17 143:17 167:13
relating 161:22
relation 74:25
relationship 43:14,16 62:9 66:2 101:23 102:8
  151:11,18 152:4 165:16,19 169:19 176:13
relative 33:17 48:18 163:15
relatives 95:10 162:1
released 73:22
reluctance 9:6
reluctant 150:23
rely 107:22
remain 6:11 108:3 134:11
remaining 137:10
remember 5:13,17 7:6,19 8:1,9 9:10 30:15
  33:21 38:14 55:3,14 65:13 66:21 67:4 78:20
  80:19,20,21 95:4 96:2,4 110:5,11 125:19,21
  137:6,13,15,16,21 144:2,14,16,16 145:1
  147:13 150:11,12,13 154:7,8 164:20 169:25
  170:2 171:15,24 172:3 176:10
remind 14:15 25:18 42:4 43:5 49:11 54:3,12
  56:15 64:7 74:10,23 84:2 89:23 94:1 95:2
  116:23 135:23 174:18
reminded 176:21
renown 64:22
rephrase 96:16
replace 151:3
report 59:24 60:3,4,5,8 63:22 67:14,16,21,22
  68:5,8,10 72:25 73:12 90:21 98:1 100:11
  113:21 121:21 125:23

reported 1:21 100:10,13 124:23 133:19
reporter 1:22 27:24 178:8
Reporter's 3:7
reporting 73:5,11
reports 7:3,10
representatives 122:13,15 140:22
represented 83:4
reprisals 64:1
reputation 64:23
request 100:8
required 138:19,21
requires 141:12
rescue 130:18 131:16
research 176:11
resistance 131:23
resolve 42:13 134:17
resolved 135:22,23
respond 103:1
responding 102:17
response 98:4 99:23 100:8 111:20 112:7,25
  125:14 130:20,24 155:22 167:17
responsibility 83:16 84:4,8 145:17
responsible 34:16 39:4 79:4 83:3,18 84:10
  119:10
rest 138:17 170:3 172:3
restaurant 164:17,18,20,24 165:13,18,20
result 139:17 177:2
RESUMED 5:9
retire 5:14
retired 5:20,23 6:3 7:10
retiring 5:21
return 93:10 138:22
returns 5:2 53:22 93:24 135:17
reunion 61:3
reward 7:7,11
Rica 104:13
RICHARD 1:19
rick@rjdpa.com 1:20
rid 124:17
rifles 173:16
right 64:13 72:18,20 74:5 80:15 86:1 93:23
  94:14 101:23 125:21 134:24 136:19 142:24
  143:9 150:12 151:3,9 154:6,8,22,25 155:14
  159:6 169:17 175:21
risk 7:25
river 32:17,18,21
rivers 31:25 32:5,8
road 52:14 54:16 127:5
roadblock 53:13
roadway 48:9,13,13 49:19,25 54:15
Robayo 36:18 89:24,25 90:3 133:11 159:24
Rodriguez 111:1,3,6,16 112:1,4,16,19 131:9
Roja 131:11,12
role 30:18,21 84:15 131:15 133:12 134:4 148:1
  148:20,23 159:17 160:2,7 170:20
roles 159:8
room 60:11 62:12
route 23:14 27:12,15,22 38:4,7 103:10,17,21,22
  105:6
routes 40:10 103:14 107:16,23 108:7,16 110:11
  111:7,17
Rozo 87:13,20,21 88:2
run 99:18 103:21 121:6 164:24
running 84:7 118:4,6
runway 48:11
run-in 113:10
R-15s 173:16

**S**

S 1:14 117:5
safe 131:18
safety 7:23 116:11
sales 78:18
Sanchez 3:5 11:2,9 12:4,14,14,14 14:16 49:13
  53:25 93:18 127:19 128:16 136:22 140:21
  141:2,17,20
Sasa 103:9
sat 167:3
saw 19:7 43:8 52:6 59:18 61:12,14 91:3,3
  106:11 113:23 120:14 156:23 166:3
saying 26:11 27:12 30:3 34:25 43:25 46:16
  55:23 58:2,12 66:14 70:25 79:6 91:13 96:17
  103:24 119:20 139:16 150:22 154:12
scared 106:15
school 14:24 15:4,6,7,8,10,23,25,25 16:9
scorpion 52:8
scurrying 93:17
sea 32:2,9,10,13

sealed 68:18
seas 32:23
seated 5:3 53:23 93:25 135:18
second 39:10,19,24,25 40:2,4 68:5,8 123:22
  140:8 150:9,11
seconds 57:12
secret 116:7
secretary 22:10,21 39:2 82:13 83:12 105:12
security 9:17 23:12,20 43:22 45:9,9,13,18 53:19
  59:25 61:4 66:10,12 104:25 135:2 170:4,23
see 5:5 14:8 17:15 19:2 21:13,15 33:6 43:9,19
  43:23 50:2 61:15 74:17 90:24 91:5,8 92:20
  94:4 100:1 104:10,19 105:1 109:4 115:15
  119:7 120:7,9 126:15 135:11 139:10 152:24
  162:7,13 166:9 176:13
seeing 90:23 120:8
seek 6:14 137:9 141:3
seen 49:23
seized 24:13,15,20 28:24 33:24,25 34:4 36:3,13
  37:12 39:11 68:20 71:7 88:18 112:11
self-defense 170:5,15
sell 34:17 79:15,21 118:22,24
send 28:3 31:25 33:8 66:14 87:25 105:3,5 111:5
  111:19,24 112:9
sending 31:5,8,9 34:12 37:10 38:10,23,24
  110:18
sense 90:15,16
sent 24:10 28:6 33:20 35:2,18 36:5 37:9,14,17
  39:7 117:24 132:25 149:23 150:2 160:21
  162:19
sentence 42:22 138:24,25 139:17,21,24 140:1,6
sentenced 42:20,24 140:4 147:10,12,15
sentencing 137:11 142:11 143:24 144:12
separate 78:3
Sergio 82:18
set 23:13 48:10 94:17 131:16 140:20
seven 33:25 146:5
shared 134:9
She's 12:17 117:11
shift 105:7,8
ship 23:25 31:22 37:7 111:5,19
shipment 29:22,23 30:5,7,10,19,22 67:10
  121:18,20,21 176:6
shipments 22:24 33:25 38:23 84:11
shipped 25:24 44:16,17,19 77:10 84:12
shipping 37:4 38:20
ships 32:1 38:13,25 39:1 103:19
shirt 131:11
shook 166:7
shooters 156:23
shooting 158:2
shootout 155:20
shopping 86:23
short 53:20 109:24 135:15
show 104:12 126:16 132:8 153:22
showed 146:1 150:4 156:20,23
showers 86:2
showing 145:8 156:13 162:21
shut 123:9,10
siblings 12:8
sic 175:6,12
side 64:10,13 92:19 143:7,9 151:3,7,9 154:21
  155:14,16 159:6 166:14 168:24 169:17 170:2
  171:6,7,25 175:21
SIDEBAR 3:25
side-by-side 56:11 72:7 174:25
signature 139:10,12
signed 145:2 150:1,1
significance 89:6
significant 18:6,9 46:10,12,14 64:17 143:17
single 76:4
sister 12:11,16 62:8 117:19 132:15
sisters 12:5,9,10
sit 38:2 124:9 177:25
sits 177:17
sitting 165:25
situation 96:6 113:1
six 26:2,11,16 33:23
size 33:11,13
skills 94:6 176:25
slapped 51:18 52:2,4
smallest 33:11
smuggled 23:19 28:21
smuggling 17:5 29:16,19 39:1
soccer 86:3,4 97:9 120:15
social 94:6 176:25
socialize 107:25 108:7,16,19 109:6,7 119:23
  120:2,3,5
socialized 108:23
socializing 119:20

socially 94:7
Solangel 117:11,13 125:20
Solano 157:8,19,25 158:2,5,8 161:1 162:16
    172:7 173:25 174:4,12,13
Solano's 161:24
sold 34:19,22 78:17 82:2
sole 141:22
somebody 18:20 19:12 30:4,19 110:12 132:12
    164:8
somewhat 103:2
sonofabitch 10:2
sons 12:24 97:22
Sony 102:20,21,22
Sony's 121:10
soon 133:13,14 158:2 166:3
sorry 15:1 22:18 26:9 34:20 37:6 38:9 40:25
    75:4 82:19 91:7 92:21 96:16 132:12
sort 8:6 52:2 66:11 75:19 104:25 114:22 116:4
    149:22 170:16 173:15 174:10
Sounds 101:16
south 104:16
Southern 1:1 141:21
Spanish 21:11 170:14
spare 28:13
spark 152:15 153:2
speak 115:18 166:10,11,23 177:21
speaker 4:5
speaking 8:14 144:17
specific 66:21
specifically 48:24 59:2
speedboats 32:17
spell 27:24
spend 15:25 54:14 119:20
spent 87:22
spoke 113:1 122:9 124:4
sporadically 110:4,4
stadium 86:7
stake 35:17
stalls 121:8
stand 39:22 40:2 93:20 94:10 123:22
standing 94:20
start 5:14 6:17 23:1,6 26:9 27:15 32:3 66:4,15
    130:3 135:10 140:16 152:5 176:17 177:16
started 15:14,17 18:5 20:11 22:23 31:5,8 46:9
    47:10 90:23 126:2 146:7,12 152:10
starting 69:7 136:19 158:24
stash 44:15 108:11
stashing 83:3
stated 60:15
statement 141:23
statements 141:1,19
states 1:1,4,11,22,23 6:15 9:13,17 23:14,15
    34:24 37:5 39:13 42:7 69:2 77:10 78:19 79:5
    79:14,15,16 82:4 88:18,19 96:7,18 103:11
    110:19 111:5,25 115:23 116:4,6,16 117:14,20
    117:21 134:21 136:18,21 137:2,4,5,9 138:2
    141:18 142:16,18 143:11 144:15 178:8
station 128:12
status 73:6
stay 129:23,25
Ste 1:24
step 50:25,25 61:9
stepbrothers 174:6
steps 127:11 133:4
stolen 66:25 67:3,10,25 68:1,3,13 176:6
stood 166:6
stop 20:21 113:23 164:15 176:7
stopped 21:21 84:7 114:5 127:2,6 128:7 164:18
Street 1:15
stretch 93:20
Strictly 120:11
Strike 78:16 86:25
strip 43:25 44:2,4,7
striped 19:16
stripes 19:16
strong 175:16
subject 126:12
subjects 147:22 173:21,21
submit 73:10,10
sub-director 130:4
succeeded 58:15
success 24:12
successful 24:11,24 33:15,16,22 35:5 36:2 39:8
    58:8,18
successfully 28:21 33:19
suit 19:15
suitcase 23:22
suitcases 23:21
Suite 178:8
summarized 145:2,18

summary 146:21 147:3
summoned 91:1
Superseding 137:1,10
supervising 45:14
supply 32:22
supplying 119:15
support 118:7
supported 117:23
supposed 119:14,15 131:20 133:12 160:25
supposedly 48:14,23 49:1
sure 94:6,21 123:24 176:8
Surely 118:8
surrender 115:19 116:1
surrendering 115:22 116:12
surveilled 133:21
suspected 9:3
suspicious 106:12
SWORN 11:2
Sí 26:9

T

T 20:23 178:3,3
table 3:1 162:5 165:25 167:2,3,3
take 17:6 22:6,13 44:14 53:17 59:25 60:24 61:4
    64:1 69:7 71:16 73:16 74:4 76:15 93:7 9,
    94:21 97:1 102:13 104:25 105:18 113:20,24
    114:6 126:13 127:11 131:17,18,19 133:4
    134:25 160:12 164:15 170:22 173:24 176:17
taken 39:5 44:15 61:9 64:24 65:23 122:12 128:8
    128:10,11,20 147:15
talk 79:22 101:1 102:25 130:2 166:18
talked 122:6
talking 38:4 50:23 103:14 107:8,15 110:10
    123:12 133:25 144:14
tap 8:16
tapes 8:10
tapped 8:15 119:18
tapping 8:24 9:2
task 78:3
tasked 128:25
team 43:22 92:15 170:4
teams 84:17
telephone 4:4 8:7,13,25 79:19 122:10,12,12,19
teleplones 101:3 118:23,24 119:19
tell 11:8 19:12 50:7 52:22 59:13 63:24 72:20
    79:14 105:23 106:5 112:2 115:25 125:18
    150:15,20 162:13 163:13
telling 19:21 51:16 53:25 55:11 57:12 99:5
    111:6 125:19 132:25 144:23 149:24 161:3
    162:4 168:1
tells 112:19
tense 165:19 173:19,20 174:20 175:15,16
tension 151:25
tensions 152:10 153:2
term 46:18
terms 140:20,25 141:16
testifying 124:1
testimony 103:15 107:17 138:10
Thank 135:14 178:2
that's 10:7 12:2,23 15:16 21:6 22:5 36:24 52:12
    52:23 60:23 63:12,13 74:24 79:22 114:9
    121:15 124:25 127:20 128:25 131:1 137:6
    159:14 162:7 164:7 174:11 177:14
theft 176:5
theirs 121:19
There's 153:6
they're 94:5 101:18 126:16
thing 27:5 65:6 114:2 174:10
things 51:6 55:11 70:19,21 79:24 109:1
think 28:18 37:25 65:11 94:5 144:3 158:8
    160:11
thinking 6:21
Third 137:1,10
Thomas 20:24
thought 166:5
thousand 26:4
threatened 51:19 52:2
threatening 93:19
three 12:8 13:4,22,24 14:6 24:6 26:19 28:23
    37:1 129:7 152:15 156:21
tie 19:16,16
times 23:25 24:2,10 105:3 108:18 110:5,8
    141:15
timing 123:17
tinted 114:1
Tio 49:15,16,18,19 50:14 54:24 57:10 58:1
    59:10,22 60:19 61:2 169:12

tires 28:13
title 136:20 137:3,4
today 38:2 103:15 124:9
told 10:1 48:11 50:5,14,25 59:12 61:7 63:16
    99:17,21 100:9 103:7 106:10 111:8 112:14
    121:4,14,15,22 123:20 125:15,17 130:8,9,10
    131:22 134:8 144:3 166:10,22 167:18 168:2
    175:6,12
top 70:3 80:9 85:1,18 102:1
Toro 3:5 11:2,9 14:16 53:25 93:18 127:19
    128:16 136:21 140:21 141:2,17,20
torture 106:14 126:6
tortured 125:1
total 26:7,17
touched 161:14,15 162:2
Towers 74:19,25 75:11,12,20,25 76:4,18 77:16
    78:7 81:21
town 17:15,17 152:24
tractor-trailer 118:5,6
Trade 86:19,22
trafficker 18:6 46:10
traffickers 51:14,15 52:6
trafficking 15:21 18:2 22:13 42:12 43:16 46:8
    66:13 68:19 75:18 80:17 82:1 83:4 85:9,10,11
    107:14 116:5 174:8
training 141:9 142:1
TRANSCRIPT 1:10
transcription 178:5
transferred 129:15,22 131:2
transport 23:14
Transportation 136:17
transported 76:25 77:3
transporter 47:2 72:16
traveled 147:20
traveling 48:23 49:1,1 164:13
Treinta 47:21 48:1,3 54:5,8 59:5 60:17 61:1
trial 1:10 42:13 94:2 134:17 135:10 138:12
    176:12,14,18 177:2,10
trick 112:23
tried 6:16 8:5 112:9
trip 105:17
trips 38:12 104:24
trouble 149:19,22
true 125:12
trust 47:1
trusted 22:18 56:7 58:4
truth 138:20,20 141:15 142:6,8 150:7
truthful 138:9 141:2
try 30:1 32:8 55:14 103:21 104:15 116:1 127:11
    129:25 132:24 152:13
trying 6:19,22 111:16 115:18 122:1
Tuesday 135:8
Tulio 3:3 5:9
Tumaco 31:10 32:12
turn 7:14 77:7 79:21 177:18 178:1
turned 75:17 122:21
two 19:11 20:17 24:17 27:5 38:12 39:7 50:1
    54:18 124:12 128:14 129:7 130:22 135:7
    152:14 163:16
type 6:14 8:7 18:3 28:1 29:14,16 51:4 82:9
    105:8 113:7,24
types 51:13 52:3

U

U 40:19 47:4 151:4 155:11
ultimately 22:6
unarmed 16:4 49:21
uncle 48:7 49:11,11,15 52:13 54:11 59:5 170:3
uncomfortable 93:17 94:11
understand 7:1,4 29:24,25 46:15 52:5,10 77:1
    91:7 108:5 116:14 152:12 177:8
understanding 138:18 141:11,14 142:1
unhappy 102:17
uniform 165:7
unit 128:12,25 130:17 170:5,15,16
United 1:1,4,11,22,23 6:15 9:13,17 23:14,15
    34:24 37:4 39:13 42:7 69:2 77:10 78:19 79:5
    79:13,15,16 82:4 88:18,18 96:7,18 103:11
    110:19 111:5 115:23 116:4,6,16 117:14,20,21
    134:21 136:18,21 137:2,3,5,9 138:2 141:18
    142:16,18 143:11 144:15 178:8
unpaved 44:2
upset 61:7
Urbano 140:17,17
Urdinola 16:23 17:25 18:11 43:6,22 44:11 45:10
    46:14,16 50:8,22 52:5 53:7 55:1 56:16,23
    57:9,13 59:22 60:4,5 61:6,17 62:1,7,18 65:10
    65:16,23 95:3,5,5,6,10,17 99:11,18 100:1,14
    100:16,17,20,21,25 102:2,4 106:10 151:24

169:18,20,22 170:3 175:22
**Urdinola's** 56:18,19,20,25 61:22
**use** 8:6 76:23 110:6 111:22 141:18
**U.S** 1:15 79:20 82:10 115:19 116:2,5 121:24
125:13 145:22 146:2 174:5

**V**

**V** 46:1 55:24 64:9
**vacation** 51:5
**Valencia** 81:8,10,12,17 113:10 114:10,10,17
**Valle** 11:13 91:16 158:7
**Valley** 16:25 17:11 44:25 46:13,23 56:8,10,20
56:22 64:22,23 65:2,4 160:24 161:13,18
162:1,5,12,18,20 165:12 168:4,7 172:17
173:5
**Varela** 1:8 40:18 47:9 143:22 151:2,10,12,19
152:1,2,8 153:2,7 155:9,17,18,19 158:15
160:22 171:6,7,22,25 172:4,4,4 174:14 175:24
177:2
**Varela's** 47:11 165:15 174:6
**various** 101:2 119:25
**vessels** 32:22,24,25
**vicinity** 32:3
**Victor** 46:2 55:25 64:10 71:12 72:2,15,17 73:15
73:18
**Victoria** 114:7
**video** 156:11,12,13,17,17
**videos** 156:10,23
**Villa** 104:13
**Villeta** 164:17,21,22,24
**violation** 137:3,4
**violence** 114:22
**visit** 131:25 132:1
**visiting** 43:18 44:6
**volumes** 146:14
**volunteer** 143:25
**volunteering** 143:12 144:5
**vs** 1:7

**W**

**W** 157:4
**wait** 49:19 52:14
**waiting** 54:18 135:7,11 161:4
**want** 84:19 93:6 100:4 116:9 123:22 126:13,15
129:23,25 144:18,21 149:1 167:20 176:17
177:12
**wanted** 15:16 111:19 130:21 149:4 161:4
175:11
**wanting** 98:6
**war** 40:18 51:21,23 58:5 61:25 62:10 125:25
126:1,2 143:19,21 150:24 151:1 152:5,7,11
152:15,16 161:5,11,16,23 162:3 163:1
**warden** 131:22
**warned** 105:16
**warning** 58:17 105:17,20
**wasn't** 6:1,6 30:1 48:24 60:21 65:6 102:17,24,25
109:23 162:17,21 167:18
**watched** 133:21
**way** 8:22,24 9:2,3 14:15 15:20 29:16 32:21
34:14 35:10 37:4,8,23 47:7 62:1,2 79:9 84:2
92:10 93:2 100:21 103:23 105:14 120:2
123:12 130:19,25 144:8 166:19 177:15,16
**weapon** 20:2,6
**weapons** 52:11 67:8 173:15
**wearing** 19:14,15
**weather** 5:5
**week** 110:5 177:8
**weekend** 176:10,18,24 177:1
**weekends** 16:1
**weeks** 110:6,7
**Welcome** 5:4
**went** 18:25 20:3 38:5 44:8 49:19 53:3 54:12,14
54:22 56:17 58:25 59:5 63:1,1 65:16,23 69:24
71:1 73:7 100:13 103:17,25 105:1 122:16
131:2,25 158:7 163:3,21 164:2 167:2,3 169:3
169:12 173:8
**weren't** 109:3 144:5,23
**we'd** 52:14
**we'll** 24:22 53:17 93:9 134:25 176:15,16
**we're** 93:12,16 101:16 126:12 135:10
**We've** 93:16
**what's** 12:3 14:15 75:10 85:5 86:18 87:12 89:6
139:12 142:4 150:17 154:3 164:18
**wife** 8:24 60:10,11 114:4,5 143:20
**Wilber** 47:9,11 143:22 151:2,10,12,19 152:1,2
**Wilkie** 1:23
**willful** 141:4
**willing** 102:25
**willingness** 10:4

**windows** 114:6
**wing** 159:18 160:3,5
**witches** 113:18
**withheld** 148:18
**witness** 5:9 10:8,9,10 11:2 14:11 94:10,11,19
134:23 145:7
**witnessing** 52:3
**woman** 103:9
**wondering** 177:3
**won't** 111:22 175:13 176:18
**words** 47:8 67:8 107:11 111:18 123:20 161:25
**work** 15:15 19:21 22:6,20 32:16 45:24 47:13
53:6 79:12 98:23,24 99:6,9,15 101:21 102:1
112:5 119:13 176:25 177:4
**worked** 46:25 84:1 97:25 107:3 108:4,7,15
111:3 146:17 147:2
**worker** 90:11,12 111:9 130:5
**workers** 8:23 9:3 56:19 60:14 64:16 65:7 82:20
99:18,20 111:7 113:6 117:25 122:11 155:9
154:4,14,18 155:2,4
**working** 8:8 15:14,17 16:11 20:11 21:21 45:21
46:9 47:10,15 68:14 70:8 81:11 82:13 87:24
90:8 95:19 103:7 107:1,11 110:25,25 121:18
121:25 124:24 129:17 146:7,12 152:3 165:14
**works** 176:23
**world** 113:8 114:23
**worried** 166:15
**worry** 30:1 166:9
**wouldn't** 70:24
**wound** 137:13
**write** 37:24 142:11 145:23 146:15
**writing** 140:19
**Wrong** 75:4
**wrote** 143:23 144:4,11 145:25

**X**

**X** 165:4 171:10 174:15

**Y**

**Y** 115:3
**Yeah** 55:4
**year** 15:17 20:15 38:14 41:22,25 55:3 65:18
90:10,12,15 147:11,13 149:5,7,15 160:17
**years** 15:25 20:17 65:14 152:11,15
**yellow** 19:16 85:7,8 115:4
**York** 29:9,13,22 30:4,11,19,22 37:21 80:4
**younger** 109:15
**youngest** 14:4
**you're** 31:2 34:25 37:23 38:1 55:8 66:14 70:25
86:21 104:4 107:3,15 109:15 111:12 141:25
164:24
**Yumbo** 152:24 153:1,20 156:9

**Z**

**Z** 9:18 118:13
**Zarzal** 17:18 44:25 47:20,23 48:2,18 53:13
**zebra** 9:19 118:14
**zoom** 17:11 31:15,18 49:5

**Ñ**

**Ñaco** 112:14 114:4

**$**

**$1** 132:6
**$10** 76:5
**$15** 68:21,22
**$20** 174:9
**$3** 68:23 71:11
**$3,500** 35:6
**$4** 81:24
**$40,000** 26:18
**$5** 7:7
**$5,000** 25:23
**$500** 30:17
**$6,000** 25:23 26:15 28:17
**$600** 27:1
**$700,000** 40:3
**$75,000** 27:3

**0**

**03** 118:2,3,4,6,11,12,22
**03's** 118:9
**05** 139:6

**1**

**1** 3:21 9:18 11:21 12:19 13:9,13,16,19 16:16
20:23 22:1 25:12,14 34:5 36:14 40:19,24 43:1

46:1 47:4 55:24 56:11 64:3,9 69:8,13,18 72:8
74:7 78:24 81:5,9 82:22 83:13,23 89:20 94:23
115:3 116:20,25 117:5 118:13 133:6 142:24
142:25 143:4 151:3,4 155:11 157:4 159:20
164:3 165:4 169:1,6 171:10 172:12,25 174:15
174:25
**1,000** 67:1
**1,500** 67:1
**1,600** 33:12
**1:45** 93:10
**1:53** 93:24
**10** 3:12,14,15,16,17,18,19 10:18,18,19,19,25
39:20 40:7 48:2 53:17 54:9 153:12 154:9
155:10 168:14 171:17 176:1
**10-minute** 134:25
**10:55** 53:20
**100** 34:8 62:11 80:4
**105** 40:1
**11** 3:5,6
**11/18** 139:13
**11:00** 135:10
**11:16** 53:22
**11:55** 71:20
**11:56** 72:6
**115** 63:4,12 69:24 70:7 71:1,1 74:19,24,25
**12** 3:20 26:23 36:21 37:1 138:4,7,18
**12-2** 1:24 178:8
**12:30** 176:17
**12:35** 93:6
**12:36** 93:11,13
**13** 3:12,17,19,20 10:21,21,22,25 136:1 140:8,16
145:8,10
**14** 33:10,20
**140** 39:18,20
**145** 3:20
**15** 48:2 54:9
**150** 38:17
**154** 3:21
**16** 3:14,21 153:22,24
**17** 135:8
**17-years-old** 15:9
**178** 3:7
**19** 3:15
**1990** 15:19 21:11 43:8
**1990s** 81:11 109:2
**1992** 15:19,19 20:15 77:17
**1993** 55:4 65:19
**1994** 119:6,7
**1995** 23:7 37:22 90:2 93:5 117:17,17
**1998** 22:22 23:2,3 37:11

**2**

**2** 76:5 81:24 83:5 92:16 131:4 137:8,8 141:16
159:10 169:14 175:17
**2,000** 98:11
**20** 3:22 88:4
**200** 173:14
**2000** 96:5 98:14 115:21
**2001** 110:1
**2002** 38:15 132:21
**2003** 16:15 19:6,9 37:11,13 38:15 40:16,17 42:1
42:5 110:1 126:20 134:12 152:9 157:12
160:19 162:9
**2005** 42:18 134:12,13 139:13
**2006** 5:16,20,23 6:3,10,17,25 7:3,10 8:3,21 9:7
10:4 42:17 139:3 147:14
**2011** 1:7
**21** 137:3,5
**22** 3:17,22 71:19,20 72:3,6
**236** 42:23 140:7
**25** 3:18 23:22 24:6 25:2,24 26:1,22 28:15 35:4
35:24
**250** 121:20
**27th** 19:9
**29** 3:17,19 10:21,22 11:1 42:5 91:19,22 92:1,1,5
154:19,21 158:24,24 159:2,6 170:6
**29th** 16:15 19:6 126:20

**3**

**3** 17:8 31:11 33:2 40:25 41:11 47:22 76:5,12
81:24 104:6,15 152:18 163:6 164:10
**3,000** 35:6
**3,100** 36:1
**3:21** 135:3
**3:22** 135:15
**3:42** 135:17
**30** 45:15,15 48:3
**30,000** 26:6,18
**305.444.7181** 1:20



**305.523.5518** 1:24 178:9
**305.523.5519** 1:25 178:9
**305.961.9027** 1:16
**31** 160:23
**3127** 1:19
**3128** 1:24
**33128** 178:9
**33132** 1:16
**33134** 1:20
**36-years-old** 11:11

**4**

**4** 63:5 70:2 74:20,23 75:2,5 77:11 84:21 85:16
    97:3
**4th** 1:15
**4:02** 145:10
**40,000** 26:6
**400** 1:24 178:8

**5**

**5** 3:3,4 138:4
**5th** 157:12
**5,000** 26:15 27:1 28:17 39:23
**5/5/11** 5:11
**5:00** 177:20
**5:03** 176:19
**50** 24:4,6 25:7,8,10,20 26:20
**500** 36:11

**6**

**6** 1:7 3:22
**6,000** 39:23
**60** 27:3
**600,000** 40:3

**7**

**71** 3:22
**72** 3:22

**8**

**8** 3:12,13,18 10:12,12,13,13,25 49:3
**80** 28:11

**9**

**9** 3:14,14,18 10:15,15,16,16,25 80:5 86:12 87:8
    87:14 88:5,20 89:8,13
**9,000** 33:14
**9:21** 5:2,11
**9:33** 10:9
**9:34** 10:14,17,20
**9:35** 10:23 11:1
**92** 21:12
**93** 18:14 65:20,20
**94** 18:14,15 37:16 67:6 77:19
**95** 18:14 20:20,22 27:20 37:16 77:19 81:16
**952(a)** 137:4
**96** 20:20,22 65:21 93:5
**960(b)(1)(B)** 137:5
**963** 137:4,5
**97** 22:22 27:20
**99** 1:15 96:5 98:11,14
**99-804-CR-Altonaga** 1:3